

**FILED**

SEP 21 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JI CHAOQUN | CASE NUMBER: **18CR 611**<br><br>Michael T. Mason<br>Magistrate Judge<br><br>**UNDER SEAL** |

### GOVERNMENT'S MOTION TO SEAL
### COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence.

For this reason, the government respectfully moves for the Complaint, Affidavit, and Arrest Warrant to be sealed until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier, except for the limited purpose of disclosing the existence of or disseminating the Complaint, Affidavit, and/or Arrest Warrant to relevant United States authorities, at the discretion of the United States, in connection with efforts to prosecute the defendant or to secure the defendant's arrest, or as otherwise required for purposes of national security.

DATE: September 21, 2018

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ Shoba Pillay
Shoba Pillay
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-7631