AO 93 (Rev. 11/13) Search and Seizure Warrant     AUSA Shoba Pillay, (312) 886-7631

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

The apartment located at 501 East 32nd Street, Apt. 1014, Chicago, Illinois, further described in Attachment A

**UNDER SEAL**

Case Number: **18 CR 611**

**MAGISTRATE JUDGE MASON**

## SEARCH AND SEIZURE WARRANT

To: Andrew K. McKay and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>October 5, 2018</u> in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>September 21, 2018</u>

_Judge's signature_

City and State: <u>Chicago, Illinois</u>

MICHAEL T. MASON, U.S. Magistrate Judge
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
| Inventory made in the presence of: |||
| Inventory of the property taken and name of any person(s) seized: |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

The premises to be searched is apartment number 1014 on the tenth floor of the apartment building located at 501 East 32nd Street, Chicago, Illinois. The building is located on 32nd Street near the Lake Meadows Park on the South side of Chicago. The following is a depiction of the front of the apartment building:



**ATTACHMENT B**

**LIST OF ITEMS TO BE SEIZED**

Evidence, instrumentalities, and fruits concerning violations of Title 18, United States Code, Section 951(a), 1001(a)(2), and 1546(a), as follows:

1. Items relating to travel to or from the People's Republic of China.

2. Items relating to the Ministry of State Security for the People's Republic of China (the "MSS"), including the Jiangsu Province Ministry of State Security (the "JSSD").

3. Items relating to the Military Accessions Vital to the National Interest ("MAVNI") program.

4. Items relating to the U.S. Army.

5. Items relating to non-immigrant visa applications for stays in the U.S., including F-1 visa applications, the OPT program, and all related applications such as Forms I-20 and I-983.

6. Items relating to Findream, LLC.

7. Items relating to chineselookingforjob.com.

8. Items relating to financial transactions involving the MSS, JSSD, MAVNI, the U.S. Army, Findream, or other employment.

9. Items relating to the identities, contact information, employment, and physical location of coconspirators.

10. Items relating to the timing of communications among coconspirators and other individuals.

11. Items relating to the methods and techniques used to commit violations of Title 18, United States Code, Sections 951(a), 1001(a)(2), and 1546(a).

## ADDENDUM TO ATTACHMENT B

Pursuant to Rule 41(e)(2)(B) of the Federal Rules of Criminal Procedure, this warrant authorizes the removal of electronic storage media and copying of electronically stored information found in the premises described in Attachment A so that they may be reviewed in a secure environment for information consistent with the warrant. That review shall be conducted pursuant to the following protocol:

The review of electronically stored information and electronic storage media removed from the premises described in Attachment A may include the following techniques (the following is a non-exclusive list, and the government may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized as set forth herein):

    a.    examination of all the data contained in such computer hardware, computer software, and/or memory storage devices to determine whether that data falls within the items to be seized as set forth in Attachment B;

    b.    searching for and attempting to recover any deleted, hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth in Attachment B (any data that is encrypted and unreadable will not be returned unless law enforcement personnel have determined that the data is not (1) an instrumentality of the offenses, (2) a fruit of the criminal activity, (3) contraband, (4) otherwise unlawfully possessed, or (5) evidence of the offenses specified above);

    c.    surveying file directories and the individual files they contain to determine whether they include data falling within the list of items to be seized as set forth in Attachment B; and

    d.    opening or reading portions of files, and performing key word searches of files, in order to determine whether their contents fall within the items to be seized as set forth in Attachment B.

The government will return any electronic storage media removed from the premises described in Attachment A within 30 days of the removal unless, pursuant to Rule 41(c)(2) or (3) of the Federal Rules of Criminal Procedure, the removed electronic storage media contains contraband or constitutes an instrumentality of crime, or unless otherwise ordered by the Court.