AO 442 (Rev. 11/11) Arrest Warrant

AUSA Shoba Pillay (312) 886-7631

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JI CHAOQUN

**WARRANT FOR ARREST**

CASE NUMBER: **18CR 611**

**UNDER SEAL**

MAGISTRATE JUDGE MASON

To: The United States Marshal and Any Authorized Officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)

JI CHAOQUN,

who is accused of an offense or violation based on the following document filed with the court:

☒ Complaint

This offense is briefly described as follows:

acting as an agent of a foreign government without notice to the Attorney General

in violation of Title 18, United States Code, Section 951.

Date: September 21, 2018

*Issuing Officer's signature*

City and state: Chicago, Illinois

MICHAEL T. MASON, U.S. MAGISTRATE JUDGE
*Printed name and title*

Bail fixed at $_____ by _____
*Name of Judicial Officer*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: JI CHAOQUN

Known aliases: _____

Last known residence: 501 East 32nd Street, Chicago

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security Number: _____

Height: _____

Weight: _____

Sex: Male

Race: Chinese

Hair: Black

Eyes: Brown

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: ANDREW McKAY, Federal Bureau of Investigation (FBI), (312) 829-5024

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____