UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>JI CHAOQUN | No. 18 CR 611<br><br>Rubén Castillo<br>Chief Judge |

## **ORDER**

Upon the Government's Motion, under Title 18, United States Code, Section 3161(h)(7)(A) & (B), for an extension of time in which to return an indictment in the above-captioned case,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendant be extended from October 25, 2018, to and including January 24, 2019. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendants in a speedy trial because:

(i)     this is a complex case such that it would be unreasonable to expect the government effectively to prepare the evidence for presentation to the Grand Jury in a shorter time period;

(ii)    this is a case in which arrest preceded indictment and the arrest occurred at a time such that it would be unreasonable to expect return and filing of the indictment within a shorter time period and because the facts upon which the grand jury must base its determination are complex; and

    (iii)    the failure to grant such an extension would deny the government the reasonable time necessary for effective preparation of the evidence for presentation to the Grand Jury, taking into account the exercise of due diligence.

ENTERED:

_____
RUBÉN CASTILLO
Chief Judge

DATED: October 24, 2018