IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 18 CR 611 |
| | ) | Magistrate Judge Michael T. Mason |
| v. | ) | |
| | ) | |
| JI CHAOQUN | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**To**: All counsel and parties of record on the Clerk's CM/ECF system for this matter.

PLEASE TAKE NOTICE that on the 18th day of December, at 10:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Judge Michael T. Mason or any judge sitting in his stead at 219 South Dearborn, Chicago, Illinois, and present Defendant's Unopposed Motion

/s/ Damon M. Cheronis

## CERTIFICATE OF SERVICE

I, Damon M. Cheronis, an attorney, certify that I shall cause to be served a copy of the Defendant's NOTICE OF MOTION upon all counsel and parties of record electronically via the Case Management/Electronic Case Filing system this 10th day of December, 2018.

/s/ Damon M. Cheronis

Damon M. Cheronis
Attorney for Defendant
140 South Dearborn, Suite 411
Chicago, Illinois 60603
(312) 663-4644
Email:  damon@cheronislaw.com