UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JI CHAOQUN | No. 18 CR 611<br><br>Hon. Ronald A. Guzman<br>District Judge |

**AGREED MOTION TO DESIGNATE**
**CLASSIFIED INFORMATION SECURITY OFFICER**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and Damon Cheronis, counsel for defendant JI CHAOQUN, respectfully request that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its motion, the parties state the following:

1.    This is a criminal matter in which the grand jury has returned an indictment charging defendant with conspiracy, acting as an agent of a foreign government, making a material false statement, and wire fraud, in violation of Title 18, United States Code, Sections 371, 951(a), 1001(a)(2), and 1343.

---

[1] In the original Security Procedures, the title of the position was Court Security Officer. In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

2. This case involves classified material and will likely require filings pursuant to CIPA.

3. To assist the Court and court personnel in handling of any motions pursuant to CIPA and implementing any orders relating to the matter, the parties requests that the Court designate Daniel O. Hartenstine as the CISO for this case, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice.

4. The parties further requests that the Court designate the following persons as Alternate CISO, to serve in the event Mr. Hartenstine is unavailable: Joan B. Kennedy, Maura L. Peterson, Carli V. Rodriquez-Feo, Harry J. Rucker, Debra Guerrero Randall, and W. Scooter Slade.

WHEREFORE, the parties respectfully request that the Court designate a Classified Information Security Officer pursuant to CIPA.

Dated: February 1, 2019                    Respectfully submitted,

                                          JOHN R. LAUSCH, JR.
                                        United States Attorney

By:    /s/ *Shoba Pillay*
      SHOBA PILLAY
      Assistant United States Attorney
      United States Attorney's Office
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 886-7631