UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 18 CR 611 |
|---|---|
| v. | Hon. Ronald A. Guzman |
| JI CHAOQUN | District Judge |

## NOTICE OF MOTION

To: Damon Cheronis
Law Offices of Damon M. Cheronis
The Marquette Building
140 S. Dearborn St., Suite 411
Chicago, Illinois 60603

Please take notice that on February 7, 2019, at 10:30 a.m., we shall appear before the Honorable Ronald A. Guzman, and shall then and there present the government's Agreed Motion to Designate Classified Information Security Officer, a copy of which was served upon you via the CM/ECF system at Docket Number 37.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Shoba Pillay*
SHOBA PILLAY
Assistant United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 353-5300

Dated: February 1, 2019