# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                    Case No.: 1:18−cr−00611

                                    Honorable Ronald A. Guzman

Ji Chaoqun

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2019:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has been informed by defense counsel that defendant will not proceed with a detention hearing. Detention hearing set for 2/8/19 as to Ji Chaoqun (1) is stricken. Defendant, Ji Chaoqun (1) shall remain in custody. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.