UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

**To:** Custodian of Records
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the Court's Grand Jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| Dirksen Federal Building, Rm. 1625<br>219 S. Dearborn<br>Chicago, Illinois 60604<br>Grand Jury: SPECIAL DECEMBER 2017 GRAND JURY - 17 GJ 208 | December 27, 2018<br>9:30 a.m. |

**You must also bring with you the following documents, electronically stored information, or objects** *(blank if not applicable)*:

Please produce all recorded phone conversations, call logs, and visitor logs through the present for inmate Ji Chaoqun, Inmate Number 53421-424 from October 10, 2018, through today.

Date: December 6, 2018

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:
Shoba Pillay (shoba.pillay@usdoj.gov)
Assistant United States Attorney
219 S. Dearborn, Rm. 500
Chicago, Illinois 60604
(312) 886-7631

PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____.

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ On *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____

.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: