**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA
                            Plaintiff,

v.                                                 Case No.: 1:18−cr−00611
                                                   Honorable Ronald A. Guzman

Ji Chaoqun
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 20, 2020:

      MINUTE entry before the Honorable Ronald A. Guzman as to Ji Chaoqun: With defendant's consent, status hearing by video conference held on 8/20/20 with an interpreter. Defendant appeared by video from the Metropolitan Correctional Center. Because of the pending discovery issues, the cutoff date for filing of pretrial motions is vacated. No pretrial motions, except those dealing with discovery disputes, are to be filed until further order of Court. The Court will set a new date for filing of all pretrial motions after discovery is complete. The pending motion to dismiss Count 2 of the indictment [108] is stricken without prejudice. The pending motion to extend the date for pretrial motions [114] is denied as moot. The Court will rule on the pending motion to quash subpoenas which is currently being briefed. Accordingly, the parties are directed to file a written status report indicating when they expect discovery to be completed on or before 9/3/2020. Time to be excluded without objection in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)−(B) and United States v. O'Connor, No. 09−2476 (7th Cir. Sept. 1, 2011), through and including 10/8/2020. The status hearing set for October 8, 2020 at 10:00 AM will be held via video conference: Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 571−353−2300 and the access code is 375169339. Counsel of record will receive an email the day before the video hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.