IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 18 CR 611 |
| | ) | Judge Ronald A. Guzman |
| v. | ) | |
| | ) | |
| JI CHAOQUN | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
### TO FILE A REPLY BRIEF INSTANTER

Defendant, **Ji Chaoqun**, by and through his attorneys, **The Law Office of Damon M. Cheronis**, pursuant to the Due Process and Effective Assistance of Counsel Clauses of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully moves this Court to enter an order allowing him file a reply brief in support of his motion to quash the government's Rule 17 subpoena (Dkt. # 112) *instanter*.

In support of this motion, Mr. Ji, through counsel, states the following:

1. On January 24, 2019, the grand jury returned a six count indictment charging Mr. Ji with one count of engaging in a conspiracy to violate the laws of the United States in violation of 18 U.S.C. § 371, one count of failing to register as a foreign agent in violation of 18 U.S.C. § 951(a), three counts of wire fraud in violation of 18 U.S.C. § 1343, and one count of making a false statement in violation of 18 U.S.C. § 1001(a)(2). Dkt. # 32.

2. On August 11, 2020, Mr. Ji, through counsel, filed a motion to quash the government's Rule 17 subpoena issued to the MCC; and for a protective order. Dkt. # 112; 113. In that motion, counsel and Mr. Ji argued that the subpoena was improperly issued, eminently because

it lacked specificity and violated Rule 17(h)'s prohibition on the issuance of subpoenas for witness statements. Thus, the subpoenaed materials should either be returned or destroyed, and no similar subpoenas should issue in the future without leave of court and notice to defense counsel.

3. The Court set a response and reply deadline of September 8, 2020 and September 22, 2020, respectively. Dkt. # 115. The government filed its response in opposition well in advance of that deadline a week in advance of that deadline on September 1, 2020. Dkt. # 118. As a result, counsel mistakenly overlooked the docket entry and only recently became aware of the government's response.

4. Counsel has promptly finalized Mr. Ji's reply in support of his motion and is prepared to file it *instanter*. The undersigned, on Mr. Ji's behalf, is thus requesting permission to do so.

5. Counsel has conferred with the government and can represent that it has no objection to this request.

Respectfully submitted,

s/ Damon M. Cheronis
**Damon M. Cheronis**

s/ Ryan J. Levitt
**Ryan J. Levitt**
Attorney for Defendant

**The Law Office of Damon M. Cheronis**
140 S. Dearborn Street Suite 411
Chicago, IL 60603
(312) 663-4644
damon@cheronislaw.com
ryan@cheronislaw.com

2

## **CERTIFICATE OF SERVICE**

I, Damon M. Cheronis hereby certify that on October 6, 2020, I electronically filed the foregoing **Motion to File a Reply Brief Instanter** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Damon M. Cheronis
Damon M. Cheronis
Law Office of Damon M. Cheronis
140 South Dearborn Street, Ste. 411
Chicago, Illinois 60603
damon@cheronislaw.com
