# EXHIBIT E



Chicago Field Office
2111 West Roosevelt Road, Chicago, IL 60608

File Number: █████████

Requesting Official(s) and Office(s):    SA Andrew McKay (CG)

Task Number(s) and Date Completed:    834470, Request #832423, 6/13/2018

Name and Office of Linguist(s):    LA Zhirong Yang (CG)

Name and Office of Reviewer(s):

Source Language(s):    Chinese

Target Language:    English

Source File Information
0050 [Session 1: 4/25/2018 15:14:04 (1 hr 51 min)]

## VERBATIM TRANSLATION

AbbreviationSA:

| | |
|---|---|
| *Italic* | English |
| TN | Translator's Notes |
| PH | Phonetic |
| UI | Unintelligible |
| IA | Inaudible |

ParticipantSA:

| | |
|---|---|
| JI | JI Chaoqun  - |
| SA | Special Agent |

SA: Today's date is Wednesday 4/25/2018. The time is 3:12 P.M. The following is a consensual body recording with the subject JI Chaoqun. The recording starts now.

SA:     Chaoqun! Are you JI Chaoqun?
JI:     Yes.
SA:     Hi, my last name is CHEN.
JI:     Hi. How may I help you?
SA:     Is it convenient for you to talk?
JI:     I beg your pardon?
SA:     I need to talk to you.
JI:     You are?
SA:     I am referred to you by a Nanjing friend.
JI:     Oh, understand now.
SA:     Is it convenient for you to talk?
JI:     Approximately how long will this take?
SA:     Um. My car is parked there.
JI:     I need to attend a training in a minute. Nanjing people should know that too.
SA:     Is it okay that we go and sit in the car?
JI:     No problem. No problem.
SA:     The red one.

[Door closes]

JI:     Hi.
SA:     My last name is CHEN. I am not sure whether you are aware that the Nanjing friend was caught.
JI:     I don't know.
SA:     Do you know whom I am referring to?
JI:     I am not sure because I know quite a few people in Nanjing.
SA:     It's XU Chaoqun [PH]. Do you know him?
JI:     Who? XU Chaoqun [PH]?
SA:     Correct.
JI:     No, I don't know him.
SA:     It's your Nanjing friend. He works in Nanjing, Jiangsu province.

1

JI: XU Chaoqun [PH]?

SA: No, not that. Let me show you this. [smart phone touch beep] It's XU Yanjun.

JI: I heard of this name before.

SA: You heard of him. Something happened to him recently.

JI: I am not aware of this. I do not have communication with him.

SA: They asked me to come and talk to you.

JI: Okay.

SA: This is a serious matter. I came here yesterday. I would like to talk to you about it. They asked me to do it.

JI: Okay. Approximately how long will this take?

SA: How about one hour?

JI: No, not now. I need to go and take the training in the army on Wednesdays. I am leaving early today because I need to send out a letter. I also need to send out a parcel for a friend.

SA: Do you have to go?

JI: Yes, because it is already confirmed.

SA: When will that start?

JI: 4:30.

SA: 4:30?

JI: And it also takes some additional time to get there.

SA: When will that get done so you could be back?

JI: Approximately 6:00. It probably will end at 6:00.

SA: 6:00? When will you be back home?

JI: 6:00. The training should take about one hour. It will take me about half an hour on my way back.

SA: You will probably be back at 6:00?

JI: Yes.

SA: Okay. You don't think you have time right now. To talk to you, I need to find a quiet place.

JI: Where is that?

SA: A quiet place.

JI: Okay. I got it.

SA: I know there is a *hotel* nearby.

JI: Where is that? When I am done at 6:00, shall I come to look for you or --?

SA: Let me give you my phone number. You don't have time to talk right now?

JI: I apologize I don't have time right now. I need to do that every Wednesday. Where are you from?

2

SA: I am from here in the U.S. I work here in the U.S. long term. When people have issues, such as this talk with you, they contact me. But I do not want to talk too much about it because --.

JI: Okay. I understand.

SA: So you understand it. Okay. What is your telephone number?

JI: 312-683-6385. Wait. It's 6385. Correct. And yours is this 917 number?

SA: Correct.

JI: How do I address you?

SA: My last name is CHEN. First name is Jian. But I do not want to talk too much over the phone.

JI: No problem. How shall we do it?

SA: You? 6:00?

JI: Mr. CHEN, let me mail this letter out first and get the parcel. Then I will tell the army that I am not able to be there today.

SA: Can you just give them a call instead?

JI: I can text them.

SA: Send them a text message?

JI: Yes.

SA: Okay. So you don't have to drive there? How long does it take to drive there?

JI: Thirty minutes if no traffic jam. It is the after-work peak hour right now. So it will take longer to get there right now.

SA: Okay. Okay. So you could call or send a text? Do you have to be physically present there?

JI: It's best that I notify them in advance because we usually make a weekly report.

SA: Okay. Okay. They told me in case --.

JI: So you are going to wait for me here and when I am back --.

SA: When you are back, I can take you there. My hotel is on Martin Luther King. It's not too far from here.

JI: Which one?

SA: Hyatt.

JI: Hyatt. Okay. I know that place.

SA: When you are back and when you put your stuff away, send me a message.

JI: Are you going to park here for me to come to you later? Which way is more convenient?

SA: You want me to stay here and wait for you?

JI: Whichever is better for you?

SA: How much time do you need right now?

JI: Probably around 20 minutes. I can be back in 20 minutes.

SA: Okay, 20 minutes. I can wait for 20 minutes. I thought you would have to go to --.

3

JI: No, not any more. I will send them a text.
SA: Okay. Okay. 20 minutes. I will stay here and wait for you then.
JI: Okay. That should work. In that case, Mr. CHEN, please wait for me. Let me drop the mail at that pillar box first and get the parcel.
SA: Okay. Okay. Okay.
JI: In that case, see you soon.


[Door closes]


SA: It's okay. Thank you. I didn't know that you are so busy.
JI: I am busy on Wednesdays only.
SA: What?
JI: I said I am busy on Wednesdays only.
SA: Oh, Wednesday?
JI: Yeah.
SA: I arrived here yesterday.
JI: You arrived in Chicago yesterday?
SA: Yeah. Let's go and have a talk. If we have time, we can have a meal together afterwards.
JI: I am flexible. It's up to you.
SA: Um?
JI: I said it's up to you.
SA: Oh, okay.
JI: I should be free today because I have already obtained the leave from them.
SA: So you called --.
JI: No, I sent them a text message.
SA: Which department?
JI: Which?
SA: What you were supposed to do there?
JI: *U.S. Army.*
SA: *U.S. Army?*
JI: Yes.
SA: For training?
JI: Yes. Did you travel here from New York?
SA: Yes, I am from New York. I know you must have many questions. I will tell you.
JI: No problem. This area has many blacks. So are the drivers.
SA: Women drivers?
JI: No, black drivers. This area has blacks so it is a little disorderly here. Is this your rental car?
SA: Rental car or not. I arrived here last night. I came here this afternoon and waited for several hours.
JI: What? You have been waiting for me like that?
SA: Yeah. They did not tell me which street number is yours.

4

JI:   Understand.
SA:   I did not want to call you either. That's why I need to.--
JI:   I understand it now.
SA:   --wait until you come out.
JI:   I am sorry.
SA:   No, no. This is my job, I guess.
JI:   What do you do in New York? Do you own your own business?
SA:   My job, my family, when the country needs me to help them, I'll do them in New York. Other times, I carry verbal messages for them.
JI:   What is your regular job?
SA:   Computer.
JI:   Oh, hi-tech?
SA:   Yes, that's my own and my family also lives in New York.
JI:   Understand. Do you do *hardware* or *software*?
SA:   *Hardware*. That's my regular job. Do you understand my Mandarin Chinese?
JI:   Yes.
SA:   I went to Hong Kong when I was very little. Then I came here from Hong Kong.
JI:   Okay.
SA:   Will they give you problem if you do not go to the military, the *Army* location today?
JI:   No.
SA:   That's the place.
JI:   Okay.
SA:   How long have you been living here?
JI:   This is my 5th year. I came here in August 2013.
SA:   Always been in the same place?
JI:   Always been in the same building but different apartments.
SA:   That's why they don't know which one is yours.

[pause]

JI:   Are you going back today?
SA:   Tomorrow. But if there is a need, I can stay here for an extra day. Do you have a job?
JI:   Myself? No. I will be with the *army* until that's over. Which rental car company gives you this car?
SA:   It's a small company.

[Car stops. Bag zipper sound. Horn beep.]

SA:   Where is the stairway?
JI:   It could be somewhere in the middle.
SA:   Where?
JI:   Here. In the middle. It's cold here.
SA:   Yeah. New York is *warm*er. Is your English good?

5

JI:    My English is pretty good.

[car door open warning sound]

SA:    My Mandarin Chinese is still okay. They understand me. But usually I use Cantonese or English to communicate with them. To live in the U.S., one must have English.

[foot step sound]

SA:    Have some water?

JI:    No, I am fine.

SA:    Please take a seat.

JI:    Okay.

SA:    Not much.

JI:    I am fine, either way.

SA:    Thank you for coming. You may feel a little surprised why I want to meet with you all of a sudden. That's because I have something that I want to show you.

JI:    Okay.

SA:    You have met XU Yanjun before?

JI:    Yeah.

SA:    This thing has just happened. Um, it happened a few weeks ago.

JI:    Can I pull it out and take a look at it?

SA:    Yes.

JI:    Okay.

SA:    He can be located by using the phone number.

JI:    I do not have his phone number.

SA:    Correction: through *internet*.

JI:    Um?

SA:    This can be found on the internet.

JI:    You are referring to the news?

SA:    Yes. I am not sure if they are using French language. I am using Google Translate.

JI:    Okay.

SA:    Now, take a look at this.

JI:    Okay.

SA:    Want some water?

JI:    No, I am fine.
    [Pause.]

JI:    Okay.

SA:    This is because the thing happened. Brother ZHA. ZHA Yong.

JI:    UM?

SA:    It's Mr. ZHA, who works with Mr. XU, who wants me to come here to talk to you because we, they, do not know why he was arrested and why the U.S. became aware of him.

JI:    Um? Then why it is the U.S. that is requesting an extradition?

6

SA:    Um?

JI:    Why it is the U.S. that is requesting an extradition?

SA:    It is saying that he is committing espionage stuff.

JI:    Correct.

SA:    He, how should I put it? Arrested together with him was another person. They are said to be working for *GE company. General Electric.*

JI:    Yeah.

SA:    They were purchasing documents. For some reason, the U.S. learned about it and arrested them there. At this time, we want to find out why he was arrested. I was told that you have had contact with them. We are not sure whether the problem lies with your communication with them. Why the U.S. targeted Mr. XU? That's why I was asked to let you know that you should stop contacting them for now --

JI:    Okay.

SA:    -- because we do not know which communication caused it, whether it was the telephone calls or email messages or what. He told me that you contacted them before.

JI:    Yeah.

SA:    That's why I want to find out what caused the problem. Do you think the problem lies with your contacting them? Or the contacting method?

JI:    It was another person with whom I had contact.

SA:    Who's that?

JI:    This person was looking for me in Beijing. Mr. ZHA knows this person. This person was the one that I had contact with. My last communication with him was in February during the Chinese New Year holidays.

SA:    What's his name? Which one?

JI:    Ask Mr. ZHA. He knows who this person is.

SA:    You met each other together as a group?

JI:    No, not together.

SA:    You met separately?

JI:    Correct.

SA:    You see, I was not told the whole story. I was only told to bring you this message.

JI:    Understand.

SA:    I thought they would investigate where the problem lies or what caused it to happen. They need some direction. Maybe that's because he also had contact with other people. They want to find out which area caused the problem and caused the U.S. to target him.

JI:    Okay.

SA:    That's what I want to find out. Now he is being dispatched to here. Please stop contacting others. I am the only person you need to contact. We need some time to find out why the communication caused the problem. We don't know whether it was caused by the telephone calls or what. I am keeping myself low. I have been doing this for a long time. At this time, I think that if I am okay, you will also be okay. We need to find it out. So please make sure you stop doing unexpected things. I will wait for a few weeks. I will contact them and learn something and then I will communicate with you. How did you communicate with them before, through email or what?

7

JI: I communicated with him once through WeChat. It was him who approached me.
SA: What about email?
JI: I used email for another person only. I refer to that person as the third person.
SA: The third person?
JI: Correct. Mr. ZHA knew this person and sent this person to Beijing to look for me. This person stayed in Beijing for a very long period of time. Ask Mr. ZHA because he knows this person.
SA: Did he give you his contact number?
JI: He sent me an email during the Spring Festival time the year before last and I returned his email. Those were purely holiday greetings. I sent him an email during the Spring Festival time this year also but he did not return my email.
SA: *Email?*
JI: Correct. *Email.*
SA: In that case, please stop sending emails or WeChat because we don't know whether it was someone else who used this method, who emailed or WeChatted Mr. XU causing him to be spotted by the U.S. government's radar. We don't know whether they got him through telephone or WeChat.
JI: Okay.
SA: You last contacted him during the Spring Festival time?
JI: Yeah.
SA: This year's Spring Festival time?
JI: Yes, in February.
SA: With Mr. ZHA or with --?
JI: With Mr. XU. I sent him a holiday greeting message.
SA: Okay.
JI: I sent messages to both of them. I sent a text message to Mr. ZHA's old cell phone number but I am not sure whether he is still using that old phone number or not.
SA: Nothing special? Just new year greetings?
JI: Correct. All of them.
SA: Nothing else? Could this be because you are with the U.S. *army* and roused American's suspicions?
JI: At this time in the U.S., 9000 foreign immigrants are with the *army*.
SA: All Chinese people?
JI: Over 3000 of them are Chinese people.
SA: Over 3000?
JI: This is a program. I can write down the name of the program for you. This is a *MAVNI* program.
SA: What is this?
JI: *MAVNI. M-A-Viskey-November-Donkey.[sic]*
SA: What is this?
JI: This is a program.
SA: The name of a *program*?

8

JI:     Correct. This is a U.S. *army program* which recruits foreigners of different nationalities to let them work for the army. It can get you a legal status. This is a normal *recruiting program*.

SA:     Mr. JI, was it Mr. ZHA, no, was it Mr. XU who told you to enroll in this program?

JI:     No, no. I did it on my own.

SA:     He didn't ask you to go to the army? When you apply to the army, they will investigate your background. Then they will inquire about your contacts in China.

JI:     They only investigate my history in the U.S.

SA:     They do not review your telephone contacts?

JI:     They don't because I have a complete report. We undergo three background investigations. Here are two background investigations.

SA:     What is this?

JI:     This is *NIC* [PH]. All U.S. government employees undergo this background investigation, including USPS employees. This is *SSBI, Single Score --Scale [sic]-- Background Investigation*. I forgot this word. Score? Scale? These two investigations apply to all foreign immigrants who want to join the military, even if one already has a green card.

SA:     This helps you get a green card?

JI:     Citizenship, directly. Not green card.

SA:     Citizenship. Their investigations are more rigorous and *detailed* because they are giving you the citizenship?

JI:     No, because this program has had some accidents before. A child, whose father was a Chinese navy vice admiral, obtained U.S. citizenship through this route. Afterwards, he *posted* his photo on *Facebook*. When DOD spotted that photo, it chose to comb out a group of people for this reason alone.

SA:     But you do not have any problem right now.

JI:     I do not have any problem right now.

SA:     Have you sent very *secrete* material to them and caused them to be targeted by the U.S. government?

JI:     No, I haven't. I have only sent a few holiday greetings via *WeChat*. They asked me when I would travel to China. Also, I sent some during Chinese Spring Festival time.

SA:     But you have not sent them any *secret* materials?

JI:     No.

SA:     Because I was not told the whole story, therefore, I am trying to get to know all people who have had contact with him. I am not sure whether someone else contacted him and sent some materials to him and caused this problem. At this time, the most important thing you need to remember is not to contact them. This is what Mr. CHA says. Do not contact anyone anymore.

JI:     Okay.

SA:     I will not be targeted by the U.S. government because I have been doing this in the U.S. for a long time and when things happen, I am not being targeted. That's why they let me reach out to you. My telephone number is safe. I can give you a cell phone.

JI:     Okay?

RPT_012-0000140

Case ████████████ Criminal
Date Completed 6/14/2018

SA: I bought a few cell phones and I can give this one to you. It is safely activated. Our phone number --, your phone number --. *Army* knows your phone number, correct?

JI: *Army* knows.

SA: So I can give you a cell phone for you to communicate with me. My phone number, you already got it earlier in the cell phone, is also in here.

JI: Okay.

SA: See? This is my phone number. As long as you need to communicate with me, you can keep this cell phone.

JI: Thanks.

SA: Because I need to review reports every few weeks, I need to wait until I have time, then I'll contact you. Whenever you want to reach me, you can use this cell phone. Remember not to talk too much over the phone.

JI: Okay.

SA: In the future, I will call you back when I receive *missed calls*. When it is not convenient for you to meet me, I will call you. I live there and I can come to you at any time when you want to see me. Please think about it again. What caused the problem? Did you overlook something and caused the problem? Did you send any material to him and caused him to be targeted by the U.S. government?

JI: I have not sent those stuff to him. [pause]. Correct. I have not sent any stuff to him.

SA: You have not sent stuff to him?

JI: No. That's because we would only ask questions like when you are traveling to China. No other stuff was sent.

SA: You met him in Jiangsu, is this correct?

JI: I have met him many times.

SA: What did you talk about when you met? I know very little about this thing. I did not know you were here. I was not told about it until this thing happened. Then, they asked me to reach out to you. Because I need to report to Denver that the problem is not you. Because you have met Mr. ZHA several times already.

JI: That's correct. I have met him many times.

SA: Therefore, I need to confirm whether it is because of you. You still do not think it was you? The problem was not caused by you?

JI: I don't think it was because of me because my joining the army in the U.S. shouldn't be a surprising matter. At least 9000+ foreigners have already been enrolled in this program. And Chinese? A minimum of 3000 Chinese have been enrolled in this program, as far as I know. I am even able to obtain a list of their names.

SA: You are able to get a list of their names? You know who they are?

JI: One can find each of them in Army's system.

SA: Oh.

JI: I will only get each person's name, address and contact number. These are all that I can find out. I am not able to get other information such as date of birth or social security number.

SA: Did they send such information to Mr. XU?

JI: No, no.

10

SA: Why is it then? What about other people? What about those who serve in the military and police forces? How come Mr. ZHA was spotted? This news item was not public in the U.S. currently and I was not aware of it either until they told me so. If you have his telephone number, you can call and ask him about it.

JI: That's correct. I really knows nothing about it. I am only aware that Mr. XU went to France before.

SA: Yeah. You can google XU Yanjun. This was not published in China. This news was published in France, or somewhere. It is written in French. Look at this. It is translated into English. Do you understand it?

JI: Yes, I do.

SA: Please also take a look at the English. It's google translate and may not be very accurate.

JI: What date is today?

SA: The 25th.

JI: The 25th.

SA: That's was on April 1, three weeks ago, when he was arrested. Please try to recall whether they asked you to do something for them and you did and then the problem occurred.

JI: No, they only asked me about my travel dates to China and mentioned that they would like to meet me when I am there.

SA: When you were in China or Jiangsu, did they ask you to do something and you did it in the U.S. and it was exposed?

JI: I don't think that's the case because I pretty much left behind all the application stuff including stuffs that are related to this *program*.

SA: They were aware that you applied for this *program*?

JI: They were aware that I applied for this *program* but they did not know the name of this *program*.

SA: So they told you to apply?

JI: No, no. I did it on my own. This conscription officer is also a Hong Kong native.

SA: A Hong Kong native?

JI: The conscription officer. The *recruiter*.

SA: *Recruiter*? From the *army*? A Chinese?

JI: Yes. A Hong Kong native.

SA: Did he ask you what you were doing in China? Did they ask you which college you attended? What questions did he ask you?

JI: College? They did not ask about my college.

SA: If not about colleges here, what about colleges there in China? Did you attend colleges there?

JI: Yes. From the day when I was born all the way up to when I was *enlisted*, I provided all of my *educational* information and my past addresses to them. I surely provided them with that information including my university, my high school, my middle school and my elementary school. I told them all of these.

SA: However, you did not tell them about your ties with Mr. ZHA and Mr. XU and --?

11

JI:   No, I didn't. They were only interested in my *education*. I came here immediately after I graduated from China. Mr. ZHA knew that. Therefore, my *timeline* has no *gap* at all.

SA:   This thing has become tough now. What can the Chinese government do now? Because the article says that he will be *extradited*, be extradited back to the U.S. If he is extradited to the U.S., it will be very difficult for Mr. XU to go to China. Therefore, if he arrives in the U.S., the Americans news will cover this. Currently, there is not much news coverage on this. We do not want to see more news about this --.

JI:   -- spread out.

SA:   Correct. That way, the Chinese side may not …. If all of a sudden he is extradited to the U.S., the U.S. side will surely not let him leave. Then, things will become tough. Don't know what U.S. government is doing right now. The most important thing is that you stop contacting them. No *emails*. Do your colleagues know that you, you have *roommates*, correct?

JI:   Um?

SA:   You live by yourself?

JI:   I have two roommates.

SA:   Your relatives or what?

JI:   Friends.

SA:   Do they know that you are with the army?

JI:   They surely know.

SA:   They do not know anything else?

JI:   Correct.

SA:   Do not let them know that I have met you. I also need to find out what they want to do. Because they feel that you can do something for them, so they want to keep in touch with you. They asked me to come here and contact you. But at this time, please keep *low key*. Do not send them any text messages. Do not WeChatting with them. Do not *email* them. Currently, we do not know which area caused that problem. So I will use my own method to contact them or let them contact me. I have been living in the U.S. for a long time. My home is here. I work here. I don't have any problem. But you are not. You are not a citizen. Please stay low key. When you return to the army today, please act as if nothing has ever happened to you. Act usual. When they ask you questions, feel free to answer the questions, *you know*, just do not mention your meeting with me. I do not want to see that happening. That's pretty much it. Does that make sense to you?

JI:   Um.

SA:   Do you have any questions?

JI:   I may travel to there in August.

SA:   You are going to China in August?

JI:   Yes.

SA:   Are you going to meet them?

JI:   I can do either. It depends on what they want. I am applying for the citizenship. If my citizenship is approved, I plan to make a trip there.

SA:   Oh, you want to wait until your citizenship is approved?

12

JI:     Correct. That's because my student visa is already expired. My student status is still valid, though. However, I do not want the embassy to learn about my being enlisted in the U.S.

SA:     Okay.

JI:     That's because being enlisted is an indication of seeking immigration status. I am still a student visa holder and I cannot give people the impression that I am seeking an immigration status. That's the main reason why I still have not taken the trip to China. If my U.S. status is approved, I plan to make a trip to visit my family there.

SA:     Are you confident that you will get it?

JI:     I should, because I do not have many contacts. The U.S. has an Act called *INA329*. Is it 329? It provides a person the eligibility to apply for citizenship if this person ever serviced in the military, even for a day, during many periods, such as that after the 911 incident, World War I or World War II or any time when the U.S. was in a war. The Act is called *INA329* [sic].

SA:     So you came to the U.S. after 911?

JI:     Correct. It was after 911 and that period was considered a war on terrorism in the U.S. If you served in the military, you are eligible to apply for the citizenship.

SA:     You are considered enlisted? Are you still considered a student? What do you do? Are you a *trainee* or what? What do you do in the military?

JI:     Fuel filler.

SA:     Fuel filler?

JI:     *Fueler*.

SA:     *Officially in the army?*

JI:     *Right*.

SA:     *Okay*. What if they refuse to grant you? What will you do?

JI:     If they refuse to grant me, I can file a law suit against the *U.S.A.*

SA:     What?

JI:     I can file a law suit against them.

SA:     File a law suit? Go to the immigration service to file a law suit?

JI:     Filing a law suit against the Immigration and Naturalization Service.

SA:     Filing a law suit against the INS?

JI:     Yes. I can show you something that shows that many of us are already filing law suits against INS.

SA:     Enrollees in this *program*?

JI:     Yes, all of them are in this *program*.

SA:     Do you know them?

JI:     Yes. There are many people here who are with the *MAVNI program*.

SA:     You can recognize them all?

JI:     Basically, these are people who applied for citizenship.

SA:     Do they have contact with Mr. CHA?

JI:     No, no. It's impossible. It is impossible that they know Mr. CHA. This photo was taken when he got his citizenship. This has become the law. As long as you were enlisted here,

|       |                                                                                                                                                                                                                          |
| ----- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|       | you are able to get your citizenship. At that time, I was also seeking the citizenship. Therefore, I chose this fast route. Many people choose this route.                                                                 |
| SA:   | Okay. Usually, they get it?                                                                                                                                                                                               |
| JI:   | Correct. Usually, one gets it. I submitted my application in July last year. The *process* will probably take about one year.                                                                                             |
| SA:   | Do they check your background and seek people who has some education? What are the *requirements*?                                                                                                                        |
| JI:   | One must have lived here for at least two years and any single trip outside the border cannot exceed 90 days. Also, they have a language list. Whoever speaks the language is allowed to enroll. And Chinese happens to be one of the languages. |
| SA:   | Okay. What about others? Such as those in the Middle East or other countries?                                                                                                                                             |
| JI:   | Let me take a look at it for you. These are also available on the internet.                                                                                                                                               |
| SA:   | They look for young people. Right?                                                                                                                                                                                        |
| JI:   | This should be the list for all languages. One only needs to speak one of those languages.                                                                                                                                |
| SA:   | Oh, those languages.                                                                                                                                                                                                      |
| JI:   | *MAVNI languages list.* This is a *DOD* program.                                                                                                                                                                          |
| SA:   | Okay. Not bad.                                                                                                                                                                                                            |
| JI:   | It will take us a long time to go through regular *process.*                                                                                                                                                              |
| SA:   | How long?                                                                                                                                                                                                                 |
| JI:   | I am saying that if I go through regular channels to obtain the status, from *H-1B* to green card will take 6 years. And from green card to --.                                                                            |
| SA:   | Find and marry a U.S. citizen girl will solve this problem!                                                                                                                                                               |
| JI:   | That is still not as fast as mine.                                                                                                                                                                                        |
| SA:   | This one is faster?                                                                                                                                                                                                       |
| JI:   | Correct. This one is faster because this circumvents the green card.                                                                                                                                                      |
| SA:   | This circumvents green card?                                                                                                                                                                                              |
| JI:   | Correct.                                                                                                                                                                                                                  |
| SA:   | Then, why? Why this *program* is not widely known?                                                                                                                                                                        |
| JI:   | This has been covered by the media all over the world but very few people pay attention to this.                                                                                                                          |
| SA:   | Oh.                                                                                                                                                                                                                       |
| JI:   | Including China. Prior to my being enlisted, such news already appeared in China.                                                                                                                                         |
| SA:   | People in China already knew about it?                                                                                                                                                                                    |
| JI:   | Correct. Many people in China already knew about it.                                                                                                                                                                      |
| SA:   | But they must first come to the U.S. and not everyone is able to leave the country for the U.S. It is not easy to get a U.S. visa. Correct?                                                                                |
| JI:   | Correct. Where do you live in New York?                                                                                                                                                                                   |
| SA:   | *New York City.*                                                                                                                                                                                                          |
| JI:   | Which borough?                                                                                                                                                                                                            |
| SA:   | I am in *Queens.*                                                                                                                                                                                                         |
| JI:   | Oh, Queens! There is a school in Flushing. It specializes in issuing visas to international students. It brings those people here. A student visa lasts two years during which it teaches them how to take the exams. To be enlisted like us, one has to pass an exam too. |

14

SA: Yeah.
JI: These students then took the training, were sent to take the exams and became enlisted.
SA: Which one in Flushing? I need to --, I was not aware of this.
JI: Right. The problem is, the school is already taken down.
SA: Oh, taken down? It no longer exists?
JI: Correct. It no longer exists. But many Chinese people attended this school and obtained their status in this manner.
SA: How long ago was that?
JI: The take down occurred last year because until last year, their *Facebook pic* was still there.
SA: The INS did the take-down?
JI: No, it was *DHS, Department of Homeland Security*.
SA: Currently, is there any others which help Chinese students to come here?
JI: To help obtain their legal status?
SA: Right.
JI: Not through such a legal route. No. To people from China, this is the fastest way to do it.
SA: I have a relative who also would like to come here. I am not sure. I say, if it is a girl --.
JI: A girl? To be honest with you, this is not the fastest of fastest way yet. The fastest way is to marry a person who is being *deployed*. That will be the fastest.
SA: Those that are being *deployed* by the *army*?
JI: Any services, whether it is *the air force, navy or whatever*. The thing is he is being *deployed*. When you marry him at this juncture, INS will immediately process the *case*.
SA: Marry him at the *deployed* location?
JI: Not necessarily. For example, I am going to be *deployed* and I choose to marry at this point of time and submit an immigration application for my wife. *U.S.* does not have a waiting period for this type of application. *U.S.* will immediately process the *case*.
SA: Do you know any such girls in the U.S. military?
JI: I only know girls in my *program*.
SA: But they are not U.S. citizen yet?
JI: None yet. We were *enlisted* at about the same time. Less than a year's difference.
SA: My relative in China wants to come here, so if you know any such girls in the military, --
JI: Okay. Is your relative a Hong Kong native?
SA: No, she is Guangzhou.
JI: Oh, Guangdong! Okay.
SA: They are in Guangzhou.
JI: So you moved to Hong Kong when you were very young.
SA: Correct. I went to Hong Kong when I was very young. I went to work in Hong Kong. And I came here.
JI: Um.
SA: Now, listen, just stop contacting other people. And you can use this cell phone to communicate with me. Okay? You have my phone number. Do not use WeChat. To contact me, call. I will get notified. In a few weeks, I will contact you again. Let me hear

15

what they have to say before I contact you again because they also would like to keep this contact.

JI: If they need information, any information, about this *program*, I can --.

SA: What information you can get?

JI: That includes all the forms that I completed at that time.

SA: Forms? Those that can be *downloaded* from the internet?

JI: I am talking about my own *hard copies*. No *download*.

SA: Can you get any important documents that Mr. CHA wanted? The stuff about the military matter?

JI: No, no. I am talking about my own documents. For example, my background investigation forms.

SA: Do you have a way to obtain documents in the military?

JI: No, not at this time.

SA: Not until you --.

JI: I must have become a U.S. citizen and then have changed to another job before it is possible for me to get any information.

SA: That requires a *clearance*. Right?

JI: Correct. Then *FBI* will issue the *top secret clearance*.

SA: Do you have it now?

JI: No, I don't. If I get the U.S. citizenship and then, with the *FBI*, I will have *top secret clearance*.

SA: Then you will have some opportunity to obtain some documents?

JI: Yeah.

SA: Okay. Please stop doing anything extraordinary. Stay put. Now that you did not go there today, will this affect your --.

JI: No, it won't. This is not my *unit*.

SA: Okay.

JI: This is only a recruiting center, *a recruiting center*. This one has nothing to do with my unit.

SA: Okay. They will not know.

JI: That's what I meant to say. These are two separate units. I am not a *citizen* yet. I haven't done my *basic training* yet.

SA: If you become a citizen, how long will it take you to get the *top secret* clearance?

JI: This *top secret clearance*, I already have it, actually.

SA: Already have it?

JI: Because I am not a citizen, I cannot *carry the security clearance*.

SA: Oh, they are already *paying* you this but because you are not a citizen yet, you cannot use it?

JI: How do I put it? When one passes the investigation, one gets the *top secret clearance*.

SA: You already passed it?

JI: Correct. I have already passed that. But because I am not a *citizen*, I cannot use this *clearance*. That's pretty much it.

16

SA: When you become a *citizen*, you can. Afterwards, what information do you think you could obtain? For example, you will be able to find out in your *army* who the China-born Chinese are who have become citizens and you can reach out to them.

JI: I can do it.

SA: You already have a way to get this now?

JI: I already have a way to get this information now including their email addresses, telephone numbers and addresses.

SA: Which one of them you think we can reach out to and who will be willing to help us? I mean, other people.

JI: I understand what you mean. Because they are still in the process of applying for the citizenship, it is best to wait until they get it. I do know quite a few of them.

SA: You know those that are in your *program*. But do you know anyone who are already in the *army*?

JI: I do, too.

SA: Are they also Chinese?

JI: Some.

SA: They came from China?

JI: Correct.

SA: Okay. Are they married? Male or female?

JI: Both. Because there are so many such people.

SA: So many?

JI: According to my conservative estimate, there are at least 3000 of them.

SA: Because if they think that they would possibly communicate with us from within there –

JI: Um.

SA: Well, we need to be careful about this. Not everybody is a candidate for such talks.

JI: Correct. That is one of my *concerns*. We only have had some communication on *WeChat*. We *chat* about enlist information. I have not met any of them in person nor chat with them individually. I have no idea what kind of a person they are.

SA: Did you say they know Mr. CHA?

JI: No, I was talking about those military guys.

SA: Oh, those military guys. Okay.

JI: Correct. I am not familiar with those military guys.

SA: Okay. If you know someone very well. For example, you feel that this person would have opportunities to communicate with us. We are interested.

JI: Okay. I will keep an eye on this for you. However, at this time, I don't know too many of those people.

SA: Do not talk to them. We just want to know who these people are.

JI: Okay. No problem.

SA: But do not give me right now because we want to wait and see what happens. They say it takes 75 days.

JI: Yes. It is correct.

SA: Let's see if they *extradite* him to the U.S.

JI: Um.

RPT_012-0000148

SA: If he is not extradited to the U.S., it will be easier. If he is extradited to the U.S., it will be tough.

JI: Correct.

SA: Therefore, we hope that Mr. XU is not extradited to the U.S.

JI: Okay.

SA: I hope that he -- I don't know what China can do right now-- they are not telling me.

JI: If you contact Mr. CHA, if he needs anything from me, I will provide them, including all the forms that I completed at that time, including all mail records. I have kept these.

SA: Okay. Okay. That's pretty much it. I don't have anything else. Do you have any questions?

JI: No, I don't. What if I need to travel to China in August?

SA: Let me find out about it.

JI: I am still waiting for my citizenship application result. Normally, I should get it by August.

SA: What if you stay here for some time, for a few more months, without going back after you get your status? Will that be a problem?

JI: No problem.

SA: Okay. Okay.

JI: Were you asking me about staying in China for several months after I obtain the U.S. citizenship?

SA: No, no. I am saying you stay here in the U.S. for a period of time. I am not sure what will happen if one returns immediately after he is granted the status.

JI: Oh. Okay.

SA: I am not sure. I need to wait for their instruction before I contact you or know what to do. They haven't told me much. I will tell you whatever they tell me.

JI: Okay. No problem. I just want them to know that I will be totally cooperative.

SA: Okay. I'll tell them.

JI: Because you got hold of me today by surprise. I didn't know --.

SA: Me too. I did not have any other way to get hold of you safely. We must be very careful about it. When I called you, I did not really know who you are. I did not want to talk too much over the phone. That's why I flew from New York to here. Thank you for coming.

JI: You are welcome. Thank you for your time. I had no idea about this.

SA: They will not contact me if nothing happens.

JI: They are not contacting me either. So when you suddenly got hold of me today and started calling me by my name, I was --.

SA: Because this is a very serious matter. If he arrives in the U.S. and answers their questions, I am not sure if they will put more people under investigation. Right now, I know that you are not the problem. I have no problem. But they want me to find out where the problem originated. Do you think the problem originated from you? You said no. So I will go back and tell them that the problem did not originate from you.

JI: Because I am in service right now, I have been to many military bases. I don't have any problem.

SA: Okay.

18

JI: Also, I have pictures of all aircraft carriers, no, not every one of them. If I go there, I can take pictures freely.

SA: Do they require *military* --?

JI: *ID*? Yes and I have it. Do you want to take a look at it?

SA: Can I? You look so young! How long ago was that?

JI: This is valid for three years. It was probably around June 14, 2016.

SA: Very young!

JI: With this card, I can enter all those bases. I was originally from San Diego.

SA: San Diego?

JI: Yeah. San Diego. Over there, aircraft carrier, 71, CNVT, they should be Roosevelt class aircraft carriers. I can enter freely. So, I don't have any problem.

SA: Do you still need to undergo trainings?

JI: I have a 3-month *basic* that I have not completed yet.

SA: When?

JI: Not sure.

SA: Not in there?

JI: No, no. That's because they have four different locations. I don't know which --.

SA: Don't know which location. When is that?

JI: I don't know either.

SA: Is it true that you will need to complete the training before you will be granted the citizenship?

JI: Actually, these two things can happen simultaneously. Some people get it before the training starts. Some people get it during the training. Some people get it after the training.

SA: If they give you the citizenship, you will have to show up. Correct?

JI: Yes. The citizenship can be *revoked.*

SA: Can be *revoked*?

JI: Yes. It can be *revoked.*

SA: Okay. That's all for today. Are you hungry?

JI: I am okay. I am okay.

SA: Do you want to eat something?

JI: I am okay. I am okay.

SA: Give me some time. Give me a few weeks. I need some time to get into touch with them. They know what to do and I will let you know. Do you need a *charger* or not?

JI: I have been using an *iPhone*, so I --.

SA: Okay. Take this one.

JI: Okay. Thanks.

SA: This one is very inexpensive. Okay. Take it. If I did not catch your call, if I see a *missed* call, I will call you back.

JI: Okay.

SA: Let me give you a ride back then.

JI: Okay. Thanks.

SA: You do not need this one?

19

JI:    I don't. I pretty much know what it is about. If you want to keep it and let others review it, it is also find with me, including this SF form. They are using this form, Form SF-86. I have a complete set of this form.

SA:    Okay.

JI:    I have not mentioned anything about China. I only mentioned some relatives in China.

SA:    Water?

JI:    No, I am okay. I don't need it.

SA:    Take it.

JI:    No, thank you. I don't need it.

SA:    Are you sure? Take it.

JI:    Okay.

SA:    Might as well take it.

JI:    Is this your first time to Chicago?

SA:    I have been here before, during a summer. It is winter now. *Transfer* to *Chicago* will be a big thing.

JI:    Yeah.

SA:    Because in New York, it's over 60 degrees. Here it is only 40 some degrees.

[Elevator bell rings. Background conversation between two UFs.]

UF-1:   *Exactly. Also I feel like if you sign the contract at the [UI] they can sue you. Because I was reading something that was saying like, oh, if you go to the other [UI] and accept it through another agency like you have to change it.*

UF-2:   *All around?*

UF-1:   *Yeah.*

UF-2:   *Oh!*

UF-1:   *So, if I worked for, you know, it's [UI] and they found out that I have to give all around the money that they make out of it.*

UF-2:   *Oh, that's [IA].*

UF-1:   *[IA] It's a computing agency.*

[Elevator bell rings.]

SA:    That girl. A *model*.

JI:    Oh, you will have to *pay*.

SA:    Right. I have to *pay*. Ah, here it is.

[*Announcement: Your parking is $20.00. Please use cash or credit card. Press the receipt button for receipt. If you need a receipt, please press the receipt button. Receipt will be printed after the transaction is completed. Please take ticket with you and insert it into the reader. Thank you. Please come again.* ]

SA:    This hotel is not bad.

RPT_012-0000151

JI: [IA]. Usually they will come here. Also, the next one [UI].
SA: That next one is the *convention center* which is so wasteful.
JI: Right. That is the place where Obama delivered his outgoing speech.
SA: Obama's what?
JI: Outgoing speech. Because he is a Chicagoan.
SA: Yeah, yeah, he is a Chicagoan.
JI: His house is on the 47th street, I think.
SA: Obama? He lives here?
JI: That was his prior house but it is still his house when he retired.
SA: Since you live here, have you ever seen Obama here?
JI: No, because I do not [UI]. But after he retired, his house [UI].
SA: It was not good before.
JI: It was [UI].
SA: Right. He does not live there anymore.
JI: He mostly lives in *Virginia*.
SA: He lives in *Virginia*. When presidents retire, they choose to live in special places.
JI: They [IA].
SA: It is very cold!
JI: Yeah. It is a bit cold.
SA: Your roommate. They did not see me, did they?
JI: No. Your door is still open. Oh, it's mine. Sorry.
SA: No problem.
JI: When did you first come to the U.S.?
SA: When did I come to the U.S.?
JI: Yeah.
SA: I have been in the U.S. for almost 20 years now. I married a girl who is a U.S. citizen.
JI: Okay.
SA: People at that time used this way to do it.
JI: Yeah. At this time, approximately 2000 people are doing this through asylum.
SA: I am still with her. After the marriage, I still stick with her. Nowadays, the immigration service is arresting a lot of people.
JI: Correct. A friend of mine is already [IA].
SA: This? Why?
JI: Okay.
SA: After *Trump* came into the office, the immigration service responded by --
JI: Correct. The service has changed.
SA: -- arresting a lot of people.
JI: The immigration service used to be very *military-friendly*. Not anymore.
SA: So nowadays [UI] are very scared.
JI: Correct.
SA: Nowadays, when one marries a citizen, he/she will be asked many questions. They want to make sure that it is not a fake marriage.
JI: It takes another three years to get one's citizenship after one marries a citizen.

21

SA: Right. It is not as quick as your route.
JI: I first learned about it from a news report in China.
SA: From the newspaper?
JI: From NetEase News, an APP.
SA: Then, many people were aware about it.
JI: Yeah. Many people were aware about it but not everyone went there. They may worry about dangers of war. We are all from one-child families. So very few people went that route.
SA: Does any of your friend join you?
JI: Today? They already went? Yes. I know of three people who are already undergoing their *basic training*.
SA: Friends that you met in China before?
JI: Also from here, in the center in there.
SA: Once you get your citizenship, how many years in the army are you required to service?
JI: Total five years.
SA: You can depart after five years?
JI: Yes. Actually the contract is for six years. However, I must serve five years so that my status will not be *revoked*.
SA: Okay. So after you get it, you still need to stay --?
JI: Three years.
SA: Three years? You have already --.
JI: I have already stayed there for two years.
SA: Oh.
JI: That's why my ID says 2016.
SA: So it's not six years after you get your citizenship. It's total six years.
JI: My contract is for six years but I need to service the military for five years to prevent a *revoking* of my citizenship. I have already serviced two years. Assuming I obtain my citizenship today, I need to work another three years. That's because I sign the five year contract before.
SA: What do you plan to do after you obtain your citizenship?
JI: My plan?
SA: Yeah. Stay in the U.S.?
JI: I plan to return to China for a period of time because I haven't been there for many years. Three years. I haven't visited China for three years.
SA: Then you will return to the U.S.?
JI: Absolutely. I have to return to the U.S. because of my contract. I need to serve four more years. My contract expires in 2022.
SA: Is it okay for you to stay in China for so long? What identity, U.S. identity or Chinese identity, do you use when you visit China?
JI: Actually, I can use either.
SA: Either will do?
JI: Correct. If I want to use my Chinese identity, I would buy a ticket to Japan.
SA: I beg your pardon?

22

Task 834470
Case ███████████ Criminal
Date Completed 6/14/2018

JI:     If I were to use my Chinese identity to visit China, I would first use my U.S. passport and buy an airline ticket in the U.S. flying to Japan. Once in Japan, you would buy --.

SA:     Once you become a U.S. citizen, if you use a Chinese identity to enter China, will the U.S. know about it?

JI:     No. Because if China does not have knowledge about it, the U.S. will surely have no knowledge about it.

SA:     I know that when one becomes a U.S. citizen, he/she must give up his/her Chinese citizenship. Is this correct?

JI:     Correct but they have no way to verify this because not all of them --. Wait. How shall I put it? The rule says one cannot no longer obtain another citizenship. Which means, your U.S. citizenship is the last citizenship for you to hold. For example, one can no longer apply for Canadian citizenship anymore. That won't work.

SA:     Is that the case?

JI:     Here? No problem.

SA:     Okay. The cell phone? Did you grab the cell phone?

JI:     Yes. It's in my pocket now. Thank you.

SA:     Okay. See you. Give me some time. Okay?

JI:     No problem. No problem. Okay.

SA:     Wait for me. Okay?

JI:     Okay.

SA:     Don't tell people about this. Okay?

JI:     Okay.

SA:     Thank you. Bye.

JI:     Take care.

[pause]

SA:     Today's date is April 25, 2018. The time is 5:03 P.M. Ending the consensual monitoring.

[End]

RPT_012-0000154