# EXHIBIT F

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



Chicago Field Office
2111 West Roosevelt Road, Chicago, IL 60608

File Number: ▮▮▮▮▮▮▮▮

Requesting Official(s) and Office(s):     SA Andrew McKay (CG)

Task Number(s) and Date Completed:     837486, Request #837469, 5/27/2018

Name and Office of Linguist(s):     LA Zhirong Yang (CG)

Name and Office of Reviewer(s):

Source Language(s):     Chinese

Target Language:     English

Source File Information
Video_TS [VTS_01_1.VOB]

### VERBATIM TRANSLATION

AbbreviationUM:
*Italic*               English
TN                     Translator's Notes
PH                     Phonetic
IA                     Inaudible

ParticipantUM:
JI                     Chaoqun JI
UM                     Unknown Male

UM:    Do you want --?

JI:    I am okay.

UM:    That's nothing.

JI:    Thank you.

UM:    Everything is okay?

JI:    Everything is okay.

UM:    You printed a lot!

JI:    I did. I have brought pretty much everything here. This document is a report that shows that the Army applied for my *top secret clearance*. The last page has key information: *OPM, Office of Personnel Management*. The review level that they granted me is *"No Issue."*

UM:    They did your background investigation and did not find any issues.

JI:    Yes. This one has all my information including my *credit report*, all my border entry and exit records, --. This is a complete record.

UM:    Okay. Okay.

JI:    This is Mr. MO, the conscription officer, whom I met in the recruiting fair on my college campus.

UM:    Oh, *Eric* [PH]?

JI:    Yes, *Eric* [PH]. He was a Hong Kong native. He came to the U.S. when he was 13 years old. He joined the Army when he was 19 years old.

UM:    Okay.

JI:    Here are his documents. This is the *MAVNI program* that I mentioned to you last time.

UM:    Military's recruiting program.

JI:    Yes, military's recruiting program. This is the visa type. One must stay here for at least two years. Single trip outside the country is not to exceed 90 days. And here are the other requirements. This is a *list* of all the languages.

UM:    You printed out all these yesterday?

JI:    Yes. I already had some backup copies when I was preparing for the interview. I just did not have electronic copies of other documents. Then I scanned. This is the receipt for my citizenship application. This application is not approved yet. I am still waiting for that. They received it on July 18. They sent me a *notice* on July 20.

UM:    You were eligible to submit the application when you join the Army?

JI:    Yes. This --. Oh, this is my enlisting contract. I was *enlisted* on 5/20/2016. I signed this 8-year contract, of which 6 years are for regular reserve and the last two years are for something like emergency on-call. For instance, I will be called upon when there is a sudden war and they are short of soldiers.

1

UM: So when you apply for the green card, no, for the citizenship, you need to present this to them?

JI: Yes. I need to present this form to them. This is my *contract*. These miscellaneous documents include my physical exam documents, etc. It looks like I completed my physical exam in March last year. This is the physical exam report. These are the earliest documents that I completed with my personal information. This is my *recruiter, Eric MO*. This is my education. This is *Education*. This is actually provided by the Army itself. This is the school information because I contacted them when I was in my last semester.

UM: You were in the school for your –

JI: Master.

UM: --master? Which discipline is the master for?

JI: Electronic engineering. I majored in EE. This is the date I completed the form. That was printed in June 2016. I made this back up copy at that time. This should be the date when I completed this form. This is my *residence*. I lived in these two apartments at that time after I arrived in the U.S.

UM: The same building?

JI: Yes. I am in another apartment now. This is my *reference*. The Army needs three references.

UM: Are they your friends or your family members?

JI: They must be your friend and they must not be your relatives. These are the three names they got from me at that time.

UM: Are they all in China?

JI: The first two are in China. This one was in the U.S. at that time but later returned to China.

UM: Do you know whether the U.S. government contacted, or *interviewed*, them?

JI: They only *interviewed* those in the U.S. and this report lists all names that were interviewed. They only asked for information involving me.

UM: They did not ask or contact them?

JI: Those in China were not contacted but the one in the U.S. was contacted.

UM: This is a reference.

JI: Yes.

UM: Because they are in China so the Americans will not contact them?

JI: Correct. Correct. They will only investigate the U.S. –

UM: --*reference*.

JI: Correct.

UM: You were required to provide them with these U.S. *references*?

2

JI:     Yes. When I was completing the form, my *recruiter* told me that the references can be either in China or in the U.S. It did not matter. Later, the requirement was that these must be from the U.S. Initially, the Army wanted to do our background investigation by itself. Later, DOD disagreed with it.

UM:     What does that mean?

JI:     Initially, *Army* would like to do the *background check* by itself. However, *Department of Defense* disagreed with it. *DOD* is at a higher level than *DOA*. They would like to locate a third party to do our background investigation. Therefore, the Chinese addresses, the Chinese *references* we completed were not used.

UM:     But they will investigate and find out who these people are? They should.

JI:     They only investigated this one: YU Wenzhi [PH].

UM:     Okay. Because he was in the U.S. at that time?

JI:     Yes, he was in the U.S. at that time. This is a very good friend of mine. They contacted him first before they contacted me for an interview. Basically, they asked me about my previous addresses, schools, employment history such as whether I worked in the military or police before, whether I can keep government secret, etc. These are the three people and only YU Wenzhi [PH] was investigated.

UM:     He didn't have any issues, right? He didn't have any criminal record such as being arrested in the U.S. for having committed illegal actions?

JI:     No, never.

UM:     Was he ever arrested in China?

JI:     No, not in China either. He was my high school alumna in Shanghai. This is page 2. This is my employment record. I was still in school when I applied so my employment record was blank.

UM:     Okay.

JI:     So I wrote "no employment record."

UM:     Okay. Understand.

JI:     These are my complete personal information.

UM:     Okay. You don't have criminal record in China yourself, such as being arrested by police?

JI:     No, nothing. This report covers all investigations.

UM:     They don't know about what happened in China?

JI:     What do you mean?

UM:     Being in the U.S., they are not able to investigate what has happened in China.

JI:     That is correct. They don't know. I don't think they do because none of my alumni in China ever received a phone call from them. Initially, after I completed these few pages, this form is my *application* for *clearance*. This is automatically generated, this

information. This is ZHAO Sihan [PH], my former roommate in Apt.707, living in this apartment. This is the latest one.

UM: Every item you put down here will be investigated by the U.S. government. Correct?

JI: They will only investigate the information I provided that pertains to the U.S.

UM: They will follow up and investigate the information you put down here in the form?

JI: Yes.

UM: For example, your China education, will the U.S. have a way to go to China to *verify* your China education and China addresses?

JI: They can only use my U.S. *references* that I provided to verify my China information. They will not go to China to *verify*.

UM: So the U.S. will not try to contact its China consulate?

JI: No, they won't. They won't.

UM: There are so many of you. They have a lot of work to do.

JI: That's correct. This report, I was *enlisted* on May 20, this was submitted to *OPM* on June 6 for it to process my *top secret clearance*. I started in October last year. So it took about one year and four months to process it.

UM: Okay. I think, you probably does not have any background issues. The U.S. government does not --.

JI: Correct. I shouldn't have any such problems because this report was dated October last year. Later, Army did its own internal report. It needs --, these are all my border crossing records starting from my date of birth. For example, the U.S., Chicago --.

UM: You came to Chicago when you first exited China?

JI: Correct. I never exited the country before. To be honest, I could have listed trips to Hong Kong or Macau but they would not really care about those trips anyway. My logic was that since I did not mention them in this report, for consistency, I did not mention them in the other report either. These are my border-crossing history all the way until February 2015. I have been here ever since.

UM: You first came to the U.S. --?

JI: The first was in August 2013.

UM: 2013? Then returned to --?

JI: --returned to Beijing in November and came back in December. Then another return trip in January.

UM: Within one month? While in school?

JI: Yes, I was in school at that time.

UM: During school break?

JI: The December one was during the school break. This one was for visiting a girlfriend.

UM: You often go there?

JI: Yes, especially the first year. Later, I pretty much gave up such return trips.

4

UM: During which of your trip did you meet Mr. ZHA and Mr. XU?

JI: It was during the school's summer break. I met them once.

UM: Which summer break?

JI: Approximately this one. Here, July 2014. I believe that's the one.

UM: Only this time?

JI: Oh, correction. I met them once before I came here. That was in 2013. I must have met them 2-3 times in 2013 before I came here. One was when I was in Beijing. The other was when I was visiting Nanjing. This one, the summer break in 2014, was the one when I went to Nanjing and met him.

UM: You are saying that you met them 2-3 times before coming to the U.S. One was in Nanjing. One was in Beijing. Then you came to the U.S. Then in July 2014, you returned and met him again together with Mr. ZHA?

JI: Yes.

UM: No other encounters?

JI: Correct. No face to face encounters.

UM: You still contact them?

JI: Contact? Only holiday-time contacts. No sensitive stuff.

UM: Okay. Okay. Okay.

JI: This is a list of names and working addresses of my family members for the past three generations that they requested. They specifically want me to identify people who work for the government, all people such as doctors, teachers or government servants. They require that I mark these people as such. Therefore, I marked three of them. One was my father who worked in the state tax bureau. Then, my mother.

UM: You father, where did he work?

JI: He worked in the state tax bureau in China. Then my mother who was a teacher. Then my uncle who was also a teacher. That's why I marked these three people. In addition, I also listed all of my *recruiters*. That is, my conscription officer. This is *relatives associated with ministry or government servant*. These were what I listed at that time. The three of them are my relatives. The remaining people are my acquaintances in the military. These are my conscription officers. This is my *squad leader*, equivalent to a lieutenant general.

UM: Did they talk to these people during the investigation?

JI: No, this investigation did not involve contacting any people. And these few pages are for one investigation. These are our Army's own investigation.

UM: You joined the military and also joined military's [UI]?

JI: Correct.

UM: When you joined the military, I see you have written down here about what you did, but did they ask you all the *details*, such as what you did during your return trips and who you met?

5

JI:    They don't ask that.

UM:    They did not ask such questions? Every time you came back, they did not ask you?

JI:    Correct. They would not ask.

UM:    After you joined the military, you never traveled to China?

JI:    No. I came back in February 2015 and signed the contract in May 2016. So between my last trip there and the time I signed the contract, there was a gap of one year and three months. Therefore, they did not find me having any issues regarding joining the military.

UM:    I guess you did not have issues in background investigation. Last time I told you that Mr. XU was arrested. I *search* the internet and did not find any follow-ups on that. This maybe is because they are waiting for the *extradition*.

JI:    They are waiting for the 75-day to pass?

UM:    Right, such as whether he should be deported to here. But because the U.S. government is not [UI] to investigate him, like I told you last time, did you contact any people?

JI:    Are you asking me?

UM:    No, about Mr. XU. Because he was arrested.

JI:    Right.

UM:    Because the U.S. government, I think, will certainly investigate his background, such as who he contacted, including reviewing of his *emails* and telephone calls and contacts. You said you contacted him before via *emails*.

JI:    No, no. I contacted a third person.

UM:    A third person?

JI:    Yes, I contacted a third person.

UM:    You did not directly contact Mr. XU?

JI:    No.

UM:    How did you contact him? Via emails?

JI:    My contact with Mr. XU while in China was through mobile phone text messages.

UM:    Through what?

JI:    Text.

UM:    Oh. Text.

JI:    Correct. Through a Chinese app.

UM:    What is that? WeChat?

JI:    No, just *text*, just *message*, the Chinese text app. I also contacted Mr. XU through QQ.

UM:    While in China?

JI:    Pardon?

UM:    That's when you were in China. When you are in the U.S., how did you contact him?

JI:    When in the U.S., initially I also used *QQ*. We didn't talk much on *QQ*. Later, he said that it was easier to use WeChat and he added my WeChat ID. I have not used any methods other than these two when communicating with him.

RPT_012-0000034

UM: Did you send any *sensitive or secret* material to him through email?

JI: Not to him. I did give some to a third person.

UM: Which third person? Mr. GENG?

JI: Yes. That's the person.

UM: GENG Zhengjun? The third person you are referring to is him?

JI: Yes. It's him.

UM: Okay.

JI: Correct.

UM: So you contacted him. Then Mr. GENG contacted Mr. XU?

JI: Correct. That's because the three of them were in the same group.

UM: Yeah.

JI: This is what I observed. They did not explain that to me. Nor did I ask them about it. Initially when I met Mr. ZHA, it was during a recruitment fair in the IM [PH] school. There was not much advertising. They were asking if anyone was interested in joining the organization. They said it was a confidential unit but they did not elaborate. Therefore, I went there and met Mr. ZHA. Afterwards, Mr. ZHA asked Mr. GENG to contact me in Beijing because Mr. GENG was in Beijing during that period of time. It was during my Nanjing trip that I met Mr. XU for the first time when he was together with Mr. ZHA. Afterward, while I was back in Beijing, no, not that. It was when I was in Beijing I contacted Mr. GENG for a few times. I often dined with him. He told me stories such as Long-Tan-San-Jie the three covert CPC agents inside KMT. Afterwards, I went to Nanjing to look for and meet Mr. XU. Afterwards, when I first left China, it was Mr. GENG who contacted me using my undergraduate name and my newly registered email address.

UM: Mr. GENG?

JI: Yes.

UM: So you have not directly contacted Mr. XU before?

JI: Not a lot. Actually, I contacted Mr. GENG more at that time. Initially it was Mr. GENG whom I had more contact with. That was when I was in the undergraduate school in Beijing.

UM: Mr. GENG was in Beijing?

JI: At that time in Beijing.

UM: Afterwards, you started contacting Mr. XU?

JI: Yes, because according to Mr. XU, Mr. GENG was transferred to a different department.

UM: My contact is Mr. ZHA. Mr. XU and I do not know each other. When there is a need to get in touch, I contact Mr. ZHA.

JI: Okay.

7

UM: During your communication with them, did you send any *sensitive* material to Mr. ZHA or Mr. GENG?

JI: He asked me to go to the internet and purchase reports on a few people.

UM: They asked you to make the purchase?

JI: Yes. I forwarded them to Mr. GENG. I used a compressed file with encryption before I sent it to him. That stuff on the internet should --.

UM: *Encrypted?*

JI: Yes. I used a compressed file with encryption before I sent it to Mr. GENG.

UM: Why didn't they do the background investigation within China?

JI: That I don't know.

UM: They just asked you to do --?

JI: Yes. The reason was probably because of the payment.

UM: Did you or he make the payment?

JI: I did. However, later I got the reimbursed.

UM: You were given the money back?

JI: Yes.

UM: How did he give it to you? Wired it to you?

JI: No. When I was leaving China for the first time, my mother obtained a secondary holder's card for me. It had my name on it. They deposited the money to that secondary holder's card.

UM: Was it a *bank card?* Credit card?

JI: It was a *debit card.*

UM: Oh, *debit card.*

JI: It's from a bank in China.

UM: That's how they paid it. Can you withdraw money here with that card?

JI: Yes but I seldom use it. I seldom use a debit card here. I always use my personal credit card here. When I was about to purchase the documents, I went to the store to --.

UM: You went *online* and made the purchase?

JI: I purchased a gift card first. Online? I was not sure. I purchased it.

UM: Can't you use a different name to *create* an *account* and then start the investigation?

JI: Correct. One needs to register online first. But it does not require you to enter your real name. What I did was that I created a *fake* name online. Then I used that *name* and *address.*

UM: The names that they were investigating, what problem occurred, do you know?

JI: These people? I don't know.

UM: You don't know whom he was investigating?

JI: That report was all about addresses, *relatives*, telephone numbers and *emails.*

UM: How did they communicate with you? Did they use *email* to communicate with you?

8

JI:     No, they sent me a photo via QQ. They listed several names and companies.

UM:    Okay. They sent it to your QQ --?

JI:     Yes, to my QQ.

UM:    Create an account.

JI:     Mr. XU sent it to me.

UM:    *QQ.com* had your real name or not?

JI:     No, QQ does not require real names.

UM:    Is there anything else that your email account was used to communicate --

JI:     My other email accounts?

UM:    -- communicated with him?

JI:     No. Not that.

UM:    Did you send the document to them via a *QQ.com* or via an *email account*?

JI:     I used an *email account* to send it to Mr. GENG's newly registered 126.com email account in China.

UM:    1 --?

JI:     126.

UM:    126?

JI:     Yes.

UM:    Is that an email address? Is that his governmental --?

JI:     No. They did not give me their government email addresses.

UM:    It was them who gave you the email address for you to send it to?

JI:     No. Initially, they only wanted me to purchase the reports. What I did was that I put them in a compressed file. I named it "Mid Term Quiz Questions." That's because Mr. GENG's registered email was under my undergraduate classmate's name. Therefore, I sent it to him using the file *title* "Mid Term Quiz Questions."

UM:    After you sent it to them, did they say anything?

JI:     No.

UM:    They didn't?

JI:     No, because they just wanted me to purchase some documents on their behalf. Their reason was just because it was inconvenient for them to make payments from China.

UM:    Did they advance the money to you?

JI:     No, I paid for it first.

UM:    Did you give them the receipt afterwards or what, telling them approximately how much you paid?

JI:     I didn't. They knew the approximate amount. The *people search* website would tell you the price of a report per person.

UM:    And they paid you back by putting money in your Chinese account?

JI:     · Chinese what?

9

UM: They paid you back?

JI: Yes.

UM: You noticed that they made a *deposit* into your *debit account*?

JI: My mom told me about that. In her bank, she was the primary card holder so she could view the secondary card holder's transactions.

UM: So she did not know why someone deposited the money in there?

JI: Correct. And I said that it was my classmate who exchanged the money with me.

UM: Okay. When your mother noticed that, did she not ask why someone deposited the money in there?

JI: Correct. And I said that it was my classmate who exchanged money with me.

UM: Okay. Now your *email*, was it a U.S. *email* account?

JI: Email? It was my email account with the school here.

UM: Email account with the school?

JI: Yes.

UM: Not other public ones such as Yahoo?

JI: No. Just the one with my school.

UM: Gmail or Hotmail?

JI: Neither, just the email with my school.

UM: Okay, school's, the *edu* one?

JI: Yes, the *edu* one.

UM: They gave a [UI].

JI: Okay.

UM: Now they worry that if U.S. government wants to investigate Mr. XU, it will investigate his contacts. Maybe they will investigate --, we don't know what they will ask him about. He may not say much. But Mr. ZHA wants to know what his communications look like. Because when the U.S. government reviews the emails, we don't know what they will see.

JI: Right.

UM: You are saying that you did not have direct communication with Mr. XU and that all your communications are emails that are non-governmental.

JI: I only sent emails to Mr. GENG before.

UM: But Mr. GENG's email address is non-governmental. He separately --.

JI: Correct. In order to communicate with me at that time, he registered a separate email address because I was departing China.

UM: Mr. ZHA told me that Mr. XU keeps a log of all your communications with him. He wants me to verify with you to see if there's anything missing.

JI: No problem.

UM: He said that when you sent the text messages --.

10

████████████

Task 837486
Case ██████████
Date Completed 5/27/2018

JI:    Yeah?

UM:    Mr. ZHA only knows what Mr. XU has told him. We are not sure what he has told Mr. ZHA is everything. Mr. ZHA wants to be sure. The Chinese government wants to know if the U.S. government has knowledge of the other communication methods. So, Mr. XU here says you have sent him text messages.

JI:    Correct.

UM:    Are all these here correct?

JI:    July, 2015? Ever since July 2015, I have not --, wait, it is possible that I sent a text message to Mr. GENG during the Chinese New Year holidays. Here. At this time. If there was one. Let me think. 2016? I have not sent anything in 2016 because at that time my girlfriend arrived. I was in Texas in 2016.

UM:    So what they say about 2015 should be --?

JI:    Should be correct. Correct. I have not sent out any communications afterwards.

UM:    The text messaging part is correct? Is there anything else?

JI:    Correct. That's because I only had those two telephone numbers.

UM:    Those telephone numbers are Chinese --?

JI:    They must be telephone numbers for Nanjing.

UM:    Then, how about the emails?

JI:    Emails? I did use this email address before but I do not remember much about it.

UM:    Is this your email address?

JI:    Correct. I registered that. It's not in my name. I used a fake name at that time.

UM:    You registered it?

JI:    Yes, I did.

UM:    When you registered it, did they require some references, such as your telephone number?

JI:    The telephone number that I provided was a number that I generated on the internet at that time. There was an app called PINGER, P-I-N-G-E-R.

UM:    PINGER?

JI:    Yes, PINGER. I used PINGER at that time to register a new cell phone number. Other information that I completed was also totally made up.

UM:    Not your true name?

JI:    No, absolutely not my true name.

UM:    They say that you --.

JI:    I recognize this email address but I --.

UM:    You haven't used it for a long time?

JI:    I pretty much did not use this email address because at that time --, can I ask you, do you use *Priceline*, the website for making hotel reservations?

UM:    Oh?

████████████

JI: It will price your --.

UM: Buying train and airline ticket?

JI: Yes. Because at that time I found the same information so I registered many email addresses. For that item alone, I registered up to 20 email addresses, but none of them were in my true name.

UM: But you used it before.

JI: Yes, I did.

UM: Because their record shows that you have used this email address.

JI: Correct.

UM: Now this. You are saying that you have sent QQ to Mr. GENG QQ --.

JI: If this QQ number belongs to Mr. GENG --, at that time, I used QQ directly to send it to him. I believe I didn't send mail.

UM: QQ *message*?

JI: Correct. I directly used QQ to send the document to him. I put the stuff in a compressed file. I did not send it using an attachment. I sent it directly between the two.

UM: So you sent it using QQ and you did not use email and you --.

JI: I remember that I used QQ to send it.

UM: You used QQ to send it and did not use an *attachment*?

JI: Correct.

UM: Maybe your *QQ account* has a --, will it reveal your *email account*?

JI: My QQ?

UM: Each QQ has an *email* address, doesn't it?

JI: Yes. Every QQ has it.

UM: Maybe this is the email address for your *QQ account*. Or is this Mr. GENG's?

JI: This is Mr. GENG's. This is not my QQ account.

UM: So Mr. GENG's QQ account was the one that you sent it to?

JI: My apologies. It should be Mr. XU's account. Correct. It should be Mr. XU's account because at one time I added Mr. XU's QQ account.

UM: Is this Mr. XU's QQ account?

JI: Correct. It should be Mr. XU's QQ account.

UM: The materials, the background investigation material that you sent out to, did they go to this account or that account? Mr. XU's account is this one and you did not send it to him?

JI: I should have sent out one copy through the QQ account. I also sent out one copy to Mr. GENG's email address. In that case, I had sent out two.

UM: What did you send to Mr. XU?

JI: To Mr. XU? The same stuff. Because at that time, I sent it out to Mr. GENG first. Afterwards, Mr. XU asked me to send a separate copy to him because according to Mr. XU they did not work together. I remember I sent it to him from QQ account directly.

12

UM: An identical document?

JI: Yes, an identical document. It's also the "Mid Term Quiz Questions." It was encrypted with a *password*.

UM: Okay. Have you used this email account?

JI: I have not use this one.

UM: Is this not yours?

JI: I do not remember ever sending anything to this *gmail* account.

UM: All *gmail* accounts are American --.

JI: Yes.

UM: If you send it to Mr. XU, I don't know if the U.S. government has been reading his emails. Maybe they are reading each of those messages. I am not sure how the U.S. government read them. You are not sure if you ever used it?

JI: Not to my knowledge because I do not have Mr. XU's gmail account.

UM: Could it be Mr. GENG's or who else's?

JI: Mr. GENG's is a "126.com" account. Mr. GENG's account uses my classmate WU Nan's name. It starts with the full name spelling "wunan" followed by a set of numbers "11223344." Something like that.

UM: Have you used email with Mr. ZHA?

JI: Mr. ZHA? No. I only have Mr. ZHA's [UI] number.

UM: Okay. This? Illinois [UI] --.

JI: I don't have this. I truly do not recall anything about this gmail.

UM: Do not recall?

JI: Correct.

UM: Have you used any other email accounts?

JI: Other email accounts? I have used my school email account to send it to Mr. GENG.

UM: School's email --?

JI: Yes. Do I need to write it down? I still remember my school email address. Thank you.

UM: Is this still active?

JI: It is still active. This is my school email address.

UM: How many times did you use it?

JI: Only once.

UM: Once?

JI: However, in other students' names, I have sent a few casual chats to Mr. GENG.

UM: But you have not used it to send stuff to Mr. XU?

JI: No, not with this.

UM: You have not sent any document *attachment* to Mr. GENG?

JI: To Mr. GENG? No. No. This WeChat? Yes, I have used this WeChat.

UM: Did you use this one?

13

JI: Yes, it's "Youjun [PH]" and the WeChat ID, as I recall, was the full name of College of Flight of NUAA.

UM: "Youjun [PH] is an alias used by Mr. XU.

JI: Correct. At that time, he asked me if I had a WeChat account. He was using a QQ account and asked me if I had a WeChat account. He said it was more convenient to use WeChat to get into touch with each other. And he used "Youjun [PH]" in English.

UM: But did you send any document, *secret* document, over WeChat?

JI: Not document. I only told him that I joined the military in the U.S.

UM: Joined the military in the U.S.?

JI: Yes. I told him this.

UM: Okay. Okay.

JI: No other WeChat IDs.

UM: This does not mention any other communication methods. Is there any other methods for you to communicate with Mr. XU?

JI: That's QQ, the additional one.

UM: Your QQ or whose?

JI: I have added Mr. XU's QQ.

UM: What is your QQ number?

JI: Okay. I can write it down here. This is my QQ number.

UM: Except for these, you only used QQ to communicate with Mr. XU, you did not have other --?

JI: Correct. I more often used QQ and WeChat to communicate last year. If that's the case, I must have used that gmail account when sending the document to him. It was encrypted too because it was a compressed file.

UM: Can you log into your email account again?

JI: Yes, I can. That's because when one wants to access some content on the website, they require you to register as a user. In that case, I would use this email address. I did not use my real name anyway.

UM: Okay. Now, what they want to know is the communication methods and email addresses and I could tell them that there is nothing else.

JI: No problem. No problem.

UM: What about telephone? Did you communicate with them over the phone?

JI: Telephone? I used Skype before.

UM: You used Skype before?

JI: Yes, I used Skype before. At that time, my Skype account was linked to my U.S. phone number because Skype can be used to call China directly. So I linked it with Skype. I called his cell phone, I believe.

UM: So you called his cell phone, not *video chat*?

14

JI:    Not *video chat*. I called Mr. GENG's cell phone.

UM:   You called Mr. GENG.

JI:    Yes, I called Mr. GENG's cell phone. Initially, I did communicate with Mr. GENG very often because he was in Beijing.

UM:   Were you joining the military at that time?

JI:    No, I was in the last semester of my undergraduate program.

UM:   Did you talk anything special, or *sensitive*, on Skype?

JI:    No. Only once when I was about to return to China, Mr. XU asked Mr. GENG who in turn asked me to purchase some cosmetics here for Mr. XU's younger sister. That's that. I asked Mr. GENG specifically whether it was okay to do so. He said it was okay. Let's continue.

UM:   Okay. Okay.

JI:    Right, right. There was nothing personal or private.

UM:   Skype is an American --?

JI:    Yes.

UM:   Skype can be used to call China? [3848]

JI:    When you link your skype to your cell phone number, you can use Skype to call any phone number in the world.

UM:   Call China's skype?

JI:    Call a cell phone number directly.

UM:   A Chinese cell phone number?

JI:    Yes. One can call any cell phone number anywhere in the world.

UM:   One may have to pay a fee, such as a fee for long distance calls, such as for an *international call*.

JI:    Yes. At that time I signed up for a monthly calling plan because I called quite a lot at that time. I mainly used it to communicate with my family members. So I purchased a monthly plan.

UM:   Okay. Okay. Have you used Skype to call Mr. XU?

JI:    No, I do not have his number.

UM:   You do not have his Chinese cell phone number?

JI:    No, not that. I had his cell phone number. I just did not have his Skype number.

UM:   Early you just said you could use Skype to call a cell phone number.

JI:    No, not that. I was saying that I could use Skype to call their cell phone numbers. My cell phone number would be displayed on their phones but they would not know that I am calling them using Skype.

UM:   Oh, okay.

JI:    I was not using my number here directly to call them.

UM:   Your Skype was installed with your U.S. phone number?

15

JI: Yes.

UM: They could not tell whether the call was using skype?

JI: Correct. I told them that I was using Skype when the call was picked up. I asked them if they felt it was okay or not.

UM: And they said?

JI: They said it was okay. Then, Mr. GENG asked me to take the two bottles of cosmetics to Nanjing. Initially I did not know whom these were for. I did not know that until, eventually, Mr. XU said that these were for his younger sister.

UM: That was in 2014?

JI: I believe it was in 2014. I remember I was on a summer break.

UM: Did they ask you to do something when you were back in China? Did they know that you were already in the military at that time?

JI: Not yet at that time.

UM: But they already knew about your application to join the military?

JI: No, they didn't.

UM: They didn't?

JI: They didn't because I myself did not know about it either. I did not learn about it until July or August 2015. I am referring to the military recruitment. Later, in September, I met recruiter Mr. MO in the military recruitment fair. Afterwards, I kept on doing the *processing* of my paperwork with him.

UM: Because they were not aware of your joining the military, they did not ask you to do things for them when you were back in China?

JI: Correct.

UM: What about prior to that? Prior to your coming to the U.S., did they know that you were to join the military?

JI: I was here for the school at that time. They were only aware that I was here for school. At that time, I myself was not aware of this route: joining the military. I learned about it later on the internet. I did hear, however, that people who join the military in the U.S. could get their immigration status adjusted.

UM: You heard about it in the U.S.?

JI: Yes, I heard about it in the U.S.

UM: Last time, you gave me the impression that you were already aware about it when you were still in China.

JI: No. It's like this. I heard about it in the U.S. but I did not give much attention to it. Later, I read about it in the news on the internet. It was news from China.

UM: Reading China's news while in the U.S.?

JI: Yes. It's the Chinese news. It was in the Chinese We-Media. Some journalist wrote about it and I learned about this *program*.

16

UM: Did Mr. XU, did they give you money to help you select a college prior to your coming to the U.S.?

JI: Yes.

UM: Gave you money?

JI: Yes.

UM: To attend college? How did he give it to you? All in China?

JI: Yes, all in China, all paid in *cash*.

UM: Any that was sent to the U.S.?

JI: No, no wire transfer.

UM: Okay.

JI: That's because after I purchased the documents, Mr. XU asked how he could send the money to me. Initially, I gave him an account number that was under my mom's name. He said it must be paid under my name. That's when I gave him the secondary holder's card number under my name. In China, primary holder's card number is different from the secondary holder's card number.

UM: That's before you came to the U.S.?

JI: That's after I came to the U.S. because I purchased the documents after I came to the U.S. Afterwards, I sent them to Mr. GENG. Mr. XU said that he never received them. That's why I sent another copy to him via QQ. After a while, I forgot how long it was, my mom told me that an extra $1000 showed up in her card account. I realized that was the money for my purchasing of the documents.

UM: In U.S. dollars?

JI: In U.S. dollars. I remember I spent probably $700+ for purchasing the documents.

UM: Okay, in U.S. dollars. What about prior to that? Did they pay you money prior to your coming to the U.S. for school?

JI: Yes.

UM: That was before your college? That was not for the investigative document?

JI: Correct. He gave them to me prior to the investigative documents. For once.

UM: For once? Afterwards, for the investigative documents, he paid you for a second time?

JI: Yes.

UM: All in U.S. dollars?

JI: Yes, all in U.S. dollars.

UM: When you applied, did you give them the U.S. government or the Army, your Chinese account number? Did they ask for your Chinese *bank account* information?

JI: No, because I do not have any *bank account* in China.

UM: You may have a *debit account*?

JI: Pardon?

UM: When they paid you the money, they deposited it into your mother's account?

17

JI: Yes. But they used my name.

UM: Used your name?

JI: Yes.

UM: It's inside China?

JI: Yes. It's China's Construction Bank.

UM: Okay. So it has nothing to do with your U.S. account?

JI: No.

UM: When you were completing the application forms for joining the military, did you provide information about your Chinese bank information?

JI: No. In the very beginning, I was only asked about these information. The *application* was generated with these information. Afterwards, it was the background investigation. A report was generated after they completed investigation of my *references*.

UM: Okay. They gave you U.S. dollars and I believe the Americans were not aware of that.

JI: No, the Americans were not aware of that because at that time these were paid in *cash*.

UM: What was the first payment for?

JI: They said it was for my airline ticket to come here.

UM: The paid your airline ticket?

JI: Correct. Afterwards, I sent my itinerary to Mr. GENG. I purchased that on Ctrip.com, a Chinese website, and sent the itinerary to Mr. GENG.

UM: Oh, he has already paid you that prior to your arrival in the U.S.?

JI: No. I purchased the ticket first. Then I sent the receipt to Mr. GENG. Then in December 2013 when I traveled back to China, they gave me the *cash*.

UM: Oh.

JI: Oh, then I met him once in 2013 also. It was in winter 2013 when I was given the *cash*.

UM: So you met him twice?

JI: Minimum two times because I met Mr. GENG in Beijing for many times.

UM: Prior to you arrival in the U.S., you met him several times. After your arrival in the U.S., you met him two times?

JI: Correct.

UM: During your first return trip to China, he already reimbursed you?

JI: Correct.

UM: Why didn't you try to get more than that?

JI: That's the amount he gave me and I took it.

UM: You could have asked him for the tuition --.

JI: But it was myself who switched and came here for an education. At that time, they thought they were hiring me for their employer. I was considering that option too at that time. However, later --.

UM: To work for them?

18

JI:    Correct. It was during the introduction seminar when I met Mr. ZHA. Afterwards, it was Mr. XU, no, it was Mr. GENG who kept in touch with me in Beijing. XU was the last person I met.

UM:    So they gave you some money, the airline ticket money?

JI:    Yes. It was around $4000-$5000. A little over-paid, I think.

UM:    But did they ask you to do something for them with the money?

JI:    No. They just told me to get to meet people, some American friends. However, they did not name the person, or the kind of person, that they want me to meet. What I did was that I wanted to have my status adjusted by joining the military and then get quick access to those places in the U.S. that tend to have limited access to the Chinese people.

UM:    So you were given approximately $4000-$5000 U.S. dollars the first time?

JI:    Yes. Wait, two times. They gave *cash* to me in two separate occasions.

UM:    Two times prior to your arrival in the U.S.?

JI:    No, both occurred after my arrival in the U.S. because prior to my arrival in the U.S., --.

UM:    One occasion was paying for your investigative documents.

JI:    No, the two cash occasions occurred before that.

UM:    Pardon? They paid you two times?

JI:    No, three times.

UM:    Total three times?

JI:    Total three times. One was for purchasing the documents. The other two times were for --

.    Was it once or twice? I believe there were two times. Two times.

UM:    Not three times?

JI:    *Cash*. I was given *cash* two times.

UM:    You were given *cash* for two times. The third time was a deposit into your mother's bank account?

JI:    Yes. That was the last time.

UM:    *Cash* for two times. They gave you *cash* when they met you.

JI:    Yes, they gave me *cash* when they met me.

UM:    Afterwards, when they knew that you were in the U.S. you *deposited* it to --?

JI:    To my mother's account. That's correct. That's what Mr. XU decided to do at that time.

UM:    All in U.S. dollars?

JI:    Correct. All in U.S. dollars.

UM:    Okay. There is no problem depositing all of them in a Chinese bank account?

JI:    Correct, there is no problem. I don't think there is any problem because this document and my this thing just occurred a few months ago. Therefore, I don't, don't think there is a problem.

UM:    Please understand that to ensure your safety as well as other things, they want to clarify this. Of course, at this time, they don't have a way to communicate with Mr. XU. If you

| | |
|---|---|
| | want to communicate with him, others will have to follow up on it. For me, I follow up with you -- |
| JI: | Okay. |
| UM: | -- and *make sure* that you --. Is there anything special in your email that when the U.S. government sees them, --? |
| JI: | No. |
| UM: | Regarding banking and making payments and wire, etc., will the U.S. government be able to follow these? |
| JI: | I don't know. I don't know. Generally speaking, I only use money orders when making deposits in the U.S. I purchased money orders in China and deposited them here. It's been under my name. Money from China *paid* into my U.S. account. That's that. |
| UM: | Regarding the *background check*, have you sent them to any other --? |
| JI: | No. I only sent them to Mr. XU and Mr. GENG. |
| UM: | Did they ask you to do anything inside the Army, such as sending documents? |
| JI: | No. They did not know that I was in the Army. |
| UM: | When did you say you could receive the *clearance*? Not until you become a citizen? |
| JI: | Correct. I already have this *clearance* right now. But because I am not a citizen, they cannot give it to me. I have already met the requirements for that *clearance*. Once I become a citizen, I will have this *top secret clearance*. |
| UM: | They would like to know that if you have the *clearance*, what *access* you would have for what kind of U.S. government information. What would you be able to see? What can you get? |
| JI: | Basically, I can go to *FBI SA*, and *NASA* too. |
| UM: | You can get *FBI* stuff? |
| JI: | If I am able to apply for its open positions. |
| UM: | Oh, okay. You are not able to see FBI stuff in your *Army's database*? |
| JI: | *Army's* is an independent one. At this time, I can only read stuff in *Army's database*. For *FBI* stuff, I have to get in *FBI* before I can see stuff in its *database*. |
| UM: | What information you can get from inside the Army? |
| JI: | Mainly names, positions, name lists and contacting information, etc. Also, I will know who is probably doing what, etc. |
| UM: | But you will have to wait until you get that? You are not able to do these right now? |
| JI: | At this time, I can only get incomplete information. I cannot get complete information. |
| UM: | If you get such information, will that bring you trouble? You are saying that you can go to a database to *download* some stuff. Will the Army know that you have *downloaded* stuff? |
| JI: | These things are such that as long as you are with the Army, you can *download* them. |
| UM: | So everybody can do the *download*? Is there a *red alert* that you are downloading --? |

20

JI:   No. Because if I am not able to download it, then I would not even see it.

UM:   There are things that can be downloaded. But is there a *track record* that you *downloaded* those documents?

JI:   I believe not. Because what I am downloading now is public information. To them, there is nothing secret about it.

UM:   But when you obtain your –

JI:   *Clearance!*

UM:   -- *clearance* and have access to *top secret* stuff, if you choose to download it, will *Army* detect it?

JI:   I am not sure about this because I have never tried this before. Also I know for a fact that Army uses a dedicated network which does not allow *downloads*. When I was undergoing the third background investigation, they used Army's own dedicated intelligence network.

UM:   So you are not sure if you can get it or not but can you see, by that time, *Army*'s military stuff, such as its *technology, aircraft carrier*, or aircraft documents? Do you think you can see them?

JI:   I can go there myself. For example, if an aircraft carrier is anchored there, I can simple go there myself.

UM:   Okay.

JI:   For document? I have not tried it because I do not have the *clearance* right now. Also, people who have clearance would not talk about it with us.

UM:   But once you have obtained your *clearance*, you will have a way to see those documents, those that normally you would not be able to see?

JI:   Correct. If I do not have the clearance, they would not talk to me about those things. They are aware that I do not have the clearance.

UM:   We don't know because at this time you do not have the *clearance*. You don't know what your *download* will look like once you have the *clearance*.

JI:   Correct. However, once I have the *clearance*, if I can be a normal American, I can apply for all kinds of jobs, such as NASA, etc.

UM:   Then you will know. Once you have *access*, you will be able to see a lot of other stuff.

JI:   Yes.

UM:   Okay. So if you obtain *clearance* inside the Army, you can submit an application to other *department*.

JI:   Clearance is universal. It applies everywhere in the U.S.

UM:   No need to apply for it again? Just use the same *clearance* to --?

JI:   Correct.

UM:   To submit an application to another department, do they require you to re-do the --?

JI:   As a matter of fact, if they do it again, they will get the same report.

RPT_012-0000049

| UM: | Oh, it's the same? |
|---|---|
| JI: | Yes. Only *OPM* can give the *clearance*. [5537] |
| UM: | Once you obtained your citizenship, do you plan to apply for another job with another department? |
| JI: | I do have this thought. |
| UM: | Where do you plan to go to? |
| JI: | To *NASA*. |
| UM: | To *NASA*? That's because you studied engineering. |
| JI: | Yes, that's what I studied. Also, if I choose to go to the *FBI*, my status is a little too sensitive because I am a native Chinese. |
| UM: | Okay. |
| JI: | That's why I do not expect myself to reach the goal, directly to the FBI, by one leap. |
| UM: | You can be an *engineer* with *NASA*. |
| JI: | Correct. That I can do, just like another normal person. |
| UM: | Go to NASA in Florida or in Texas? |
| JI: | Either. I can go to any *NASA* places, as long as it is *NASA*. |
| UM: | So you will not stay in *Chicago*? There is no *NASA* in *Chicago*. |
| JI: | There is no *NASA* in *Chicago*. If I choose to stay in Chicago, I will choose *GE* in *Chicago*. *GE* does pharmaceutical equipment. |
| UM: | Pardon? |
| JI: | Pharmaceutical equipment. |
| UM: | If you go to NASA, do you want to go to DC or Florida? They have the *space program*. |
| JI: | I think I would go to *Houston*. |
| UM: | To *Houston*? |
| JI: | Correct. |
| UM: | Okay. Houston is larger. |
| JI: | Correct. That's where their headquarters is. I guess I would choose to go there. |
| UM: | What department would you like to work for? Your *electrical engineering*, what type of things you can do for them in there? Help them develop some *technology*? |
| JI: | I can go straight to *cyber, cyber security*. |
| UM: | *Cyber*? That's computer. |
| JI: | Yes, I can go straight to *cyber security*. |
| UM: | Your *engineering*, don't you want to do researches on some *technology*? |
| JI: | I could, if I end up getting there. However, that will not allow me to have access to *cyber security*. |
| UM: | Who have access to *cyber*? |

22

JI: One who does it can see them all. For example, a team is doing a *NASA* research. When its stuff congregates in a *database*, since we are responsible for *database security*, we will be able to see them all.

UM: How long will this take, do you think, if you go to *NASA*? You said that you would join the Army probably in August? When can you get your *clearance*?

JI: Once I get my citizenship, I can get my *clearance*.

UM: Will this happen this year? How long will it take?

JI: It should happen this year. Because I submitted the stuff in July last year. Chicago's normal *process* time is probably around one year.

UM: Did you say that you need to finish your *training*, the *basic training*?

JI: That is not closely related with this.

UM: Do you have to complete the *training* before you can leave the military, the Army?

JI: That *training*? I estimate that I will obtain my *citizenship* first before I go to the *training*.

UM: Can you cancel the *training*? Or do you have to go to the *training*?

JI: My citizenship may be *revoked* if I do not go to the *training*.

UM: *Okay. Training*? For how long?

JI: Three months. Nine weeks.

UM: What happens when you graduate?

JI: One returns to his own *unit* after graduation.

UM: Okay. Will they require that you serve in the military for one year or two years before you can leave?

JI: Oh. Five years.

UM: Five years in the military?

JI: The requirement for me is five years but my contract says six years. They say that once you complete five years, your citizenship will not be *revoked*.

UM: Okay.

JI: But I signed the contract for six years. Therefore, it is best that I get *discharged* after my contract is completed. When that happens, when after I get *honorably discharged*, then for me to get a job with the U.S. government or other --.

UM: So you will need to wait 5-6 years and when you get *discharged*, you can go to other --.

JI: No, no. I didn't make myself --. Well, right now, I am in *Army reserve*.

UM: Okay.

JI: So I do not need to go there every week. So I can look for other jobs during weekdays.

UM: Um.

JI: Also, I already have *top secret clearance*. That means I have already completed --.

UM: Oh, you can do it simultaneously!

JI: Yes, I can do it simultaneously.

23

UM: So you obtain your *citizenship* and go to the *training*. Then you go and apply for other jobs. You still stay in the Army reserve for six years.

JI: Correct.

UM: So you do not need to wait for six years!

JI: Correct. When I finish my training, I will be able to apply for other positions.

UM: Okay. Okay. So probably around next year you can apply for a *NASA* --

JI: Yes.

UM: --job. And they keep your *Army reserve* position? Do you have to go to the Army *reserve* once a month?

JI: Yes. But these all happen during weekends. This time it is an exception: Friday, Saturday and Sunday. This one takes three days. Normally, it always falls on Saturday and Sunday. Also, these U.S. businesses are all *military friendly*. If you have been scheduled for a military training, they will let you go. They will not let this be a problem for you. Especially for companies like *NASA*.

UM: So you do want to go to *NASA*. Do you think you can get a NASA position? Do they have an *opening* for you to get in and work there?

JI: I think so. Because *NASA* is short of people right now.

UM: Short of people?

JI: Correct. Now that the U.S. has stopped sponsoring immigration status adjustments and that *clearance* is a requirement for them, their applicant pool is very small.

UM: Do they prefer applicants who speak Chinese or knows *electrical engineering*?

JI: *NASA* does not have preferences. The Army does.

UM: Will *NASA* use your Chinese *language*?

JI: I don't think so.

UM: Only engineering?

JI: Correct.

UM: For NASA, your *Army's clearance* is sufficient for them? They do not need to do another investigation?

JI: Correct. Because this *clearance* is universal.

UM: So when your *background check* shows "no issue" with the Army --

JI: Correct.

UM: -- it should also show "no issue" with NASA because they --

JI: They use the same *report*.

UM: -- when Army's investigation shows "no issue," they will not find any issues either.

JI: Wait. All *clearances* are given to a third party for safe keeping. Whether it is the Army which gives it to a third party, if the third party tells Army that I am able to obtain the *clearance*, when NASA goes out to request an investigation on me, the result will be the same.

24

UM: The same.

JI: Correct.

UM: So it's the same *clearance*.

JI: It's actually the third party which gives me the *clearance* and they all go to that third party to request it. And when they do, the third party will tell them that I have this *clearance*.

UM: Okay. Okay. I understand it now. Now, any of these can be --

JI: All of them.

UM: You don't mind them seeing all of them?

JI: No, no problem with me.

UM: One more thing. Mr. ZHA asked me to bring $1000 to you.

JI: Ah. Thanks.

UM: But a signature is needed here. Please sign your name here that you have received – so they know that I did not -- $1000. Name and today's date here. Sign whatever you like. You don't have to sign your true name here. You can write down anything here.

JI: Okay. No problem.

UM: It's the 17th today.

JI: Okay.

UM: And you received cash $1000. Chinese is okay. Either Chinese or English. Everything else is okay. This is yours.

JI: Okay. This report includes all my U.S. *references* and their records.

UM: Okay. Okay. You are sure you don't mind giving them these --.

JI: These? I do not [UI].

UM: Okay.

JI: It has my *social security number* on it.

UM: Oh, they will not --?

JI: Right. This is my --, it is similar to a *family tree*.

UM: Oh.

JI: This is my grandfather, my grandpa and grandma, my eldest uncle. These were required information when I was doing my Army's internal *clearance*. This will allow Mr. ZHA to understand it more easily. So I wrote something down here. This is a list of all my foreign contacts that I have entered in that form and that Army is already aware of. Army's investigation ends with this list. They will not investigate any further.

UM: Same like I said last time. For the time being, do not use any other methods to reach out. Only contact me by using that --

JI: Okay.

UM: -- because when I called your cell phone yesterday, the cell phone that I gave you, did you power it off or --?

RPT_012-0000053

JI:  That's because this number may have been used by others. I often receive calls from those junk numbers. I did not pick it up because I noticed that it was not your number.

UM:  Okay.

JI:  Because I did not know that --.

UM:  Okay. I apologize. We know --.

JI:  Because in the U.S., phone numbers are recyclable. I did not pick them up because I noticed that the numbers all start with Chicago area code, such as 312 or 773, instead of New York area code,.

UM:  Okay. I will go back and make a report. Afterwards, I will wait for a period of time, such as one month, before I contact you again.

JI:  No problem.

UM:  Also, I will watch what is happening to Mr. XU whether he will be deported. I hope that he will not be deported because once he is in the U.S., I don't know how the U.S. government will investigate him.

JI:  At one time Mr. XU and I were engaged in a casual chat. At that time, I was seeking employment with his employer so I asked whether his employer would offer any overseas opportunities. He mentioned that he had been to France for many times. I am not sure if this time he intends to go to France.

UM:  I have no detailed knowledge as to why he goes to France. They didn't tell me. I understand that they don't have to tell me everything.

JI:  Yes, yes.

UM:  So, I only know that he --. Anyway, they want me to contact you and find out what caused the problem. They are only aware that you have had email communications and personal meetings.

JI:  Yes.

UM:  So they want to make sure that these were not the cause of the problem. Because the U.S. government will review his phone records and his emails. I don't know if his messages contain his Chinese phone numbers or not. At this time, I will go back and tell them that I have knowledge about you in the U.S. and I believe that the problem is not with you. They don't know whether it's you or not. For the time being, I am your contact. If you have anything, call me. If I *miss* your call, I will return your call as soon as I can. Also, call me when you have an emergency or something special. Otherwise, no need to call me. Okay?

JI:  Okay.

UM:  Give me some time and I will contact you again.

JI:  Okay. No problem.

UM:  All this can be --?

26

JI: Yes, all this can. These are what I prepared for this. And this form is already included in that form.

UM: Okay.

JI: Look. For example, --?

UM: Identical *version*?

JI: Actually, you can give all of this to Mr. ZHA. Actually, this form is already included in that.

UM: I am not sure if he can understand all this in English.

JI: Don't worry. They should have --.

UM: Translators!

JI: Correct.

UM: Not sure if they --.

JI: All this can go to him.

UM: Okay. You don't want to keep the *business card*?

JI: No, I don't. I already have many of them. I am very close to him. Actually, they are able to more stuff. They are able to see all those people in the U.S. --.

UM: Do you think they have the opportunity to help me to --?

JI: I know there are Chinese people in California who are *recruiters*.

UM: *Recruiters*? They could get more Asians or Chinese.

JI: They have a monthly quota. In order to reach their quota they now prefer those who have *green cards*.

UM: Oh. They have *quota*. So they have to obtain a *number* every month?

JI: Yes. They must recruit that many people every month.

UM: Will they do that carelessly and go out to *recruit* some --?

JI: Pardon?

UM: They will have to recruit those who *meet requirement,* don't they?

JI: Oh, are you talking about the *recruiter* job?

UM: *Recruiting* for Army, you said, they look for those who have *green cards*. Won't they have to go through investigations anyway?

JI: Only *Marine* requires *U.S. citizenship.*

UM: Oh, *Army* takes green cards too.

JI: Yes, *Army* also accepts green cards. However, the *process* time may take longer because they will also have to complete the one that I completed.

UM: Oh. That 84 something?

JI: That's SF-86. This one. Oh, this is? They will have to do this too. The one after that is for *Army*'s internal use. And these. They are for *Army*'s internal use.

UM: Okay. Okay. Good. Good. I will take these back. Do you have any other questions?

JI: No other questions.

27

UM: Anything special in Chicago?

JI: Pardon?

UM: Has Army asked you any extraordinary questions?

JI: No, that's because Army is —

UM: *Normal*?

JI: — yes, Army will not ask me questions. They could only ask questions like "Why do you want to join the Army?"

UM: Okay. That's it. I will go back and report it. In one month, I will contact you again. Okay. Shall I give you a ride back?

JI: Okay.

UM: Take this water with you. Okay. Time to go. This stays here. Do you want to use the bathroom?

JI: No, thank you.

[End]