## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



FBI Chicago
2111 W. Roosevelt Road
Chicago, IL 60608-1128

File Number: █████████████████

Requesting Official(s) and Office(s):  SA Andrew K. McKay (CG)

Task Number(s) and Date Completed:  891069, 10/12/2018

Name and Office of Linguist(s):  LA Linda Y. Liang (CG)

Name and Office of Reviewer(s):  Click here to enter text.

Source Language(s):  Chinese

Target Language:  English

Source File Information

File 0050.001
9.25.18 UCE Audio Only Transcript

### VERBATIM TRANSLATION

Participants:

|  |  |
|---|---|
| JC | JI Chaoqun |
| UC | Undercover Employee |

Abbreviations:

| | |
|---|---|
| *Italics* | Spoken in English |

1A-CRIM_001-0000011

1A-CRIM_001-0000012

[UC: *Today's Date is Tuesday, September 25, 2018. The time is 9:53 a.m., beginning consensual monitoring.*]

[Driving noise with GPS directions]

[Conversation begins at 7:50]

JC:        Hello, greetings.

UC:        Hey, Chaoqun, uh, good morning, I…

JC:        I will go down right now, I was, sorry, I think I was on the wrong bus.

UC:        No problem, uh, uh, take your time, there is no hurry. I am downstairs, come down here, take your time.

JC:        *Okay, okay*, all right.

UC:        *Okay*, good, *bye-bye*.

JC:        Eh, all right, *bye-bye*.

[Conversation restarts at 13:56]

JC:        Greetings.

UC:        Greetings, greetings.

JC:        Uh, so sorry. [Car door closes]

UC:        No problem, no problem, no problem. Uh, first of all,

JC:        Um.

UC:        Uh, they have found, they said, they want to ask if you have used, any device you used when you communicate with them, like *USB*, computer or cell phone?

JC:        Yes.

UC:        Yes? Because he wants you to give them to me, *okay*?

JC:        *Okay*, no problem.

UC:        Do you have them with you now?

1A-CRIM_001-0000013

JC: Ah, I have *email* and things like that, and then…

UC: But do you have something stored in *USB* from what you used before? For example, do you have another computer that you used to contact them? Or, do you have any records stored in *USB*?

JC: No, I do not store any information, I only have some email.

UC: They are all *email*? No, uh, they are all in email?

JC: Yes, they are all in email.

UC: Uh, because they ask me if you have anything stored in the computer, stored in like *USB,* or other electronics, in the computer, they can buy a new one for you.

JC: Uh, I only have some email,

UC: Email?

JC: Right, only email. There is nothing else.

UC: In the computer?

JC: Yes.

UC: *Okay, okay*. Did not store in *USB*?

JC: No.

UC: What about cell phone? Stored in cell phone?

JC: No, because I, basically communicate with them via email.

UC: Email.

JC: Right, right. There is nothing else. Cell phone only has texts for holiday greetings, something like that.

UC: *Okay.* There is no storage in *CD*, *DVD*?

JC: Uh, this, I did not store separately.

UC: [OV] *Okay*. They are all in the computer.

JC: Yes.

1A-CRIM_001-0000014

UC:          *Okay*. Is your computer still at home?

JC:          Right, because I only communicate with them online.

UC:          *Okay*.

JC:          My email should have all the records.

UC:          *Okay, okay*. [OV] Let me know when you get the records because I am just letting you know now.

JC:          *Okay*.

UC:          I do not know if you want, if there is nothing, that would be fine too.

JC:          No, I did not save separately.

UC:          *Okay, okay*. Let us go to the hotel first and then…

JC:          *Okay*.

UC:          We will talk more then.

JC:          All right, no problem.

[Conversation restarts at 16:38]

UC:          Don't you need to go to *Army* today?

JC:          Not today.

UC:          [Pause] Wednesdays, right?

JC:          Right, Wednesdays.

[Driving noise]

UC:          [Pause] so you will need to go tomorrow.

JC:          Yes.

UC:          I remember not to contact you on Wednesdays.

[Siren noise]

UC:          [Pause] did you eat breakfast?

1A-CRIM_001-0000015

JC:     No, [chuckling] I just got up.

UC:     Uh, just got up?

[Siren noise]

JC:     Lately, I have been having more insomnia.

UC:     *Okay*. I woke you up, I am sorry.

JC:     No, no. I remember it is at 11 o'clock.

UC:     [Pause] so when I called you, you were just waking up.

JC:     Uh, but I had set my alarm clock. When the alarm clock beeped, I saw your text.

UC:     Uh.

JC:     So I got up right away.

UC:     You can turn here.

JC:     Yes.

UC:     Red light. Wait. I am not sure; I think you can turn on red.

JC:     I think it is not legal in New York.

UC:     Not here either.

JC:     Uh.

UC:     Usually, it is legal in many other states, but I am not certain.

JC:     [Chuckling].

UC:     [Pause] I wonder why people are outside the hotel, that, uh, *protest*.

JC:     Uh.

UC:     I don't know what is happening. Maybe they are not happy with their wage, not enough, or something.

JC:     Right, yes, yes, because when I went to the grocery store on Friday, they were there already.

1A-CRIM_001-0000016

UC:        Oh, it has been a long time already.

JC:        Right. It has been a long time, at least since last Friday.

UC:        Ah. [Pause] very noisy, in the morning.

JC:        [Pause] I am surprised they are still there.

[Driving noise]

UC:        Are you hungry?

JC:        I am okay. [Pause] Did you arrive last night?

UC:        Yes.

JC:        [Chuckling] It happens to be Autumn Festival and you came here.

UC:        Did you celebrate?

JC:        No, I just had a simple meal.

UC:        Right.

JC:        No special celebration [chuckling].

[Driving noise]

UC:        Not many people celebrate Autumn Festival here in the U.S.

JC:        Yes.

UC:        Unlike in China, people do not go to work or school. It is a big holiday.

JC:        Um.

UC:        They seem…

JC:        Still there.

UC:        They are dancing.

JC:        Last Friday was only drumming, no dancing yet.

UC:        Maybe they want to dance and play drum together.

1A-CRIM_001-0000017

JC:     [Chuckling].

UC:     [Pause] Do you go to Chinese or American supermarket for *shopping*?

JC:     I went to American supermarket last Friday. Sometimes, only for Chinese products, I would go to Chinese supermarket.

UC:     Um. Do you go to Chinatown often?

JC:     Not really. I have not been there these couple of years. I used to go there frequently.

UC:     What are they doing? [Loud drumming, shouting noise] It looks like they are drumming. [Pause] Maybe their wage is low, they pay them low wage.

JC:     I saw the sign, Chicago hotel wage…

[Loud shouting and drumming noises]

UC:     It is quite noisy. In the room might be better.

JC:     Yes, it is very noisy.

UC:     [Pause] Oh, at, which room. So noisy all day, for such a long time, eight hours. Ten hours?

JC:     I did not know they are so noisy starting this early. It seems like only this hotel. There are two other hotels nearby and they do not have these drumming [protestors].

UC:     This hotel is not related to those, is that right? With others…

JC:     No, no, only this one. [Loud drumming noise].

UC:     Thank you. [Pause] Not too bad, it is not too cold; I thought Chicago is colder now…

JC:     It gets cold about October, end of October.

[Hotel lobby music]

UC:     They are…

[Pause]

1A-CRIM_001-0000018

UC:     Did you have a chance to go to their *pool*?

JC:     No.

[Elevator noise]

UC:     Maybe go check it out later.

[Conversation restarts at 26:47]

UC:     All right, fine. Please have a seat.

JC:     All right.

UC:     What would you like to drink?

JC:     Nothing, I am okay for now.

UC:     *Okay*. How have you been lately?

JC:     Lately, not bad.

UC:     Not bad.

JC:     Yes.

UC:     Last time, you went to, did you go to *training*?

JC:     Went to where?

UC:     *Training*. The *Army training*.

JC:     I only have weekend *training*. I do not have long-term training.

UC:     You do not have. [I thought] you said August last time.

JC:     [OV] Right. It was postponed again.

UC:     Postponed? Postponed to when?

JC:     It was, originally, uh, now they told me November.

UC:     November.

JC:     Yes.

1A-CRIM_001-0000019

| | |
|---|---|
| UC: | Uh. Why such a long delay? |
| JC: | Because he, uh, he still needs more time to review the information. It takes a long time to process. |
| UC: | *Okay*. |
| JC: | Because there are only two people doing the work. |
| UC: | Oh, *okay*. It, is the *training*, is the *class* every few months? |
| JC: | No, generally, there is one every week. |
| UC: | Uh, every week. |
| JC: | Because the main focus is still on the mainlanders in the U.S. So, basically, there is training every week. |
| UC: | *Okay*. Did he say why the delay, the *training*? |
| JC: | All have been delayed, postponed. |
| UC: | So you are not the only one. |
| JC: | Not just me. Everyone is being postponed. |
| UC: | Uh, *okay*, *okay*. Everyone, from when you started, everyone else is delayed. |
| JC: | Yes, basically, all are delayed. |
| UC: | So, what if in November, it gets delayed again, what would you do? |
| JC: | Uh, I do not know, because I have already contacted the senator, that is, to focus on this issue of continued delays. |
| UC: | Has this happened before? Someone got repeatedly postponed? |
| JC: | Uh, yes. |
| UC: | Yes? |
| JC: | Yes, it is quite common. |
| UC: | Is it because background investigation? *Background check*? |

1A-CRIM_001-0000020

JC: It is exactly because background investigation, it is going very slowly. The project has more than 4,000 people and they just stated the investigation, like around August of last year. Until this year, they have reviewed more than 1,600 people. Therefore, there is still a large group of people remaining, have not been reviewed.

UC: *Okay*, have not investigated their background yet.

JC: The investigation is completed.

UC: Completed.

JC: The reports are completed and submitted. They are waiting to, that, read the reports and make a final decision.

UC: Uh. They have not yet read the reports.

JC: Correct.

UC: Must read reports of over 4,000 people.

JC: Right, a total of 4,200, originally there were 4,200 people. However, after waiting for so long, some people just voluntarily gave up.

UC: Oh.

JC: Right.

UC: Only two people working on it?

JC: Yes, only two people.

UC: Two people reading 4,000 reports?

JC: [Chuckling] yes.

UC: So your report, most likely he has not read it yet.

JC: Uh, my report has been submitted, but it is likely that it has not been read yet. Because I requested a copy of my own report and I read it myself, it is not a big deal.

UC: Uh, you could get a copy,

JC: Right, right.

1A-CRIM_001-0000021

UC: After they are done, get a copy of the report.

JC: Yes, yes.

UC: *Okay*. Do you know what they are looking for? What they are reading? Do you know what they wrote?

JC: I, I know.

UC: Uh.

JC: Right. Basically, they ask about your parents, that is, employer information of all family members within three generations.

UC: Um.

JC: And then, they are particularly interested in those who have work experience in the military and law enforcement, police.

UC: Um, um, *okay*. Nothing special on the report?

JC: No.

UC: Nothing special?

JC: No, no.

UC: *Okay*. Anything you think that is out of ordinary?

JC: I think not. There is no problem at all.

UC: *Okay, okay*. Fine. Uh, uh, Cha, Mr. Cha said, because he wants to know,

JC: Uh.

UC: Uh, what you and Mr. Xu used when contacting each other, like computer, email, so I was asking you. Did you store in *USB, burn* in a *disc* or something like that? They want to know because all should be destroyed, *destroy*. He asked me what you have on hand, what you used and could find.

JC: On hand, I [pause] only have a little bit of chat records on my cell phone. I changed cell phone. Then…

UC: Anything in your current cell phone? Is there any records showing contacts between you and him?

1A-CRIM_001-0000022

JC:     Yes.

UC:     Yes.

JC:     The cell phone I am using now has [records].

UC:     What do you have in the cell phone you are using now?

JC:     There are text messages, they are text messages exchanged with them when I was in China.

UC:     Are they *text* messages or *QQ*?

JC:     Uh, *text*, just *text*.

UC:     *Okay*.

JC:     Also,

UC:     Did you *text* him in the U.S. or while in China?

JC:     I *texted* him while in China because I was using the same cell phone.

UC:     *Okay*.

JC:     I brought it here.

UC:     *Okay*.

JC:     In fact, I had one cell phone, when I was in China; I used that number in China to *text*.

UC:     *Okay*.

JC:     Right.

UC:     So then, you changed cell phone, what did you do with the old cell phone?

JC:     The other cell phone is still at home, it is just too old.

UC:     So is it in China?

JC:     No, no, it is in the U.S.

UC:     Oh, *okay*.

1A-CRIM_001-0000023

JC:     Right.

UC:     *Okay.*

JC:     And then…

UC:     Does it contain records showing text exchanges?

JC:     Yes, there are *texts* on the contacts.

UC:     *Okay*, there are *texts*.

JC:     Yes. Moreover, another communication tool is email.

UC:     Email.

JC:     Email, my email box also contains [records]; it is a separately registered email account.

UC:     *Okay.*

JC:     That, *QQ*, I do not think I have.

UC:     Did you *download* any *file* in cell phone?

JC:     He did not send me *file*.

UC:     You gave him, last time,

JC:     Oh, right, last time I sent him a *file*, it was also in the email.

UC:     In the email.

JC:     Right, right, because I used a *public computer* at the time.

UC:     *Okay.*

JC:     That was the *download.*

UC:     Not, not stored in the cell phone?

JC:     I did not store in cell phone.

UC:     *Okay.* Did not use *USB*? Did not *down*…You helped them do the *report.* The investigation, for background.

1A-CRIM_001-0000024

JC: Background investigation?

UC: Right, in the U.S., help them do that…

JC: Oh, that, for personal, you mean.

UC: Personal, right.

JC: That is what I said earlier, at *public computer*.

UC: Did not *download* into a computer, *copy* or is everything in the email?

JC: Everything is in email because I used website screenshot at the time, and then saved in a *RAR* document.

UC: Saved to what?

JC: *RAR* document, a compressed file. *Yeah.*

UC: *Okay*, but did you *download* to *hard drive*?

JC: No, no.

UC: *Okay*.

JC: No.

UC: Because they want to know if it is stored at some place.

JC: Uh-huh.

UC: Where they might be easier to find. If you have something like this, like phone, uh, *USB*, computer, if you think you have downloaded somewhere, they said, that is, we can change it out for you, a new one, because [we/they] do not want any type of *trace*.

JC: I know.

UC: Anything that shows you have contacted with him, so I am asking you for clarity.

JC: Yes, I only have text messages. Others are what I wrote to him when I was there at that time. Those I have no records at all.

UC: What?

JC: That is, when I went over there by them at the time, they asked me to write…

1A-CRIM_001-0000025

| UC: | In China? |
|---|---|
| JC: | Yes, in China. Then, I wrote for them, |
| UC: | The stuff you wrote was for them? |
| JC: | Right, right, right. |
| UC: | They already have? |
| JC: | Right, they already have. They have me write it. |
| UC: | *Okay, okay.* |
| JC: | Right, right. So then, others, they only want the part about the background investigation, like people's phone numbers, addresses. |
| UC: | *Okay.* |
| JC: | Just that, nothing else. |
| UC: | *Okay.* So you used two cell phones the entire time while you are in the U.S., is that right? Contacted them using two cell phones. |
| JC: | Uh. |
| UC: | And then… |
| JC: | Uh. Yes, that is correct. |
| UC: | And they are in the computer, is it a *laptop* or… |
| JC: | It is a *desktop*. |
| UC: | *Desktop*. You did not use *laptop*. |
| JC: | No. My *laptop* is mainly used for schoolwork. That is… |
| UC: | *Okay*, [you] did not use *laptop* to… |
| JC: | No. |
| UC: | *Okay, okay*. They said if you need to, they could get a new one for you. They will give me money, they said if… |

1A-CRIM_001-0000026

JC:    [Chuckling] is that so?

UC:    They ask if you bought computer, used cell phone, if the records are in the cell phone, we can give you money and buy a new cell phone and do not keep using the old cell phone because in case the records are clear so change it out completely.

JC:    I understand, but I am thinking there is really nothing, that is, a separate *copy* remaining. Because I do not contact them frequently. They only asked me to do investigation on the few named persons.

UC:    Right, they wanted to confirm.

JC:    Right.

UC:    They do not want to leave records of relations between you and them,

JC:    Right.

UC:    So they want to destroy all records. So, if, when I drop you off later, if you think of anything else then, you can let me know.

JC:    All right.

UC:    Remember that. You think about it. If your old phone does not have anything *personal,* you can give to me too. Because they said, they would give you money and buy a new one.

JC:    [Chuckling].

UC:    Go ahead, count it.

JC:    Huh? All this is for me?

UC:    All is for you, all for you.

JC:    I [Chuckling].

UC:    They gave to me; get a, get a pen. Get a pen from them.

JC:    Uh.

UC:    [Pause] Why is there no pen in the room?

JC:    Maybe I go get one from *housekeeping*.

1A-CRIM_001-0000027

| UC: | Uh, uh, later I go ask for one, a pen. |
| JC: | *Okay*, fine. |
| UC: | Usually rooms would have pens. |
| JC: | Yes, yes. They are usually by the nightstand for writing *notes*. |
| UC: | You, go ahead and count it. |
| JC: | Uh. |
| UC: | I did not see it when [I/we] came in. |
| JC: | There is $5,000 total. |
| UC: | $5,000 right? Ask them for a pen because when we do things, we need to sign for clarity. |
| JC: | Yes, yes. |
| UC: | I brought it over; they need to know that I did not keep it to myself. |
| JC: | [Chuckling] *Okay, okay*. I understand. |
| UC: | So, it must be clear. However, in the past, you said, uh, uh, Mr. Xu, they have paid money to you in the past, is that right? |
| JC: | Yes. |
| UC: | Did they ask you to sign anything? |
| JC: | No. I did not sign this, but I wrote a separate receipt. |
| UC: | Just a regular piece of *paper*? |
| JC: | Yes. Right. |
| UC: | How did you write it? |
| JC: | Something like, today received however much money, and signed my name. |
| UC: | *Okay*, he asked you to sign. |
| JC: | Yes. |

1A-CRIM_001-0000028

| | |
|---|---|
| UC: | *Okay*. At the time, was it Mr. Xu and other people or just himself giving you money? |
| JC: | Uh, [pause] there is another person, but I do not know who that person is, should be the leader of Mr. Cha's immediate supervisor. He studied in the U.S. maybe *UIC*, University of Chicago, no, University of Illinois at Chicago or in New York, I forgot, because he discussed with me the commodity price in the U.S., he said when he was studying in the U.S., how the commodity price was back then. Over the years, inflation quadrupled. I had such impression. |
| UC: | *Okay*, so they both paid money to you. |
| JC: | Right, right, they are together. |
| UC: | *Okay*. |
| JC: | Right. |
| UC: | Because they, after Mr. Xu got arrested, |
| JC: | Uh. |
| UC: | They do not know how they paid money to other people. |
| JC: | Um. |
| UC: | Was it all paid off to everyone or keep some to himself. |
| JC: | This, I do not know. I do not know about other people. |
| UC: | So, they have such doubt, they do not know if they paid in full. For instance, they give money to you, I must give all to you, I cannot keep even one dollar. |
| JC: | Yes, I understand. Yes. |
| UC: | Do not know if he kept any money to himself. This, they doubt. |
| JC: | What does that mean? Keep it to himself? |
| UC: | For example, they can say one *amount*, |
| JC: | Uh-huh. |
| UC: | But not giving the entire amount. |
| JC: | Mr. Cha doubts you or who? |

1A-CRIM_001-0000029

UC:      Not me. Mr. Xu.

JC:      Mr. Xu. Doubting Mr. Xu?

UC:      Not sure, unable to confirm now.

JC:      *Okay.*

UC:      He was arrested.

JC:      Yes, yes, I understand. I vaguely remember the amount, they are all whole numbers, $4,000 once, $6,000 once, or, $3,000 once and $5,000 once, I cannot quite remember.

UC:      U.S. dollars or RMB?

JC:      All in U.S. dollars.

UC:      $3,000 each time.

JC:      Right. The first time was likely $3,000. Because the first time, Mr. Geng contacted me. Right. Then, the second time, when I was in Nanjing, after eating at a restaurant next to the Nanjing south station,

UC:      The first time, when they paid you, $2,000 twice.

JC:      Right, twice.

UC:      Twice.

JC:      Right, twice.

UC:      Paid cash to you twice?

JC:      Yes.

UC:      How was it the first time?

JC:      Actually, there are three times.

UC:      All three times, he delivered to your mother.

JC:      Uh, the third time it went to my mother's account. $1,000 U.S. dollars.

UC:      When was the first time? How did it go?

1A-CRIM_001-0000030

| JC: | The first time should be, let me think, I came here in 2013, should be winter of 2013. If so, otherwise, summer of 2014. |
| UC: | *Okay.* |
| JC: | Around that time. The second time should be winter of 2014. |
| UC: | How much did he pay you the first time? |
| JC: | I do not quite remember the amount, should be $2,000 or $3,000, regardless, they are whole numbers. |
| UC: | $2,000, $3,000. |
| JC: | Right. And then… |
| UC: | At the time, let me get this clear, the first time, he, Mr. Geng gave to you? |
| JC: | [Pause] it was also Mr. Xu, I think. But I wrote receipts for all of them. |
| UC: | Who was present? |
| JC: | Mr. Cha was there. |
| UC: | Mr. Cha was there the first time? |
| JC: | Right, because when I went to Nanjing, Mr. Cha was always there. |
| UC: | Mr. Cha and Mr. Xu both? |
| JC: | Yes, right. |
| UC: | Who paid you money? Mr. Cha? |
| JC: | Mr. Xu gave me the money. |
| UC: | Mr. Xu. |
| JC: | Right. I wrote them a receipt. |
| UC: | [OV] Mr. Cha, if, that time, because Mr. Cha was present. |
| JC: | Right. |
| UC: | What about the second time? |

1A-CRIM_001-0000031

JC:     The second time is the same. Mr. Cha's other leader was also there.

UC:     Three people.

JC:     [Pause] right, three people, three people. Right.

UC:     *Okay.* So they saw how much money he paid.

JC:     Yes, they know.

UC:     *Okay.*

JC:     Right, they know.

UC:     Maybe, they know the money they pay you is correct.

JC:     At least the part given to me, I wrote them receipts.

UC:     *Okay.* There were other people present also.

JC:     Yes, they were.

UC:     *Okay.* Because, because, I came over, just myself, so…

JC:     I understand, I understand.

UC:     So, we must…

JC:     I was wondering, why doubt you [chuckling].

UC:     Not doubting me,

JC:     *Okay, okay.*

UC:     So they want me to write, but I do not have a pen on me. There is no pen in the room. I do not know…Usually there are pens, I wonder.

JC:     Usually they are by the nightstands.

UC:     Let me see, there is none, did not see any pens. That is no problem.

JC:     Or I go to *housekeeping* and ask for one.

UC:     Maybe, uh,

1A-CRIM_001-0000032

| JC: | Or ask for one at the front desk and give it back when leaving. |
|---|---|
| UC: | *Okay*, I can ask someone to deliver a pen. |
| JC: | Fine, fine. |
| UC: | *Okay,* and then, because I need a signature. |
| JC: | [Chuckling] $5,000. |
| UC: | I do not know. Whatever they gave me; I just give it to you. |
| JC: | Oh, thank you. |
| UC: | I cannot even take a dollar from it. |
| JC: | I understand, understand. |
| UC: | So they want to clarify, the money must be clear. They also asked me, uh, uh, others, they want to be clear on how money is paid. |
| JC: | All right. |
| UC: | Because [we] do not know how Mr. Xu paid to other people. If they are paid in full, do not know. |
| JC: | Right. |
| UC: | So, um, and then, Mr. Cha is interested, he is asking about your *Army update*. You were saying you have to wait. |
| JC: | Yes, I still have to keep waiting. |
| UC: | Keep waiting. |
| JC: | Right. |
| UC: | If [training] starts in November, and then, when does it end? |
| JC: | Approximately, at least six months. |
| UC: | *Training* is six months. |
| JC: | Six months total. The first one is about ten weeks, and the second one is another ten weeks, 20 weeks. |

UC:      So there are two *training*.

JC:      Right, but they might add a week in between, so it is a total of 21 weeks, that is, less than four months, uh, no, less than six months.

UC:      *Okay.* Uh, after you go to *training*, are you able to apply for *citizenship*? Or must you wait until *training* is complete?

JC:      I already applied. The status now is that if you are going to *training*, they will report the name list to *USAS* [PH],

UC:      Um.

JC:      Which is immigration, and then they continue *process application.*

UC:      Um. *Okay, okay.* So do you think you can finish by end of the year, *springtime, summertime*, you can be done? This *program*, the *training.*

JC:      Yes. Right.

UC:      What do you plan to do after *training*?

JC:      Uh, after *training,* I should be going back to China.

UC:      Um.

JC:      Because I have not been back for a very long time.

UC:      Right.

JC:      And then, I maybe…

UC:      When you go back to China, I could help you arrange, with them…

JC:      No problem.

UC:      But, I must do the arrangements, *okay*.

JC:      No problem.

UC:      You do not need to contact them.

JC:      Yes.

UC:      I will, let me help you and him make the connection.

1A-CRIM_001-0000034

JC:     All right.

UC:     Uh, and then, what do you want to do? After you come back.

JC:     After I come back, I plan to look for jobs with *secret clearance*.

UC:     *Okay*, such as what? Have you done any investigations, any *research*?

JC:     I have not done so myself. Their *open position* changes constantly.

UC:     *Okay*.

JC:     Right.

UC:     What would you like to do? You think, for example, Mr. Cha knows, what do you think you can help them with? Help Mr. Cha and the country.

JC:     Um.

UC:     What kind of job you can do to help them?

JC:     I could apply for jobs involving security, like *CIA, FBI* jobs, or go to *NASA*, that I can do also.

UC:     Do you think; what type of job would you be able to provide specific assistance to the nation?

JC:     That would probably be when I could see information that others cannot.

UC:     *Okay*. What kind of information that you know others cannot see?

JC:     I do not know now because it is very difficult to gain access to this type of information. My current situation, it is tough to get information.

UC:     You are willing to help us to…

JC:     Yes, I am willing.

UC:     *Okay, okay*. But [we] must wait until you are done with *training*. You apply for jobs and they hire you, and then you will be able to see information.

JC:     Yes, right.

UC:     Because we cannot force you to work.

JC:     [Chuckling] I know.

1A-CRIM_001-0000035

UC: You must be willing on your own terms. If you do not want to, we cannot force you. You must be willing. So, *okay*, if you go to *FBI* or *NASA*, if you are *engineering*, engineering, you may be in contact with high-tech *information*.

JC: Um, yes.

UC: *Okay, okay*. Do you think, for instance, *NASA*, do you think, with your degree now,

JC: Um.

UC: Your, your, *electrical engineering*, is that right?

JC: Correct.

UC: From what department would you be able to obtain information?

JC: Every department should be able to get information, but *NASA* sets limitations to Chinese.

UC: But is it like satellite information?

JC: That would depend on what department I am in.

UC: *Okay*.

JC: And…

UC: So you do not know now, it depends on which department they assign you to.

JC: Right, right. In addition, *NASA* only hires American people now.

UC: Only what?

JC: Organizations like *NASA* only hire Americans.

UC: Uh, hires Americans.

JC: Right.

UC: No Chinese?

JC: Chinese would only be hired for joint projects. For example, *Purdue* University and *NASA* might have a joint project.

1A-CRIM_001-0000036

UC:     Um.

JC:     And you are the student of the leading professor, he might expose you to some, but it is only limited to the specific project.

UC:     But if you are a U.S. citizen,

JC:     Right.

UC:     He would hire you. But you are Chinese, they will not assign you to special, *sensitive* projects or not because you are now…

JC:     I know that for some very special projects, they will not allow. They require native born for three generations.

UC:     Uh, three generations.

JC:     Right, must be born as natives. I know that currently, the Air Force has a project that is doing research on nuclear energy.

UC:     What? Nuclear energy? That *nuclear*,

JC:     Yes, special project on *nuclear* research. Because when I applied, a kid, my roommate, just graduated from high school, he joined the project; he said all three generations must be Americans, native-born Americans.

UC:     Um.

JC:     And the Navy gives them over $40,000 a year, $42,000. The first two years is learning in college, the latter two years are active Navy duty service. After that, a seven-year contract to specifically do research on Navy *nuclear*.

UC:     Um, so they want, the fact that you studied at a different college, they might not hire you. They must go to their school, their *program*.

JC:     You are talking about *NASA* or the Navy or…

UC:     Navy, *NASA*…

JC:     Right, the Navy has its own separate, independent project.

UC:     Um.

JC:     You must be enrolled in the specific program first, *academic, Navy Academic*, to learn,

1A-CRIM_001-0000037

UC:     Um-hum.

JC:     And go to naval school, and lastly serve active duty.

UC:     Um-hum.

JC:     Just going to school would take four years. *NASA*, the example I gave was that if not an American, the only way to gain access to *NASA* is through joint project.

UC:     *Okay*. What about *contractor*? Contract?

JC:     *Contractor* is only for Americans also because they will not have *contracts* with Chinese.

UC:     *Okay, okay*. Because I know they have contracts with *NASA*, like *Lockheed Martin*, companies like *Boeing, Lockheed Martin,* they have contracts with *NASA*.

JC:     Yes, they have *contractors* with *NASA*.

UC:     They have opportunities to gain access to *high tech*.

JC:     I, I think it is highly possible. I know; I have been going to *Utah* more often lately; they have Air Force bases there. Each airliner has an independent building there. They are not military personnel.

UC:     Um.

JC:     They are just independent, like *Boeing*, *Lockheed Martin*, they work with Navy.

UC:     So they also have some kind of *clearance*, is that right?

JC:     They all need it.

UC:     Their *clearance*, *contractors*, and your *clearance*, are they the same?

JC:     Theirs should be a little lower.

UC:     Lower?

JC:     Right, right.

UC:     *Okay*. So what do you want to do, yourself? What are your interests? After your *training*,

JC:     Um.

1A-CRIM_001-0000038

UC:     If, after *training*, with *clearance*, uh, a U.S. citizen, what do you want to do?

JC:     I still enjoy doing this type of work.

UC:     [OV]

JC:     That is,

UC:     Doing what?

JC:     Aerospace and aeronautics. Because this was my major for undergraduate degree.

UC:     *Okay.*

JC:     My undergraduate degree was from Beijing University of Aerospace and Aeronautics. I have more exposure to the field; also, working for places like *Google*, I am not particularly interested.

UC:     *Okay, okay, okay.* Not computer?

JC:     No, this type of business, that is, general business, I am not interested.

UC:     *Okay.* Just government related.

JC:     Correct.

UC:     *Okay, okay,* that is good. It is all because they wanted to know what types of work you could do, whose information you can get to help China, *okay.* They want to know that. They think you have a good chance because not many people are able to come to a foreign country, learn the knowledge and help the government. Because you applied for *Army,*

JC:     Um.

UC:     You have *clearance.*

JC:     Yes.

UC:     It is easier to work for government. Therefore, it is a great opportunity. They think, so they hope to work with you. Maybe that is why that gave you $5,000, I do not know.

JC:     [Chuckling] *okay,* fine.

UC:     They want to maintain a good relationship with you.

1A-CRIM_001-0000039

JC: All right. I also hope to keep the relations with them. Is there any updated news on Mr. Xu?

UC: [We] still have to wait on that. The country continues to *fight*, the *extradition*. There is no news, waiting for him to be extradited back to the U.S. However, China still needs to negotiate, *fight*.

JC: I understand.

UC: So, there is still a waiting period. He is still in custody.

JC: Is he still in Europe?

UC: Right, he should still be in Europe. China does not want him to come to the U.S.

JC: Um.

UC: There will be more problems if he is sent to the U.S. What would they say to the U.S.? So they want to know what evidence they have, what contacts he had, we need to process them all. You process them, *delete the file*, they think there might be records stored in the computer.

JC: Yes.

UC: So they said there is a special way to destroy everything. That is, the *hard drive, memory*, all destroy.

JC: Um.

UC: So they asked me if you have any computer, cell phone, *USB, CD* that you used, they want to know everything.

JC: *Okay*.

UC: In case, if Mr. Xu comes to the U.S.

JC: Um.

UC: We would not be able to contact them. Because we do not know, he comes to the U.S. uh, would China find a way to take him back. I do not know, they would not tell me this. So, I ask you for clarity.

JC: All right.

UC: Um, uh, and [sighing], how is your family in China? Did they ask you why you have not returned to China for so long?

1A-CRIM_001-0000040

JC: I told them I am waiting for news from *Army*. They know.

UC: They know.

JC: Right. They know.

UC: They know you are applying for that, *citizenship*.

JC: Yes, they know.

UC: Do they want to come to the U.S.?

JC: They like the U.S. but they still have language barriers.

UC: Do you have brothers?

JC: No, just me.

UC: *Okay*. Uh, he likes life in China.

JC: He prefers life in the U.S. but has language issues.

UC: Language.

JC: It is a major concern.

UC: Right, right. Your parents are also well educated.

JC: Yes.

UC: But they did not learn English.

JC: English? It has been many years, they did not use English and it has been so long since they came, it would be difficult to adapt.

UC: *Okay*, because it will not take too long for you to apply for them.

JC: Maybe about half a year.

UC: Oh, half a year, that is fast.

JC: [OV] should be half a year before applying.

UC: Right. Do they have their own *business* in China?

1A-CRIM_001-0000041

JC:     No.

UC:     No?

JC:     My father is…

UC:     Is he retired?

JC:     Huh?

UC:     Is he retired?

JC:     Not yet. They do not have a *business*. My mother is elementary school teacher.

UC:     Uh-huh.

JC:     My father is a clerk at the State Administration of Taxation.

UC:     Um. Are they still working?

JC:     They can actually retire early.

UC:     Uh.

JC:     But they have not yet retired.

UC:     So they are not retired yet.

JC:     Right, not retired yet.

UC:     *Okay*, then, that is all. So, they, if they come over, they are willing to come over.

JC:     Yes.

UC:     *Okay, okay*. Also, last time, he, you said once, Mr. Xu paid money by *wire, deposit* money to your mother's account.

JC:     Correct.

UC:     Used your name or?

JC:     Yes, it is my mother's primary card but my secondary card.

UC:     *Okay*.

JC:     It was sent to my name, but my mother's primary card cannot see this money.

UC:     *Okay*. But it has your name, they used your name to send it out.

JC:     Yes, used my name.

UC:     *Okay*, that is in China. But, it is in U.S. dollars.

JC:     Right, it was in U.S. dollars.

UC:     *Okay*. But that time, you did not write a receipt for them?

JC:     That was the only time I did not write [a receipt].

UC:     *Okay*. Other times [you wrote] receipts.

JC:     Wrote receipts for all other ones.

UC:     *Okay*, that should not be a problem. No problem. Huh, um, so will you keep going to school after you graduate? Or work, no more school?

JC:     I currently do not have plans to study because I already have a *master's* degree, so I do not think I will get a *doctor's* degree, *Ph.D.*

UC:     Um-hum.

JC:     If, uh, I am interested in getting another *master's* [degree].

UC:     Um.

JC:     I will not spend too much time on studying.

UC:     Um, huh. *Okay, okay*. All right, they just wanted to clarify these things and keep in touch with you. That is all. I still need to bring this.

JC:     No problem, no problem.

UC:     I will call downstairs and have them send a pen.

JC:     I think the *housekeeping* people by the door should have [pens].

UC:     By the door?

JC:     When we came up the elevator, we saw two people with the cart, doing *housekeeping*,

UC:     *Okay*.

1A-CRIM_001-0000043

JC:          They…

UC:          Then wait for me for a second. Let me go see if they are by the door.

JC:          No problem.

UC:          Wait for me.

[Opens door and walks out to hallway]

UC:          *Hi, excuse me,*

UF:          *Yes.*

UC:          *Do you have a pen?*

UF:          *Yes.*

UC:          *There is no pen in my room.*

UF:          *Oh, there isn't?*

UC:          *Yeah.* [Pause] *Thank you very much.*

UF:          *You are welcome.*

[Walks back to room]

JC:          So, I will need to sign.

UC:          Right.

JC:          Then that would be it. It has been such a long time since I signed in Chinese [chuckling].

UC:          [Chuckling].

JC:          [Mumbling] 2018, September…

UC:          Today is the 25th.

JC:          [Pause] others, you…

UC:          *Okay.* [Pause] *Okay* [flipping pages], uh, think about what questions they have for you, I do not quite remember.  He wants to know about payment issues. Uh, uh,

1A-CRIM_001-0000044

because [I] do not know, when he makes payment to you, they were all present, that is not a problem.

JC:     Um.

UC:     What about when he and other people, making payment, did he pay the full amount?

JC:     Um.

UC:     And then, um, [pause] this, *clearance*, do you have the highest *clearance* now?

JC:     Yes, *top secret clearance*.

UC:     Is there anything higher than that?

JC:     Higher would be honorary in nature.

UC:     What?

JC:     That is honorary status.

UC:     Um.

JC:     It is not an actual [clearance] but an honorary status. It is *honorable*.

UC:     Oh.

JC:     That is, any others is *honorable clearance*.

UC:     Is there anything higher, with more pay?

JC:     No, this is the highest. There are eight levels, one through five could be obtained by applying, and then, six, seven and eight, they are all, for example, you are the director of *CIA*, they will give you an *honorable clearance* or *FBI* director, they will give them *honorable*.

UC:     *Okay, okay*. For instance, you were hired by *NASA* to work for them,

JC:     Um-hum.

UC:     Would you know, when you apply, what department China needs the most? Which department? They have many departments.

JC:     Yes, yes, yes. It should be aerospace generator or telecommunications signal types.

1A-CRIM_001-0000045

UC:        Their aerospace, what is it, airplanes, or *rockets*…

[Door knocking noise]

UC:        Let me go see. [Pause] *yes*.

UM:        *FBI, don't move, turn around, turn around, hands on the wall, hands on the wall, don't move. Put your hands above your head…* [FBI arrests subjects]

[*The time is 11:02 a.m., ending consensual monitoring*]

1A-CRIM_001-0000046