Filed with Classified Information Security Officer
CISO
Date 9/17/21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 18 CR 611 |
| | ) | Judge Ronald A. Guzman |
| v. | ) | |
| | ) | |
| JI CHAOQUN | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT E TO DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION TO SUPPRESS STATEMENTS MADE TO AN UNDERCOVER AGENT**