IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Filed with Classified Information Security Officer
CISO
Date 9/17/21

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | 18 CR 611 |
| ) | Judge Ronald A. Guzman |
| v. ) | |
| ) | |
| JI CHAOQUN ) | |
| ) | |
| Defendant. ) | |

**EXHIBIT F TO DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION
TO SUPPRESS STATEMENTS MADE TO AN UNDERCOVER AGENT**