UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
        vs                       ) No. 18 CR 611
                                 )
CHAOQUN JI,                      )
                                 )
                Defendant.       )


        The discovery deposition of WEIYUN
HUANG, taken in the above-entitled cause before
Steven J. Brickey, CSR, RMR, CRR, State of
Illinois, at 219 South Dearborn Street, Chicago,
Illinois, on the 6th day of April, A.D., 2022,
commencing at 1:01 o'clock p.m.

Weiyun Huang
April 6, 2022

Page 2

```
 1   A P P E A R A N C E S:

 2       UNITED STATES DEPARTMENT OF JUSTICE
         BY:  MR. BARRY JONAS
 3            MR. VIKAS DIDWANIA
         219 South Dearborn Street
 4       Suite 500
         Chicago, Illinois 60603
 5       (312) 886-1325,

 6                Appeared on behalf of the United
                  States;
 7

         CHERONIS, PARENTE & LEVITT, LLC
 8       BY:  MR. DAMON M. CHERONIS
              MR. CHRISTOPHER V. PARENTE
 9            MR. RYAN J. LEVITT
         140 South Dearborn Street
10       Suite 404
         Chicago, Illinois 60603
11       (312) 386-7033

12                Appeared on behalf of the Defendant;

13       MATTHEW J. MADDEN ATTORNEY AT LAW, LLC
         BY:  MR. MATTHEW J. MADDEN
14       209 South LaSalle Street
         7th Floor
15       Chicago, Illinois 60604
         (312) 762-9473
16
                  Appeared on behalf of the Deponent.
17

18

19   REPORTED BY:

20       Steven J. Brickey, CSR, RMR, CRR
         CSR License No. 084-004675
21

22

23

24

25
```

L.A. Court Reporters, L.L.C.
312-419-9292

Weiyun Huang
April 6, 2022

Page 3

1                    I N D E X

2

3    THE WITNESS:  WEIYUN HUANG

4                                          PAGE

5    Direct Examination by Mr. Jonas...........   5

6    Cross-Examination by Mr. Cheronis........  57

7    Redirect Examination by Mr. Jonas........  83

8    Recross-Examination by Mr. Cheronis.......  85

9

10

11              E X H I B I T S

12

13                                   Marked for
     Exhibit                         Identification
14

15   18                                   20

16   3                                    28

17   1                                    34

18   2                                    38

19   6                                    39

20   5                                    45

21   7                                    50

22   10                                   52

23

24

25

Weiyun Huang
April 6, 2022

Page 4

1                    THE VIDEOGRAPHER:  Today's date is

2    April 6th -- this mic picks up everything.  So if

3    somebody is talking, I'm hearing it.

4                    MR. JONAS:  She has to talk, the

5    interpreter for the witness.

6                    THE VIDEOGRAPHER:  Oh, sorry.

7                    MR. JONAS:  It's okay.

8                    THE VIDEOGRAPHER:  I'll pause then.

9    Today's date is April 6th, 2022.  We are going on

10   the video record at 1:00 p.m.  We are present at

11   219 South Dearborn, courtroom 2103.

12                    We are here for the purpose of

13   taking the videotaped deposition of Weiyun Huang.

14   The party on whose behalf the deposition is being

15   taken is the plaintiff and the party at whose

16   instance the deposition is being recorded on an

17   audio/visual device is the plaintiff.

18                    This case is instituted in the

19   United States District Court Northern District of

20   Illinois.  The case number is 18 CR 611.  The case

21   is entitled United States versus Ji -- I'm sorry.

22   I can't say that name.

23                    MR. JONAS:  Chaoqun.

24                    THE VIDEOGRAPHER:  Ji Chaoqun.  My

25   name is Izetta White-McGhee.  I'm a certified

Weiyun Huang
April 6, 2022

Page 5

```
 1   legal video specialist and notary public from L.A.
 2   Court Reporting Services located at 8 West Monroe,
 3   Chicago, Illinois.  Steve Brickey is the court
 4   reporter from the same agency.
 5                    I will now ask counsel to
 6   introduce themselves stating your name and who you
 7   represent, also your address.
 8               MR. JONAS:  I don't know -- I don't
 9   think that's necessary.
10               THE VIDEOGRAPHER:  Okay.
11   Mr. Reporter, would you please swear in the
12   witness.
13   WHEREUPON:
14                    WEIYUN HUANG
15   called as a witness herein, having been first duly
16   sworn, deposeth and saith as follows:
17               THE VIDEOGRAPHER:  Please proceed,
18   counsel.
19               MR. JONAS:  Thank you.
20      D I R E C T   E X A M I N A T I O N
21   BY MR. JONAS:
22      Q.     Ma'am, would you please state and
23   spell your name?
24      A.     My name is Weiyun Huang.  It's
25   W-e-i-y-u-n.  The last name is H-u-a-n-g.
```

L.A. Court Reporters, L.L.C.
312-419-9292

Weiyun Huang
April 6, 2022

Page 6

1      Q.      Do you ever go by the name Kelly?

2      A.      Yes.

3      Q.      Can you tell us where you were born?

4      A.      I was born in a province called

5  Jiangsu in China, but I was raised in Beijing.

6      Q.      Did you ever move to the United

7  States?

8      A.      Yes, I moved to the United States in

9  2009.

10     Q.      Why?

11     A.      For college.

12     Q.      And where did you go to school?

13     A.      My first university is Ole Miss,

14  University of Mississippi, and my second is MIT.

15     Q.      Did you get an undergraduate degree

16  at Ole Miss?

17     A.      The first one was a bachelor degree.

18  The second one is an executive certificate.

19     Q.      What was your bachelor's degree in?

20     A.      In accounting and finance.

21     Q.      And your executive certificate?

22     A.      Yes.

23     Q.      What was that in?

24     A.      In business.

25     Q.      And just so we're clear, is the

Weiyun Huang
April 6, 2022

Page 7

1    executive certificate from MIT?

2         A.    Yes.

3         Q.    Okay.  How old were you when you

4    moved to the United States?

5         A.    Twenty.

6         Q.    After you graduated, did you create

7    a company called Findream?

8         A.    Yes.

9         Q.    About when was that?

10        A.    2013.

11        Q.    Where was Findream located?

12        A.    In California, Silicon Valley.

13        Q.    What was your title at Findream?

14        A.    I was CEO of the company.

15        Q.    Did you start with anyone else?

16        A.    In the beginning, I had one partner,

17   but she quit right after we -- we found it.

18        Q.    What did Findream purport to do?

19        A.    In the beginning, I create Findream

20   for training student how to find a job and polish

21   their résumé and later on we start providing them

22   some training how to like -- like, get an

23   interview, pass an interview and then we provide

24   some, like, training for them, like data analyst,

25   to be a data analyst for computer.

Weiyun Huang
April 6, 2022

Page 8

1    **Q.      You said students --**

2    A.      Yes.

3    **Q.      -- are there any particular type of**

4    **students that you focused on?**

5    A.      Mostly it's the students who about

6    to graduate or already graduated and who is

7    looking for a job.

8    **Q.      Were these American students or some**

9    **other nationality?**

10   A.      Only Chinese.

11   **Q.      And did Findream actually do that?**

12   A.      In the beginning, we actually did

13   some of the -- you know, the service that I just

14   said, but later on, you know, things change.

15   **Q.      And what did you do later on?  What**

16   **did Findream do later on?**

17   A.      Later on, Findream sell offer letter

18   to students who need an offer letter to keep their

19   immigration status.

20   **Q.      Can you explain that?**

21   A.      Okay.  Pretty much all international

22   students who host H-1 -- F-1 visa they can have --

23   they can have up to a year to work in the United

24   States.  It's called OPT.

25              MR. CHERONIS:  I'll offer an

Weiyun Huang
April 6, 2022

Page 9

```
 1   objection.  This is for foundation and non-lay
 2   opinion testimony.
 3   BY MR. JONAS:
 4        Q.    Let me ask you.  Let me break this
 5   down.
 6                   You talked about students who
 7   have F-1 visas?
 8        A.    Yes.
 9        Q.    What is your understanding of what
10   an F-1 visa is?
11        A.    An F-1 visa is the visa for all
12   international students who come to America seeking
13   for employment.
14        Q.    And did you have an F-1 visa when
15   you came to the United States?
16        A.    Yes.
17        Q.    You said that F-1 visa students can
18   work for a year after --
19        A.    Graduating.
20        Q.    -- after they graduate?
21        A.    Yes.
22        Q.    How do you know that?
23        A.    All international students are
24   informed about the OPT program by their school,
25   international students office.
```

Weiyun Huang
April 6, 2022

Page 10

 1          Q.      And --
 2                  MR. CHERONIS:  Objection.
 3   Foundation.
 4   BY MR. JONAS:
 5          Q.      **Were you informed of the same by**
 6   **your school?**
 7          A.      Yes.
 8          Q.      **Would that be Ole Miss or MIT?**
 9                  MR. CHERONIS:  Object to hearsay.
10   BY THE WITNESS:
11          A.      I wasn't informed by MIT because I
12   wasn't -- I wasn't enrolled as an international
13   student.  Ole Miss informed me, all international
14   student.
15   BY MR. JONAS:
16          Q.      **Okay.**
17                  MR. CHERONIS:  Same hearsay.
18   BY MR. JONAS:
19          Q.      **So what did Findream do with regard**
20   **to F-1 visa holders?**
21          A.      So Findream as a company we sell
22   offer letter to those students who need to extend
23   their OPT status.
24          Q.      **What is your understanding of what**
25   **OPT stands for?**

Weiyun Huang
April 6, 2022

Page 11

1          A.     OPT is called Optional Practical

2   Training Program.  It was created by Department of

3   Homeland Security for international student to

4   work in the United States with F-1 student visa

5   status.

6          **Q.     What is your understanding of the**

7   **requirements for a student to be qualified to stay**

8   **in the United States under the OPT program?**

9                MR. CHERONIS:  Foundation.

10  Objection.

11  BY THE WITNESS:

12         A.     So, generally, for first year OPT

13  all students can have up to 90 days unemployment

14  and the -- if they find a job within 90 days, they

15  can work in the United States up to a year.

16  BY MR. JONAS:

17         **Q.     And you say -- I just want to make**

18  **sure I'm clear.  They have 90 days to be**

19  **unemployed?**

20         A.     Right.

21         **Q.     And does it have to be 90**

22  **consecutive days or that can be spread out?**

23         A.     It can be spread out.

24         **Q.     So how do you know all this?**

25         A.     It was clearly written in the

Weiyun Huang
April 6, 2022

Page 12

 1   documents that are issued to students.

 2              MR. CHERONIS:  Form.  Objection.

 3   Hearsay.

 4   BY MR. JONAS:

 5        Q.    **And have you seen those documents?**

 6        A.    Yes.

 7        Q.    **So if a student -- so you mentioned**

 8   **the word offer letter?**

 9        A.    Yes.

10        Q.    **What is an offer letter?**

11        A.    Offer letter just a letter from

12   company to -- to show they have intention to hire

13   this person in the future.

14        Q.    **When you say this person, you mean**

15   **the F-1 visa holder?**

16        A.    Yes.

17        Q.    **What did the offer letters for**

18   **Findream say?**

19        A.    It normally say we have the

20   intention to hire this student and for such and

21   such a position and normally it's internship.

22        Q.    **Just so we're clear, that letter is**

23   **saying Findream is hiring me, you'd be an employee**

24   **of Findream?**

25        A.    Yes.

Weiyun Huang
April 6, 2022

Page 13

1    **Q.    Was it true when you made that offer**
2    **letter?**

3         A.    No, it's not true.

4    **Q.    Did Findream charge for the offer**
5    **letter?**

6         A.    Yes.

7    **Q.    How much?**

8         A.    We charged $200 for the first year
9    OPT.

10   **Q.    Was there another service -- other**
11   **services related that Findream provided?**

12        A.    Yes, normally after first year OPT
13   some students who -- who -- whose major in STEM,
14   you know, science, technology, engineer and
15   mathematics, they can apply for OPT extension
16   program, which allowed them to stay in the United
17   States for another two years.  So we also sell
18   offer letter to those students and we charge more,
19   like $700 for the offer letter.

20   **Q.    Were there any other services that**
21   **Findream provided?**

22        A.    Yes, and we also provide H-1B
23   application.

24   **Q.    What is your understanding of what**
25   **an H-1B is?**

Weiyun Huang
April 6, 2022

Page 14

```
 1              MR. CHERONIS:  Objection.
 2   Relevance.
 3   BY THE WITNESS:
 4        A.    It's a working visa.
 5   BY MR. JONAS:
 6        Q.    So staying with the F-1 visa
 7   holders, let's focus on that.
 8              Did you offer them any other
 9   forms that they may need?
10        A.    Yes.  Only for OPT extension
11   student, we offer them to help them fill out a
12   form which required by USCIS to apply for their
13   OPT extension program.  We charge $200 for that.
14        Q.    You gave an acronym US --
15        A.    USCIS.
16        Q.    What is your understanding of what
17   that stands for?
18        A.    It's US -- like immigration.
19        Q.    And, I'm sorry, you said you charged
20   how much for that form?
21        A.    $200 for that form.
22        Q.    Did you fill out the form for those
23   students or did they fill it out themselves?
24        A.    If they pay us $200, we help them
25   fill out the form.
```

Weiyun Huang
April 6, 2022

Page 15

1      **Q.     Were there any other services**
2   **besides the forms in the letters we just discussed**
3   **that Findream offered F-1 visa holders?**
4      A.     Okay.  So for OPT extension program,
5   that program requires students to have payroll
6   during the two years extension program.  So
7   normally we also offer students to help them make
8   the payroll.
9      **Q.     How did that happen?**
10     A.     So normally, like, two kinds of
11  service.  One is student pay us first and then we
12  pay them back, you know, at the payday and the
13  second one is we issue a tax form called 1099 at
14  the end of the year to -- to represent they do
15  have income.
16     **Q.     So you said students will pay you**
17  **first?**
18     A.     Yes.
19     **Q.     And then you would -- would you take**
20  **that money and just turn around and pay them back?**
21     A.     I normally charge certain percentage
22  of the fee and then I pay them back.
23     **Q.     Would it -- would you make it appear**
24  **as if it was a salary when you pay them back?**
25     A.     Yes.

Weiyun Huang
April 6, 2022

Page 16

1      **Q.    Any other services that Findream**
2  **offered F-1 visa holders?**
3      A.    Mostly like that.
4      **Q.    Okay.**
5          MR. CHERONIS:  I'm sorry.  Can you
6  repeat that?
7  BY MR. JONAS:
8      **Q.    Can you repeat that?**
9          MR. CHERONIS:  Can you repeat the
10  question, Barry?  I apologize.  I didn't hear it.
11          MR. JONAS:  Sure.
12  BY MR. JONAS:
13      **Q.    I asked if there were any other**
14  **services that Findream provided to F-1 visa**
15  **holders and what was your answer?**
16      A.    What I said was most of them.
17      **Q.    Okay.**
18          THE VIDEOGRAPHER:  Counsel, can I
19  ask you to pause for a moment, please?
20          MR. JONAS:  Sure.
21              (Whereupon, a break was taken
22               after which the following
23               proceedings were had.)
24          THE VIDEOGRAPHER:  The time is 1:13.
25  We're going back on the record.  Please proceed,

Weiyun Huang
April 6, 2022

Page 17

 1    counsel.

 2                    MR. JONAS:  Thank you.

 3    BY MR. JONAS:

 4         **Q.    So the knowledge you have about F-1**

 5    **visa holders, besides being an F-1 visa holder**

 6    **yourself and the OPT program and the information**

 7    **you have about extension -- OPT extensions being**

 8    **required to work, how did you gain all that**

 9    **information?**

10         A.    Based on my knowledge, most

11    students -- most universities have international

12    student office and they usually inform

13    international students such a program and such

14    information.  They have very complete documents

15    states what I said.

16                    MR. CHERONIS:  Objection to

17    speculation.  Foundation.  Hearsay.

18    BY MR. JONAS:

19         **Q.    Did you also do any research on your**

20    **own?**

21         A.    Yes.

22         **Q.    What did you do?**

23         A.    The government website, the

24    uscis.gov.

25                    MR. CHERONIS:  Same objection.

Weiyun Huang
April 6, 2022

Page 18

```
 1   BY THE WITNESS:
 2        A.     They have everything.
 3   BY MR. JONAS:
 4        Q.     So can you walk us through the
 5   process of an F-1 visa student, how they would use
 6   your services, how did it all start?  In other
 7   words, let me rephrase that.
 8                   How would an F-1 student visa
 9   holder start the process with you?
10        A.     Actually in the beginning Findream
11   was extending, like, résumé polishing service,
12   like, you know, coaching the student how to find a
13   job.  Then more and more student has their own
14   request like my OPT just start and I need a job,
15   can you help me find a job within 90 days and then
16   I'd be like, okay, what do you need.  All they
17   need is offer letter.  So I'm like, okay, I can
18   provide you the offer letter.  So that's how I
19   started.
20                   MR. CHERONIS:  Objection.  Hearsay.
21   BY MR. JONAS:
22        Q.     And this then --
23        A.     When, you know, it extended, the
24   whole service extended because, like, a lot of
25   student once they have offer letter they can tell
```

L.A. Court Reporters, L.L.C.
312-419-9292

Weiyun Huang
April 6, 2022

Page 19

```
 1   their classmates, hey, I bought an offer letter.
 2   I saw my OPT expiring, the issue, and their
 3   classmate also come to me and be like, hey, I need
 4   an offer letter, too.  So this kind of service
 5   just spread out.
 6                   MR. CHERONIS:  I would just offer an
 7   objection to foundation, speculation and hearsay.
 8   BY MR. JONAS:
 9        Q.      How did you know this?
10        A.      Because some student told me when
11   they find me.  They just say, hey, I was
12   introduced by such and such.
13                   MR. CHERONIS:  Objection.  Hearsay.
14   BY MR. JONAS:
15        Q.      So what percentage of Findream's
16   business was the services of sending these false
17   letters to these students?
18        A.      At the end of 2019, I believe more
19   than 90 percent of the service came from this
20   falsification document.
21        Q.      Do you know how many students
22   approximately that you did the service for?
23        A.      Based on the government's status --
24   status, it's like 2,600 students.
25        Q.      Is that -- does that jive with your
```

Weiyun Huang
April 6, 2022

Page 20

1   understanding as well?

2          A.      I never counted.

3          Q.      Would you say it was more than 2,000

4   students, though?

5          A.      I mean, like, I take the status

6   number from the government.

7          Q.      So did -- did Findream advertise its

8   services?

9          A.      Yes.

10         Q.      How?

11         A.      We had website called Chinese

12  Looking for Job and on that website we advertised

13  our résumé polishing service and also OPT

14  camouflage service.

15         Q.      Was that website in English or

16  Chinese?

17         A.      In Chinese.

18         Q.      And before you there is an exhibit

19  that is marked Findream 18, do you see that

20  document?

21                      (Document marked as Government

22                       Exhibit No. 18 for

23                       identification.)

24  BY THE WITNESS:

25         A.      Yes.

Weiyun Huang
April 6, 2022

Page 21

```
 1   BY MR. JONAS:
 2        Q.    Do you recognize what that is?
 3        A.    Yes.
 4        Q.    What is that?
 5        A.    That's the website that I created.
 6        Q.    Is that Chinese Looking for Job?
 7        A.    Yes.
 8              MR. JONAS:  And then -- I'll offer
 9   into evidence.
10              MR. CHERONIS:  Sure.  And I would
11   object at this point as far as foundation and
12   there may still be issues regarding translation,
13   but go ahead.
14              MR. JONAS:  Right now, it's just the
15   Chinese version.
16              MR. CHERONIS:  Okay.
17              MR. JONAS:  But --
18              MR. CHERONIS:  Got it.
19   BY MR. JONAS:
20        Q.    In this website -- you said you
21   created it?
22        A.    Yes.
23        Q.    So is all the information in here
24   something that you put out into the public?
25        A.    Yes.
```

Weiyun Huang
April 6, 2022

Page 22

1      Q.     In this website, did you talk about
2  these jobs being pretend?
3      A.     Yes, it's called OPT Guakao and --
4      Q.     Sorry.  Could you slow down and say
5  that again?
6      A.     Okay.  In Chinese, it's OPT Guakao.
7  Guakao just means pretend in any way or
8  camouflage.
9      Q.     And what was the OPT part of that?
10      A.     That -- that part said we will
11  provide students offer and they can use the offer
12  report to their school, international student
13  office, and then to extend their -- their OPT
14  status.
15      Q.     So you're advertising that --
16      A.     Yes.
17      Q.     -- that you can give this
18  documentation to the students and that everyone
19  knew it was a fake job?
20      A.     Yes.
21      Q.     Okay.  So if a student saw that,
22  what is the process now?  How do they reach out to
23  Findream?  What do they do to start this process?
24      A.     Normally, student has two ways to
25  reach me out and the first one is they send e-mail

Weiyun Huang
April 6, 2022

Page 23

```
 1    to the e-mail I left on the website.  The second
 2    way is they can scan the QR code and contact my
 3    WeChat account.
 4         Q.    And what is that e-mail account?
 5         A.    That e-mail account is
 6    optguakaoca@gmail.com.
 7              MR. CHERONIS:  I object.  I'm not
 8    sure.  Is she just looking at the exhibit right
 9    now?
10    BY MR. JONAS:
11         Q.    Are you getting that from the
12    exhibit or do you remember the e-mail account
13    from -- do you have it memorized?
14         A.    Yeah, it is from exhibit.  The third
15    page.  I also remember the e-mail because I
16    created the e-mail.
17         Q.    Can we break down that e-mail prefix
18    O-P-T G-U-A-K-A-O-C-A, what does that mean?
19         A.    That means OPT and Guakao is pinyin
20    in Chinese form.  It represent Guakao.
21         Q.    And what does that mean?
22         A.    Guakao?
23         Q.    (Affirmative nod.)
24         A.    It means camouflage/pretend.
25         Q.    And then so the OPT part is for the
```

Weiyun Huang
April 6, 2022

Page 24

1    program?

2         A.    Okay.

3         Q.    And then pretend.  What's CA?

4         A.    It means California.

5         Q.    Is that where you were based?

6         A.    Yes.

7         Q.    By the way, did the website also

8    advertise that -- that Findream was located in

9    places other than California?

10        A.    Yes.

11        Q.    Where did it say it was located?

12        A.    Like, in New York and in Chicago and

13   some other city.

14        Q.    Is that true?

15        A.    No, it's not.

16        Q.    So you had no presence in New York,

17   Chicago or elsewhere?

18        A.    No.

19        Q.    Did you actually have an office in

20   California?

21        A.    Yes.

22        Q.    Was that, like, a real office or was

23   it just like a WeWork or space type office?

24        A.    It was like WeWork.

25        Q.    So if -- if a prospective client or

Weiyun Huang
April 6, 2022

Page 25

1  **student reached out to you, what happens next?**

2       A.      Normally, I would -- I will send

3  them the process how to get it down.  Like, I need

4  your résumé, I need your EAD card, I need a

5  payment of $200 and after a student send me the

6  money and all of the documents and I just issue

7  them the letter.

8       **Q.      Okay.  So I want to back up a**

9  **second.  You said EAD card?**

10      A.      EAD card is a working authorization

11  card issued from USCIS to OPT students.

12      **Q.      So then what would you do in**

13  **response?**

14      A.      Response to what?

15      **Q.      So they send you that letter.  What**

16  **do you next?**

17      A.      I send them the letter.

18      **Q.      The offer letter?**

19      A.      The offer letter.

20      **Q.      And then what would happen next?**

21      A.      And the student normally they have

22  to use the offer letter and the report, Findream

23  as the employer, to their school, international

24  student office.

25      **Q.      Do you have to send anything to the**

Weiyun Huang
April 6, 2022

Page 26

1   **school?**

2          A.     No.

3          **Q.     How do you know the student is**

4   **required to send the letter to the school?**

5          A.     Because that's the whole program.

6   The process are -- are, you know, how they do that

7   are written -- are posted on USCIS website.

8   That's a very universal process.

9          **Q.     That's your understanding of the**

10  **process?**

11         A.     Yes.

12         **Q.     Okay.  So if a student then wanted**

13  **to take the next step with you and ask for the**

14  **next service, what would happen?**

15         A.     Some students who qualify for OPT

16  extension program will ask me for extend their

17  OPT.  Normally, I need to redraft the offer letter

18  to make it look like a paid job because OPT

19  extension program requires student to have a paid

20  job in order to extend their OPT.

21                       So the offer letter will show

22  they have a payment and then, of course, student

23  needs to fill out the form to show how their

24  training program going to be.  Some student they

25  can fill it themselves.  Some students they don't

Weiyun Huang
April 6, 2022

Page 27

1    want to.  So I can help them fill it out.

2         **Q.    And how much did you say you charge**

3    **for this extension letter?**

4         A.    Extension is $700.

5         **Q.    Okay.  So then what would happen?**

6         A.    Then after I issued the offer letter

7    and also signed the form, it didn't matter who

8    fill it out.  Sometimes I fill it out.  Sometimes

9    the student fills it out.  The employer has to

10   sign the form.

11              So I would send two documents

12   back to student and student have to report it to

13   student -- their school -- their international

14   student office.  Then their international student

15   office updated their F-1 visa status to USCIS and

16   then they have to send all of the -- the whole

17   package.  Like, there's a package send to USCIS to

18   get a new EAD card.

19        **Q.    And is this your understanding of**

20   **the process both from being a student yourself, an**

21   **F-1 visa holder, as well as your research --**

22        A.    Yes.

23        **Q.    -- that you discussed earlier?**

24             **I want to show you -- in front**

25   **of you there is another document that is entitled**

Weiyun Huang
April 6, 2022

Page 28

 1    **Findream 3.  Government Exhibit Findream 3.  Do**
 2    **you see that document?**
 3                    **(Document marked as Government**
 4                     **Exhibit No. 3 for**
 5                     **identification.)**
 6    BY THE WITNESS:
 7         A.    Yes.
 8    BY MR. JONAS:
 9         **Q.    Do you recognize what that is?**
10         A.    Yes.
11         **Q.    What is that?**
12         A.    This is the offer letter for the
13    first year OPT.
14         **Q.    Who is that addressed to?**
15         A.    Chaoqun Ji.
16                    MR. JONAS:  At this time, I would
17    offer into evidence Findream 3.
18                    MR. CHERONIS:  No objection.
19    BY MR. JONAS:
20         **Q.    Okay.  I'm going to put this on the**
21    **screen.**
22                    MR. JONAS:  Okay.  You can roll it
23    back.
24    BY MR. JONAS:
25         **Q.    Ma'am, do you see the letter on the**

Weiyun Huang
April 6, 2022

Page 29

1    screen?

2         A.    Yes.

3         Q.    **First of all, what is the date of**

4    **the letter?**

5         A.    It's April 4th, 2016.

6         Q.    **And who is it addressed to and the**

7    **address?**

8         A.    To Chaoqun Ji, 501 East 32nd Street.

9         Q.    **That's in Chicago?**

10        A.    Yes, Chicago, Illinois.

11        Q.    **And so we're clear, would you have**

12   **written this letter?**

13        A.    Yes.

14        Q.    **The letter states "I'm pleased to**

15   **offer you an internship at Development**

16   **Department."**

17                   **What is the Development**

18   **Department?**

19        A.    Development Department developed

20   software.

21        Q.    **And this was part of Findream or**

22   **supposed to be part of Findream?**

23        A.    Yes.

24        Q.    **Did Findream actually have a**

25   **Development Department?**

Weiyun Huang
April 6, 2022

```
                                             Page 30
 1        A.    We do in the beginning.  Sometime we
 2   take contract service and then we develop
 3   something for our real clients.
 4        Q.    You say in the beginning --
 5        A.    Yes.
 6        Q.    -- you mean in 2013 when it was
 7   formed?
 8        A.    Right.
 9        Q.    What about at this point in April
10   2016?
11        A.    No.
12        Q.    There was no Development Department?
13        A.    No.
14        Q.    So was this a real job offer?
15        A.    No, it was not.
16        Q.    Did you ever tell the defendant that
17   it was a real job offer?
18        A.    Never.
19        Q.    This identifies an individual -- do
20   you see the name X-i-n?  I can't pronounce it.
21        A.    Xin Qian.
22        Q.    Say it again.
23        A.    Xin Qian.
24        Q.    Is that a real person?
25        A.    She is a real person.
```

Weiyun Huang
April 6, 2022

Page 31

1    **Q.    Did she work for Findream?**

2    A.    Yes.

3    **Q.    Was she an F-1 student visa holder?**

4    A.    In the beginning, she was and then

5    she had a green card.

6    **Q.    Why was this an internship and not a**

7    **paid job?**

8    A.    Because first year OPT program

9    doesn't require a pay job.  So student try to

10    avoid tax issues.  So I just give them an unpaid

11    offer letter.

12    **Q.    And that's your understanding, that**

13    **they're avoiding tax issues, which is why it's an**

14    **unpaid offer letter?**

15    A.    Right, and they don't need a paid

16    job.  Because the first year OPT program only

17    require internship and pay is accepted.

18    **Q.    Turning to the second page.  Do you**

19    **see there's a signature?**

20    A.    Yeah.

21    **Q.    And the name is Apple Wong, Director**

22    **of Human Resources.  Who is Apple Wong?**

23    A.    It's myself.  I fabricated a name.

24    **Q.    Why?**

25    A.    Because I wanted to make the company

Weiyun Huang
April 6, 2022

Page 32

1    look like we have a lot of employee.

2        Q.    And did you fabricate other names as

3    well?

4        A.    Yes.

5        Q.    Are you familiar with the name

6    Kiran, K-i-r-a-n, Lau, L-a-u?

7        A.    Yes.

8        Q.    Is that a real person?

9        A.    No.

10       Q.    Is that a name you fabricated?

11       A.    Yes.

12       Q.    When would you use that name?

13       A.    I don't remember.

14       Q.    I want to go back one moment to the

15   first page of the document.  So if you see on the

16   first paragraph, it also says that he's going to

17   be an intern for 25 hours a week.

18                    Why did you put 25 hours a week?

19       A.    Because OPT program required student

20   to have a job that work more than 20 hour per

21   week.  So normally we let them -- I just write 25

22   hours per week.

23       Q.    Is this a form letter?

24       A.    Yes.

25       Q.    In other words, do you use the same

Weiyun Huang
April 6, 2022

Page 33

```
 1    letter for every F-1 visa student holder?
 2          A.     Yes.
 3          Q.     And did the defendant Chaoqun Ji
 4    actually provide any services or work or
 5    internship at all for Findream?
 6          A.     No.
 7          Q.     Did you ever meet the defendant?
 8          A.     No.
 9          Q.     Do you recognize his name?
10          A.     Not really until now.
11          Q.     Until today?
12          A.     I mean, like -- okay.  So as you
13    know, we have more than 2,000 students, you know,
14    affiliated with Findream.  I can't remember all of
15    them who they are, but I remember I saw news
16    when --
17                 MR. CHERONIS:  Objection.
18    Relevance.  403.  A whole bunch of reasons that
19    will be sustained.
20    BY MR. JONAS:
21          Q.     But there was something that
22    happened that reminded you that he was an F-1 visa
23    student that took advantage of your services?
24          A.     Okay.  So when I --
25                 MR. CHERONIS:  Objection.  Leading.
```

Weiyun Huang
April 6, 2022

Page 34

```
 1    Repetitive.
 2    BY THE WITNESS:
 3          A.     When I was in China --
 4                 MR. JONAS:  Okay.
 5    BY MR. JONAS:
 6          Q.     Was there something, just yes or no,
 7    that reminded you, that jogged your memory, that
 8    you recognized his name?
 9          A.     Yes.
10          Q.     Okay.  Were you paid for this
11    letter?
12          A.     Yes.
13          Q.     In front of you, you'll see
14    Government Exhibit Findream 1.
15                     (Document marked as Government
16                      Exhibit No. 1 for
17                      identification.)
18    BY MR. JONAS:
19          Q.     Do you see that?
20          A.     Yes.
21          Q.     Do you recognize that?
22          A.     Yes.
23          Q.     What is that?
24          A.     It is a screenshot you get after you
25    send the money to somebody.
```

Weiyun Huang
April 6, 2022

Page 35

```
 1        Q.     And did people send you screenshots
 2   of money sent to you?
 3        A.     Yes.
 4        Q.     Did you require that?
 5        A.     Yes.
 6               MR. JONAS:  At this time, I would
 7   offer into evidence Findream 1.
 8               MR. CHERONIS:  No objection.
 9               MR. JONAS:  I'll put it on the
10   screen.  Can you scan it real quick -- or real
11   slow.
12               THE VIDEOGRAPHER:  Like this?
13               MR. JONAS:  (Affirmative nod.)
14   BY MR. JONAS:
15        Q.     So looking at the top for a moment,
16   do you see where it says, "To --
17        A.     Yes.
18        Q.     -- Findream, LLC"?
19               The e-mail account underneath
20   that, is that the e-mail account you were
21   referring to earlier that is the Findream e-mail
22   account?
23        A.     Yes.
24        Q.     Do you recognize the account that it
25   came from 2961?
```

Weiyun Huang
April 6, 2022

Page 36

```
 1        A.      No.

 2        Q.      The amount is $200?

 3        A.      Yes.

 4        Q.      What was that for?

 5        A.      For offer letter.

 6        Q.      And the date is May 4th, 2016,

 7    correct?

 8        A.      Yes.

 9        Q.      That is after the offer letter was

10    sent -- or, I'm sorry, let me rephrase that

11    question.

12                That is after the date of the

13    offer letter, is that right?

14        A.      Right.

15        Q.      Why?

16        A.      Because normally, you know,

17    student -- OPT student only have 90 days to be

18    unemployed.  When student find me, most of them

19    are almost -- they're -- they're -- they're facing

20    expired unemployment days.  So they ask to

21    backdate their offer that they can save some --

22                MR. CHERONIS:  Objection.  Hearsay.

23    BY THE WITNESS:

24        A.      -- unemployment day.

25                MR. CHERONIS:  Objection.  Hearsay,
```

Weiyun Huang
April 6, 2022

Page 37

 1   relevance as to what other people do.

 2   BY MR. JONAS:

 3        **Q.     Do you recall if specifically that's**

 4   **what happened here?**

 5        A.     Yes.

 6        **Q.     You recall that?**

 7        A.     I mean, it's just common sense.

 8               MR. CHERONIS:  Objection.

 9   Foundation.

10   BY MR. JONAS:

11        **Q.     Let me ask the question.  Is that**

12   **what was the common practice of your understanding**

13   **as to why people would want backdated letters?**

14        A.     Yes.

15        **Q.     Did you backdate a letter**

16   **automatically or did you wait for them to ask for**

17   **a backdated letter?**

18        A.     They need to ask me.  I always ask

19   them "When do you want your offer to start?"

20        **Q.     And would you do the offer letter**

21   **before they paid you?**

22        A.     No.

23        **Q.     So the date of this wire -- of this**

24   **transfer, May 4, 2016, would have occurred prior**

25   **to issuing the offer letter dated April 2016?**

Weiyun Huang
April 6, 2022

Page 38

```
 1        A.     Right.
 2        Q.     Okay.  And do you see the name --
 3        A.     Yes.
 4        Q.     -- of the sender?  Who is that?
 5        A.     Chaoqun Ji.
 6        Q.     Same person that was on the offer
 7   letter?
 8        A.     Yes.
 9        Q.     If you look at Government Exhibit
10   Findream 2.
11                    (Document marked as Government
12                     Exhibit No. 2 for
13                     identification.)
14   BY MR. JONAS:
15        Q.     Before we do that, if you see on
16   Findream 1 at the top it says, "Send money"?
17        A.     Yes.
18        Q.     Okay.  If you go to Findream 2, do
19   you recognize what that is?
20        A.     It's confirmation.  After you sent
21   the money, bank send you this page.
22              MR. JONAS:  At this time, I'd offer
23   into evidence Findream 2.
24              MR. CHERONIS:  No objection.
25
```

Weiyun Huang
April 6, 2022

Page 39

```
 1   BY MR. JONAS:
 2        Q.    So is it the same information as the
 3   prior document?
 4        A.    Yes.
 5        Q.    Except it says, "Confirmation"?
 6        A.    Right.
 7        Q.    Did you require the students to send
 8   you the confirmation of the wire transfer as well?
 9        A.    Yes, they have to.
10        Q.    And you should have in front of you
11   Government Exhibit Findream 6.
12                    (Document marked as Government
13                     Exhibit No. 6 for
14                     identification.)
15   BY MR. JONAS:
16        Q.    Do you have that?
17        A.    Yes, I have that.
18        Q.    Do you recognize that document?
19        A.    Yes.
20        Q.    And what is that document?
21        A.    This is the offer letter for OPT
22   extension program.
23        Q.    At this time -- who is this to?
24        A.    Chaoqun Ji.
25                    MR. JONAS:  At this time, I'd offer
```

Weiyun Huang
April 6, 2022

Page 40

1    into evidence Government Exhibit Findream 6.

2              MR. CHERONIS:  No objection.

3              MR. JONAS:  I'll put it on the

4    screen.

5    BY MR. JONAS:

6         **Q.    So before I ask you a question about**

7    **Findream 6, I forgot to ask you something a few**

8    **moments ago.**

9                   **You mentioned that students**

10   **communicate with you by WeChat?**

11        A.    Yes.

12        **Q.    Either e-mail or WeChat?**

13        A.    Right.

14        **Q.    Very briefly, what is WeChat?**

15        A.    WeChat is a social media app created

16   by Chinese company Tencent.  It's just like

17   American What's App.

18        **Q.    And do you remember what the WeChat**

19   **account name was for Findream?**

20        A.    Not really.

21        **Q.    Well, do you know what Employment**

22   **Seeker of North America is?**

23        A.    Oh, that's the -- it's called WeChat

24   official account.  Official account -- WeChat

25   official account are created by a company or some

Weiyun Huang
April 6, 2022

Page 41

1    individual and official account is not like

2    personal account.  Official account has the

3    function of promotion.  Like, we can post articles

4    like Facebook professional page, like, you know,

5    company page.

6          **Q.     And did Findream have a WeChat**

7    **professional account?**

8          A.     Yes.

9          **Q.     What was the name of that account?**

10         A.     North America Job Seeker or Hunter.

11         **Q.     North America Job Seeker -- Job**

12   **Seeker?**

13         A.     Seeker or hunter.  It depends how

14   you translate that.  It means seeker/hunter.  Same

15   thing.

16         **Q.     And was it with that WeChat account**

17   **where people could communicate with you?**

18         A.     No.

19         **Q.     It was a different WeChat account?**

20         A.     There's another WeChat account.

21   It's personal WeChat account.  Like, it's -- once

22   you scan the code, people can talk like -- just

23   like What's App.

24         **Q.     Do you remember the name of that**

25   **account?**

Weiyun Huang
April 6, 2022

Page 42

```
 1        A.     I don't remember.
 2        Q.     Okay.  So turning back to Government
 3   Exhibit Findream 6.
 4                      First of all, can you tell us
 5   what the date of the letter is and who is it
 6   addressed to?
 7        A.     The date is October 17th, 2016.  The
 8   letter was addressed to Chaoqun Ji.
 9        Q.     In Chicago?
10        A.     In Chicago.
11        Q.     Do you remember -- if you remember,
12   was this letter also backdated?
13        A.     I can't remember.
14        Q.     Okay.  So this letter states
15   "Findream, LLC is very pleased to extend you a
16   return offer."
17                      Can you explain what you meant
18   by -- withdraw that question.
19                      Did you write this letter?
20        A.     Yes.
21        Q.     Is this a form letter?
22        A.     Yes.
23        Q.     Can you explain what you meant by
24   return offer?
25        A.     It appears this person also used
```

Weiyun Huang
April 6, 2022

Page 43

1    Findream as his employer for the first year OPT

2    program.  That's why we usually issue this return

3    offer letter to the people who -- who -- you know,

4    our previous clients, who already was our client

5    and need extension service.

6           **Q.     Was this extension service for that**

7    **STEM program that you talked about where you could**

8    **stay in the United States longer?**

9           A.    Yes.

10          **Q.    And is this a real job offer?**

11          A.    No.

12          **Q.    Did the defendant perform any work**

13   **for Findream at all?**

14          A.    No.

15          **Q.    Would you have known, if you did?**

16          A.    Of course.

17          **Q.    This says an offer of -- return**

18   **employment as a software engineer.**

19                     **In 2016, did Findream even**

20   **employ software engineers?**

21          A.    We have few software engineer, but

22   he's not.

23          **Q.    He wasn't one of them?**

24          A.    He wasn't one of them.

25          **Q.    Did you ever tell the defendant that**

Weiyun Huang
April 6, 2022

Page 44

1    **he would be a software engineer outside of this**
2    **letter?**
3         A.    It's a fake letter.  So it -- so the
4    software engineer just matched his major.  So --
5         **Q.    How did you know what his major was?**
6         A.    I requested that he send me a
7    résumé.  So I, of course, know.
8         **Q.    Would you look at the résumé when**
9    **you were writing the letter to match it up?**
10        A.    Yes.
11        **Q.    Because --**
12        A.    Because OPT extension program
13   require the job match their major.  So that's why
14   I have to look at their major and to make up a
15   title to match their major.
16        **Q.    And can you explain again why in**
17   **this instance, this letter, he is getting paid $20**
18   **an hour?**
19        A.    Because OPT extension program
20   require student have a paid job.  If the job is
21   unpaid, they won't be able to extend their legal
22   OPT.
23        **Q.    Did you actually pay him $20 an**
24   **hour?**
25        A.    I don't think so.

Weiyun Huang
April 6, 2022

Page 45

```
 1        Q.     Did you pay him anything as far as
 2   you remember?
 3        A.     No.
 4        Q.     Let me rephrase the question.
 5               Would you have paid him anything
 6   out of Findream's income and earnings?
 7        A.     Oh, no.
 8        Q.     If you paid him, it would be if he
 9   sent you the money first?
10        A.     Right.
11        Q.     Do you remember if this defendant
12   did that?
13        A.     I don't remember.
14        Q.     The second page is, again, signed by
15   Apple Wong, that's you?
16        A.     Yes.
17        Q.     Before you, you have Government
18   Exhibit Findream 5, do you see that?
19               (Document marked as Government
20                Exhibit No. 5 for
21                identification.)
22   BY THE WITNESS:
23        A.     Yes.
24   BY MR. JONAS:
25        Q.     Do you recognize what that is?
```

Weiyun Huang
April 6, 2022

Page 46

1      A.      This is the form required to be

2  signed by employer then to get their OPT extension

3  program approved.  It's called training program.

4      **Q.      Is this form, as far as you know,**

5  **required every time an OPT student is seeking an**

6  **extension?**

7      A.      Yeah, whoever -- whoever planned to

8  apply OPT extension have to fill it out.  It was

9  required by USCIS.

10      **Q.      And just so we're clear.  The last**

11  **letter, the extension letter, how much did that**

12  **charge -- did you charge for that?**

13      A.      $700.

14              MR. JONAS:  At this time, I'd offer

15  into evidence Findream 5.

16              MR. CHERONIS:  What is that?  I

17  can't see it.

18              MR. JONAS:  (Showing.)

19              MR. CHERONIS:  No objection.

20              MR. JONAS:  I'm putting Findream 5

21  on the screen.  Can you pan towards the screen?

22  BY MR. JONAS:

23      **Q.      So can you tell us what the top of**

24  **the screen -- of the form says that is on the**

25  **screen?**

Weiyun Huang
April 6, 2022

Page 47

1      A.     It says, "Department of Homeland

2  Security - U.S. Immigration and Customs

3  Enforcement.  Training plan for STEM - OPT student

4  Science Technology Engineering and Mathematics

5  Optional Practical Training."

6      **Q.     So the first page is blank, correct?**

7      A.     Yes.

8      **Q.     And would you have sent in a blank**

9  **form, first page blank?**

10     A.     They have to be left blank because

11 it's for student to fill it out.

12     **Q.     Turning to the second page, on the**

13 **top, what information do we see here?**

14     A.     It's the employer name is Findream

15 and the company address is 800 West El Camino Real

16 in Mountain View, California and also employer

17 website is www.findream.us and also with our

18 employer ID, the number of employee and our North

19 American Industry Classification System Code and

20 it also states how many hours a student will work

21 with us and the start date of the employment.

22     **Q.     So, first of all, is that address**

23 **accurate -- is that where Findream had an office?**

24     A.     Yes.

25     **Q.     And it says number of full-time**

Weiyun Huang
April 6, 2022

Page 48

1    **employees, is that true, 25 full-time employees?**

2         A.    At that time, a little bit

3    exaggerated.  We -- at that time, we had 20

4    employees.

5         **Q.    Real employees?**

6         A.    Yes, real.

7         **Q.    And this also says that the**

8    **defendant worked 25 hours per week, is that true?**

9         A.    It's not true.

10        **Q.    And it says the start date of his**

11   **employment was November 14th, 2016, is that true?**

12        A.    It's not.

13        **Q.    Is there any start date of**

14   **employment?**

15        A.    There wasn't any real employment at

16   all.

17        **Q.    Turning to the next page, the bottom**

18   **half, what do we see here?**

19        A.    It shows student name Chaoqun Ji and

20   also employer name is Findream and it also said

21   the site name is Chicago office and the site

22   address is 55 -- the address in Chicago and the

23   name of official is Xin Qian, who is the leader of

24   the department, and also the e-mail address,

25   contact number and student role.

Weiyun Huang
April 6, 2022

Page 49

1      Q.     Did Findream actually have an office
2  at 55 East Monroe Street in Chicago?
3      A.     No.
4      Q.     Who filled out this form?
5      A.     I filled it out.
6      Q.     Did you charge for that?
7      A.     Yes.
8      Q.     How much?
9      A.     $200.
10     Q.     So for the extension letter and the
11 accompanying form that we're talking about here,
12 combined it would be $900?
13     A.     Yes.
14     Q.     How do you know you filled this one
15 out?
16     A.     I filled it out because I wrote all
17 of this.
18     Q.     Do you remember writing this?
19     A.     Can you rephrase?
20     Q.     I'm sorry.  Go ahead.
21     A.     Can you rephase your question?
22     Q.     Sure.  So you testified earlier on
23 that students can fill this out themselves, is
24 that right?
25     A.     Yeah.

Weiyun Huang
April 6, 2022

Page 50

```
 1        Q.     And if a student filled it out
 2   themselves, would you charge $200?
 3        A.     No.
 4        Q.     Would you just send them a blank
 5   form?
 6        A.     A signed form.
 7        Q.     But then everything else would be
 8   blank?
 9        A.     Everything else blank.
10        Q.     So how do you know you filled this
11   one out and the defendant did not?
12        A.     Because it's a template.  Because I
13   recognize it.  I used the same template for all
14   the form I filled out.
15        Q.     Okay.  Before you, you should have
16   Government Exhibit Findream 7, do you see that?
17                        (Document marked as Government
18                        Exhibit No. 7 for
19                        identification.)
20   BY THE WITNESS:
21        A.     Yes.
22   BY MR. JONAS:
23        Q.     Do you recognize what that is?
24        A.     It's employment verification letter.
25        Q.     And who is this addressed to?
```

Weiyun Huang
April 6, 2022

Page 51

1       A.      To Chaoqun Ji.

2               MR. JONAS:  At this time, I would

3   offer into evidence Government Exhibit Findream 7.

4               MR. CHERONIS:  Is that the letter?

5               MR. JONAS:  (Showing.)

6               MR. CHERONIS:  We're good.

7               MR. JONAS:  I'll put this on the

8   screen.  Can you pan that?

9   BY MR. JONAS:

10      **Q.      So this is called an Employment**

11  **Verification Letter.  What is this?**

12      A.      Normally, when a student decided to

13  end their employment with Findream, they usually

14  ask for employment verification letter to -- to

15  prove they used to be employed by Findream.

16      **Q.      Again, is this true --**

17      A.      No.

18      **Q.      -- this letter?**

19      A.      No.

20      **Q.      Why would someone need this?**

21      A.      Because sometimes when student find

22  their own job their next employer will require

23  such a letter from their previous employer to

24  prove their employment history is true.

25      **Q.      And when you say when a student**

Weiyun Huang
April 6, 2022

Page 52

1    **finds his next job, do you mean a real job?**

2        A.    Yes.

3        **Q.    You should have before you**

4    **Government Exhibit Findream 10?**

5        A.    Yes.

6                    (Document marked as Government

7                    Exhibit No. 10 for

8                    identification.)

9    BY MR. JONAS:

10       **Q.    Do you recognize what that is?**

11       A.    That is a tax form.  It's a 1099

12   miscellaneous income tax form.

13       **Q.    And was this issued by Findream?**

14       A.    Yes.

15       **Q.    Who is it issued to?**

16       A.    Chaoqun Ji.

17              MR. JONAS:  At this time, I'd offer

18   into evidence Grand Jury Exhibit Findream 10.

19              MR. CHERONIS:  No objection.

20   BY MR. JONAS:

21       **Q.    I'll put this on the screen.  Did**

22   **you issue this Form 1099?**

23       A.    Yes.

24       **Q.    What is your understanding of the**

25   **purpose of the Form 1099?**

Weiyun Huang
April 6, 2022

Page 53

1          A.     1099 is for the non-employment

2     income and normally when the student -- the OPT

3     extended student, as I said before, they require

4     payment.  So some student will ask for tax form

5     to -- to prove they have income.

6          Q.     **Is the information on here where it**

7     **states $24,000 in non-employee compensation in box**

8     **7, is that true?**

9          A.     No.

10                MR. JONAS:  Just a moment.

11    BY MR. JONAS:

12         Q.     **Now, ma'am, for your involvement in**

13    **Findream helping several thousand of these F-1**

14    **visa student holders obtain this false**

15    **documentation, were you prosecuted?**

16         A.     Yes.

17         Q.     **And that prosecution was for**

18    **conspiracy to commit visa fraud and for visa**

19    **fraud?**

20         A.     Yes.

21         Q.     **Did you plead guilty to conspiracy**

22    **to commit visa fraud?**

23         A.     Yes.

24         Q.     **And as a result of your guilty plea,**

25    **did the government give you any benefits other**

L.A. Court Reporters, L.L.C.
312-419-9292

Weiyun Huang
April 6, 2022

Page 54

1    than dropping some counts in the indictment?

2        A.    No.

3        Q.    Did you cooperate with the U.S.

4    Government?

5        A.    No.

6        Q.    Did the U.S. Government make any

7    recommendations at sentencing for a specific

8    sentence that was in your favor?

9        A.    No.

10       Q.    Now, at sentencing, were there

11   letters submitted to the court by your parents on

12   your behalf?

13       A.    Yes.

14       Q.    And did you see these letters after

15   they were submitted to the court?

16       A.    Right.

17             MR. CHERONIS:  I just object to the

18   relevance of this.

19   BY MR. JONAS:

20       Q.    Did the letters contain false

21   information?

22       A.    Yes.

23       Q.    And did you have an opportunity to

24   correct that information with your lawyer?

25       A.    Yes.

Weiyun Huang
April 6, 2022

Page 55

```
 1        Q.     Did you correct the information?
 2        A.     No.
 3        Q.     Did you correct it with the court?
 4        A.     No.
 5        Q.     Why not?
 6        A.     It was too late and I don't want to
 7   cause mess and I don't want to cause trouble to my
 8   mom.
 9        Q.     Now, have you completed your
10   sentence?
11        A.     Yes.
12        Q.     And are you in the process of
13   leaving the United States?
14        A.     Yes.
15        Q.     Is there an order of deportation for
16   you to leave the United States?
17        A.     Yes.
18        Q.     Have you had to change your plane
19   ticket back -- withdrawn.
20                      I'm assuming you're going back
21   to China?
22        A.     Yes.
23        Q.     And did you have a plane ticket to
24   leave for China prior to today's date?
25        A.     Yes.
```

Weiyun Huang
April 6, 2022

Page 56

1    Q.    Did you change that plane ticket in
2    order to attend the deposition?
3    A.    Yes.
4    Q.    Has the government helped pay for
5    the difference in fare between your original plane
6    ticket and now your current plane ticket?
7    A.    Yes.
8    Q.    And other than -- has the government
9    also agreed not to prosecute you again for
10   anything you said here during the deposition?
11   A.    Yes.
12   Q.    So other than that agreement and
13   other than the government helping you with your
14   plane ticket back to China, has the government
15   made any promises to you in exchange for your
16   testimony here today?
17   A.    No.
18   Q.    Are you expecting anything in
19   exchange for your testimony from the government?
20   A.    No.
21            MR. JONAS:  One moment.  No further
22   questions.
23            MR. CHERONIS:  Barry, two minutes.
24            MR. JONAS:  Sure.  We can pause.
25            THE VIDEOGRAPHER:  The time is 1:51.

Weiyun Huang
April 6, 2022

Page 57

1    We're going off the record.

2                      (Whereupon, a break was taken

3                       after which the following

4                       proceedings were had.)

5                THE VIDEOGRAPHER:  The time is 1:57.

6    We're going back on the record.  Please proceed,

7    counsel.

8                MR. CHERONIS:  Thank you.

9          C R O S S   E X A M I N A T I O N

10   BY MR. CHERONIS:

11        Q.    Good afternoon, Ms. Huang.

12        A.    Yes.

13        Q.    Can you tell me the pronunciation of

14   your last name?

15        A.    Huang.

16        Q.    Huang.  Okay.  On direct

17   examination, you sort of went through great detail

18   to explain how Findream was largely a fraud,

19   correct?

20        A.    Yes.

21        Q.    Okay.  And just to sort of summarize

22   that, you would supply F-1 students with false job

23   letters, verifications of employment and then they

24   could use those essentially to extend their stays

25   in the United States?

Weiyun Huang
April 6, 2022

Page 58

```
 1        A.    Yes.
 2        Q.    Okay.  And when you started
 3   Findream, that wasn't your intent, was it?
 4        A.    No.
 5        Q.    In other words, you didn't wake up
 6   one day and say "I'm going to commit fraud on a
 7   massive scale"?
 8        A.    No.
 9        Q.    You actually -- first of all, you're
10   a very well-educated person, right?
11        A.    Yes.
12        Q.    You went to Ole Miss?
13        A.    Yes.
14        Q.    And then you went northeast to MIT,
15   correct?
16        A.    Yes.
17        Q.    Two pretty good institutions?
18        A.    Yes.
19        Q.    You also went to college, I believe,
20   or university in Hong Kong, is that right?
21        A.    Yes.
22        Q.    What was the name of that
23   university?
24        A.    It's University of Hong Kong.
25        Q.    Okay.  So when you started this
```

Weiyun Huang
April 6, 2022

Page 59

1    company, again, your hope was, one, to maybe help

2    Chinese nationals or F-1 students figure out a way

3    to navigate the immigration system, correct?

4         A.    In the beginning, my goal was to

5    help student to find job.

6         Q.    Find jobs.  And in doing that, that

7    would allow them to stay in the United States,

8    correct?

9         A.    Right.

10        Q.    And this company was started with

11   some of your own money, wasn't it?

12        A.    Yes.

13        Q.    Some of your father's money?

14        A.    Yes.

15        Q.    Okay.  And part of this sort of idea

16   of Findream you -- even the name I believe you

17   sort of thought of how it happened in Silicon

18   Valley, how they use names and they put names

19   together, right?

20        A.    Right.

21        Q.    And the name Findream itself was

22   sort of an extension of your idea that you could

23   help these F-1 students find their dream by living

24   and working in the United States, right?

25        A.    Yes.

Weiyun Huang
April 6, 2022

Page 60

1        **Q.     Okay.  And I believe that just to**
2    **sort of summarize what you initially and**
3    **legitimately intended was to offer educational**
4    **training services?**
5        A.     Yes.
6        **Q.     What -- what are those, what does**
7    **that mean?**
8        A.     Like, you know, when you -- when you
9    looking for a job in the industry like Silicon
10   Valley, you have to go through a lot of tests
11   during the interview.  So we provide some service
12   to help student how to nail those interview
13   questions.  Like, when you interview as a data
14   analyst, they ask you some mathematic questions
15   and we help them to solve the issue and give them
16   training.
17                 Sometime when you interview to
18   be a computer engineer, the company usually will
19   ask you a lot of coding question and we sometimes
20   provide a service to student to help them nail
21   those questions.
22       **Q.     And if they nail those questions, it**
23   **would be more likely they would get a job?**
24       A.     Yes.
25       **Q.     And then it would be more likely**

Weiyun Huang
April 6, 2022

Page 61

1    they could stay in the United States --

2         A.    Yes.

3         Q.    -- legitimately?

4         A.    Yes.

5         Q.    You also offered résumé modification

6    services, which I'm assuming means you help them

7    build their résumés in a way that would be more

8    attractive to employers?

9         A.    Yes.

10        Q.    And then Career Center Services, why

11   don't you tell us what that means?

12        A.    Career Center Services means they

13   help student be prepared to find a job.

14        Q.    And you didn't just sort of put up

15   your website, you actually sort of researched this

16   stuff and tried to figure out the best way to

17   offer these services to these F-1 students,

18   correct?

19        A.    Yes.

20        Q.    And how much time sort of went in to

21   you putting this plan together before you launched

22   Findream?

23        A.    A couple months.

24        Q.    A couple months.  And did you work

25   with other people or was this just your own sort

Weiyun Huang
April 6, 2022

Page 62

1    of brain child?

2            A.      Most of the time it's just myself.

3            Q.      Okay.  And part of the reason you

4    did this was you actually thought it was kind of

5    unfair for F-1 students, in this case sort of

6    Chinese nationals, to be kicked out of the United

7    States if they couldn't get a job, right?

8            A.      Yeah, part of the reason.

9            Q.      And the job market in the United

10   States is competitive?

11           A.      Yes.

12           Q.      And you also believe that at least

13   for certain -- certain students it was their dream

14   to kind of come here, study and work?

15           A.      Yes.

16           Q.      And you wanted to facilitate that?

17           A.      Yes.

18           Q.      And those are good intentions, you'd

19   agree?

20           A.      Yes.

21           Q.      And along the way, you decided that

22   you were going to sort of change your course,

23   right, change your course of action of how you ran

24   Findream?

25           A.      Yes.

Weiyun Huang
April 6, 2022

Page 63

1        Q.      Okay.  And part of the reason was
2     some of the customers weren't really interested in
3     your classes as I believe you testified to?
4        A.      Right.
5        Q.      They wanted the paperwork?
6        A.      Yes.
7        Q.      And they wanted sort of a quick way
8     maybe to stay in the country?
9        A.      Yes.
10       Q.      But not everybody, right, not all of
11    your customers were looking for just the
12    paperwork, isn't that true?
13              MR. JONAS:  Objection.  Foundation.
14    BY THE WITNESS:
15       A.      To be honest --
16    BY MR. CHERONIS:
17       Q.      You were the head of Findream,
18    weren't you?
19       A.      To be honest, whoever -- okay.  So I
20    have two ways for student to contact me.  Those
21    students who are interested in legit service like
22    training service, they usually just mention their
23    interest in that service.
24       Q.      Okay.
25       A.      So whoever contact me through this

Weiyun Huang
April 6, 2022

Page 64

```
 1   e-mail all of them are interested in this OPT
 2   thing.
 3        Q.     Okay.  My question was, some of your
 4   customers were interested in some form of
 5   legitimate employment, correct?
 6              MR. JONAS:  Objection.
 7   BY THE WITNESS:
 8        A.     No.  Because we do not offer a lot
 9   of legitimate employment.  We only offer training
10   for them to --
11   BY MR. CHERONIS:
12        Q.     Okay.
13        A.     -- get offer.
14        Q.     Okay.  You are aware, are you not,
15   that after you were indicted and it became public
16   a number of your customers claimed that you were
17   defrauding them?
18        A.     Oh, yeah.  I'm aware of that.
19        Q.     And you're also aware that
20   immigration -- immigration officers tried to throw
21   a lot of those people out of the country, correct?
22        A.     Yes.
23        Q.     And you're also aware that some of
24   them successfully stayed in this country by
25   claiming you duped them into entering Findream,
```

Weiyun Huang
April 6, 2022

Page 65

1    are you aware of that?

2              MR. JONAS:  Objection.  Foundation.

3    BY THE WITNESS:

4         A.    What do you mean?

5    BY MR. CHERONIS:

6         Q.    That you offered these services,

7    they believed they were real and then you pulled

8    the rug out from under them.

9                   You're not aware of that?

10        A.    No.

11        Q.    And as -- as an aside, you're a

12   native of China, correct?

13        A.    Yes.

14        Q.    That's where you were born?

15        A.    Yes.

16        Q.    The Chinese government did not

17   direct you to setup Findream?

18        A.    No.

19        Q.    The Chinese government did not, as

20   far as you know, have any knowledge that you were

21   doing this?

22        A.    No.

23        Q.    Okay.  You never consulted the

24   Chinese government about this?

25        A.    No.

Weiyun Huang
April 6, 2022

Page 66

1      Q.     No one from the Chinese government

2  ever said, hey, there's certain individuals we

3  want you to really help, right?

4      A.     No.

5      Q.     And you had thousands of customers?

6      A.     Yes.

7      Q.     And during the time Findream was

8  opened, no one customer was really any more

9  important than any other?

10      A.     No.

11      Q.     These were just people that you

12  didn't even meet?

13      A.     No.

14      Q.     You took their money?

15      A.     Yes.

16      Q.     Okay.  You filled out some forms?

17      A.     Yes.

18      Q.     And they were on their way?

19      A.     Yes.

20      Q.     Do you see Mr. Ji in court right

21  now?

22      A.     Yes.

23      Q.     You've never seen him before in your

24  life in person?

25      A.     No.

Weiyun Huang
April 6, 2022

Page 67

1      Q.      You've never had a conversation with
2  him?
3      A.      In real life?
4      Q.      In real life in person.
5      A.      No.
6      Q.      And Mr. Ji was simply another
7  customer of Findream?
8      A.      Yes.
9      Q.      He didn't stand out?
10     A.      No.
11     Q.      And, of course, nobody from the
12  People's Republic of China has ever reached out to
13  you about Mr. Ji while he was trying to get into
14  Findream?
15     A.      No.
16     Q.      Nobody's reached out to you since
17  you got out of jail about Mr. Ji, have they?
18     A.      No.
19     Q.      How long have you been out of jail
20  for?
21     A.      Thirty-two months.
22     Q.      You've been out of jail?
23     A.      Two months.
24     Q.      Okay.  And where were you housed?
25              MR. JONAS:  Objection.

Weiyun Huang
April 6, 2022

Page 68

1    BY THE WITNESS:

2         A.    California.

3              MR. JONAS:  Objection.  Relevance.

4    BY MR. CHERONIS:

5         Q.    Now, to somebody like me who is not

6    an F-1 student and if I just went on the regular

7    Findream website, it would appear legitimate,

8    wouldn't it?

9         A.    Yes.

10        Q.    To the naked eye, it was actually a

11   pretty nice site, wasn't it?

12        A.    Yes.

13        Q.    And you went through -- you

14   purposely did that, didn't you?

15        A.    Yes.

16        Q.    Okay.  You wanted it to appear like

17   it was real?

18        A.    Yes.

19        Q.    You listed services?

20        A.    Yes.

21        Q.    You had your own logo?

22        A.    Yes.

23        Q.    You used stock images of other

24   people, you put names of people on there with

25   images you just took off the internet, right?

Weiyun Huang
April 6, 2022

Page 69

```
 1        A.    Yes.
 2        Q.    Okay.  You marketed the company?
 3        A.    You mean the legit service?
 4        Q.    You just marketed the company.  I
 5   mean, having a website is marketing the company?
 6        A.    Yes.
 7        Q.    You took on a fake name Apple Wong?
 8        A.    Mm-hmm.
 9        Q.    Did you just make that up out of
10   thin air?
11        A.    No.
12        Q.    You're not familiar with a person
13   who is actually named Apple Wong --
14        A.    No.
15        Q.    -- who lives in Silicon Valley?
16        A.    No.
17        Q.    And you did this all to make the
18   company appear legitimate?
19        A.    Yes.
20        Q.    Now, Mr. Jonas was asking you
21   questions about -- and I think the timeframe he
22   was discussing was in 2016 where you had
23   approximately 20 employees, legitimate employees,
24   at Findream?
25        A.    Yes.
```

Weiyun Huang
April 6, 2022

Page 70

1      Q.      What were they doing?

2      A.      Some of them maintained the social

3   media, the WeChat social media, some of them are

4   working as our -- like, take contract because

5   sometimes Findream we do take contract from

6   clients.  Some company.  Let's say we help them

7   design their website, we help them design some

8   small apps.  So once Findream took the contract, I

9   just give the student the complete -- pretty much

10  student work -- those -- our employee work as

11  contractor.

12     Q.      Okay.  So what you're saying then is

13  that some work that Findream did was legitimate?

14     A.      Yes.

15     Q.      Okay.  Somebody who would want

16  something done with an app or a website and you

17  would take on the contract for that company?

18     A.      Yes.

19     Q.      And you would use for your workforce

20  some of the individuals who sought a job from

21  Findream, some of these F-1 students, correct?

22     A.      Yes.

23     Q.      Okay.  And that would be legitimate

24  employment, correct?

25     A.      Yes.

Weiyun Huang
April 6, 2022

Page 71

1    Q.    Okay.  How many F-1 students did you

2  give legitimate employment to?

3    A.    Very few.  No more than 20, I guess.

4    Q.    No more than 20.  And those F-1

5  students who were doing legitimate employment, did

6  you tell them that you were committing fraud on a

7  large scale?

8    A.    No.

9    Q.    Okay.  When you were communicating

10  with people telling them your name was Apple Wong,

11  you didn't say, hey, by the way, my name really is

12  not Apple Wong, did you?

13    A.    No.

14    Q.    It was all a facade you put together

15  for the appearance of legitimacy?

16    A.    Right.

17    Q.    You went so far as to make sure the

18  company was e-Verified?

19    A.    Yes.

20    Q.    What does that mean?

21    A.    e-Verified is a program offered by

22  Department of Homeland Security for employer to

23  use their system, electronic system, to verify

24  their employees' legal status.

25    Q.    Okay.  And you had to be e-Verified

Weiyun Huang
April 6, 2022

Page 72

```
 1    in order to do this, isn't that right?
 2         A.    Right.
 3         Q.    Now, the government asked you a
 4    little bit towards the end of your testimony about
 5    your case, your criminal case?
 6         A.    Yes.
 7         Q.    Here in this building, right?
 8         A.    Mm-hmm.
 9         Q.    Because eventually this couldn't be
10    sustained forever and you were arrested and
11    indicted and charged, right?
12         A.    Yes.
13         Q.    You hired an attorney?
14         A.    Yes.
15         Q.    And you pled guilty?
16         A.    Yes.
17         Q.    And the reason you pled guilty is
18    because you were guilty --
19         A.    Yes.
20         Q.    -- right?  If you weren't guilty,
21    you would have gone to trial?
22              MR. JONAS:  Objection.  Objection.
23    BY THE WITNESS:
24         A.    Yes.
25
```

Weiyun Huang
April 6, 2022

Page 73

```
 1   BY MR. CHERONIS:
 2         Q.    Correct?
 3         A.    Yes.
 4               MR. CHERONIS:  Just to be clear,
 5   your objection is noted for the record.
 6   BY MR. CHERONIS:
 7         Q.    But for editing purposes, the reason
 8   you pled guilty was because, in fact, you are
 9   guilty?
10         A.    Yes.
11               MR. JONAS:  Same objection.
12   BY MR. CHERONIS:
13         Q.    If you weren't guilty, you would
14   have went to trial?
15         A.    Yes.
16         Q.    Now, Mr. Jonas asked you questions
17   about whether or not you received any benefit from
18   the government for your testimony today, right?
19         A.    Mm-hmm.
20         Q.    You have to say yes.
21         A.    Yes.
22         Q.    And you said you had not received a
23   benefit, right?
24         A.    Not yet.
25         Q.    Are you expecting one?
```

Weiyun Huang
April 6, 2022

```
                                                    Page 74
 1          A.      No.

 2          Q.      They're going to let you go home,

 3    right?

 4          A.      Right.

 5          Q.      All right.  Because you're going to

 6    be deported?

 7          A.      Yes.

 8          Q.      And you were advised that if you

 9    don't testify they're not going to let you go back

10    to China, isn't that right?

11                  MR. JONAS:  Objection.

12    BY THE WITNESS:

13          A.      No, I haven't been told like that.

14    BY MR. CHERONIS:

15          Q.      Where is your passport right now?

16          A.      With me.

17          Q.      Okay.  Did your lawyer give it to

18    you?

19          A.      Yes.

20          Q.      Are you aware that prior to your

21    testimony today that your lawyer had to ensure

22    that he had possession of your passport so you

23    couldn't leave until you testified?

24          A.      Yes.

25          Q.      Okay.  And so what I'm trying to get
```

Weiyun Huang
April 6, 2022

Page 75

```
 1    at is if you don't testify here today, do you
 2    understand that you may not have gotten your
 3    passport back?
 4                    MR. JONAS:  Objection.
 5    BY MR. CHERONIS:
 6          Q.    Fair to say?
 7          A.    Yes.
 8          Q.    And in your criminal charges -- and
 9    so we're a hundred percent clear, you are not
10    charged in anything that has to do right now with
11    Mr. Ji, correct?
12          A.    How do you define?
13          Q.    There's a case right now that is
14    pending, right?
15          A.    Okay.
16          Q.    And you are not charged with Mr. Ji
17    in this case?
18          A.    No.
19          Q.    Okay.  You were charged in your own
20    case?
21          A.    Yes.
22          Q.    You were the only charged defendant
23    in that case?
24          A.    Yes.
25          Q.    And you were not charged with any
```

Weiyun Huang
April 6, 2022

Page 76

```
 1    type of espionage-related charges, were you?
 2         A.    No.
 3               MR. JONAS:  Objection.
 4    BY MR. CHERONIS:
 5         Q.    You were not charged with wire
 6    fraud, were you?
 7         A.    No.
 8               MR. JONAS:  Objection.
 9    BY MR. CHERONIS:
10         Q.    Let me ask you a question.  When you
11    came in on one of your visas, didn't you list
12    Findream as your employer?
13         A.    Yes.
14         Q.    Okay.  And did you really consider
15    that to be sort of your employer, your job?
16         A.    Yes.
17         Q.    Did you have any other jobs anywhere
18    else while you were in the United States other
19    than with Findream?
20         A.    No.
21         Q.    And Mr. Jonas talked about immunity,
22    right, you were given immunity?
23         A.    Yes.
24         Q.    You didn't expect to be charged with
25    anything based on this testimony, did you?
```

Weiyun Huang
April 6, 2022

```
                                          Page 77
 1      A.      No.
 2      Q.      Because you've already been charged?
 3      A.      Yes.
 4      Q.      You've already been sentenced?
 5      A.      Yes.
 6      Q.      You've already done your time?
 7      A.      Yes.
 8      Q.      Okay.  So the immunity letter you
 9  got maybe makes you feel good, but you never
10  expected to be charged again, did you?
11      A.      No.
12              MR. JONAS:  Objection.
13  BY MR. CHERONIS:
14      Q.      The answer is no?
15      A.      I mean --
16      Q.      You didn't expect to be charged
17  again with a crime?
18      A.      Right.
19      Q.      And at your sentencing hearing, the
20  government got into this, they talked about some
21  documents that were presented on your behalf,
22  correct?
23      A.      Yes.
24      Q.      And one of the documents that was
25  presented on your behalf were letters about your
```

Weiyun Huang
April 6, 2022

Page 78

1    relationship with your father, correct?

2          A.    Yes.

3          Q.    And in those letters, it said your

4    father abandoned you?

5          A.    Yes.

6          Q.    That's not true, was it?

7          A.    That's not true.

8          Q.    Okay.  But you submitted that to a

9    judge anyway, didn't you?

10         A.    Yes.

11         Q.    Okay.  So we're clear, Mr. Madden,

12   your lawyer, he had no idea about those letters,

13   did he?

14         A.    Right.

15         Q.    That was something you were aware

16   of?

17         A.    Yes.

18         Q.    And you never told Mr. Madden?

19         A.    No.

20         Q.    Okay.  And those letters were then

21   used at your sentencing hearing to try to get a

22   lower sentence, right?

23         A.    Yes.

24         Q.    And another -- another piece of

25   information that was included at the sentencing

Weiyun Huang
April 6, 2022

Page 79

```
 1    hearing in an effort to maybe get you a lesser
 2    sentence was Mr. Madden wrote and submitted a
 3    sentencing memorandum on your behalf?
 4         A.    Yes.
 5         Q.    And you reviewed that, correct?
 6         A.    Yes.
 7         Q.    Okay.  And that -- there was an
 8    argument at the sentencing about the type of
 9    sentence you were going to get?
10         A.    Mm-hmm.  Yes.
11         Q.    And the maximum sentence was five
12    years?
13         A.    Yes.
14         Q.    The government wanted five years?
15         A.    Yes.
16         Q.    Okay.  And you got a lesser sentence
17    than that?
18         A.    Yes.
19         Q.    You got 32 months?
20               MR. JONAS:  Objection.
21    BY THE WITNESS:
22         A.    No, 37.
23    BY MR. CHERONIS:
24         Q.    Thirty-seven.  You did 32 months?
25         A.    Yes.
```

Weiyun Huang
April 6, 2022

Page 80

1          Q.     And one of the things that you

2     argued in your sentencing memorandum was that you

3     were not sure if you were going to get punished

4     when you went back to China?

5          A.     Right.

6          Q.     And China is different than the

7     United States, you'd agree?

8          A.     Of course.

9          Q.     We're in a courtroom now.  There's

10    no jury here, but in a regular trial there would

11    be a jury?

12         A.     Yeah.

13         Q.     You don't get those in China?

14         A.     No.

15                MR. JONAS:  Objection.  Relevance.

16    BY MR. CHERONIS:

17         Q.     And China is an authoritarian

18    country?

19                MR. JONAS:  Objection.  Relevance.

20    BY THE WITNESS:

21         A.     I don't think so.

22    BY MR. CHERONIS:

23         Q.     You don't?

24         A.     No.

25         Q.     It's run by the communist party,

Weiyun Huang
April 6, 2022

Page 81

1    correct?

2         A.    Yes.

3         Q.    Okay.  And it is -- there are

4    thoughts in China that people are responsible to

5    the state, correct?

6              MR. JONAS:  Objection.  Relevance.

7    BY THE WITNESS:

8         A.    Yes.

9    BY MR. CHERONIS:

10        Q.    Okay.  You certainly don't have the

11   type of freedom in China that you do have in the

12   United States, would you agree with that?

13        A.    It depends.

14        Q.    Okay.  It depends on what?

15        A.    Like, it just depends.

16        Q.    Okay.  If the government likes you,

17   you have more freedoms?

18        A.    Sometimes we don't have a lot of

19   freedom of speech.

20        Q.    Okay.  And you were concerned,

21   right, you're still concerned --

22        A.    Right.

23        Q.    -- that if you go back to China you

24   may have to answer for the crimes you committed in

25   the United States?

Weiyun Huang
April 6, 2022

Page 82

1      A.    Yes.

2      **Q.    And you don't know what is going to**

3   **happen?**

4      A.    Yes.

5      **Q.    And you don't know if you're going**

6   **to be arrested when you go back there?**

7      A.    Yes.

8              MR. JONAS:  Just for the record, I'm

9   objecting to this line of questioning.

10             MR. CHERONIS:  If I may have a

11  moment, Judge.

12             THE VIDEOGRAPHER:  Do you guys want

13  to go off the record?

14             MR. JONAS:  Damon, off the record?

15             MR. CHERONIS:  (Affirmative nod.)

16             MR. JONAS:  Pause the record.

17             THE VIDEOGRAPHER:  The time is 2:16.

18  We're going off the record.

19                   (Whereupon, a break was taken

20                    after which the following

21                    proceedings were had.)

22             MR. CHERONIS:  I have no other

23  questions.

24             THE VIDEOGRAPHER:  The time is 2:16.

25  We're going back on the record.  Please proceed,

Weiyun Huang
April 6, 2022

Page 83

 1   counsel.
 2        R E D I R E C T   E X A M I N A T I O N
 3   BY MR. JONAS:
 4        Q.    Ma'am, very brief.  I want to make
 5   sure we're clear on a couple points.
 6                    Mr. Cheronis asked you about the
 7   20 or so legitimate employees at Findream --
 8        A.    Yes.
 9        Q.    -- that actually did work?
10        A.    Yes.
11        Q.    Was the defendant one of them?
12        A.    No.
13        Q.    Would you have known that if he was?
14        A.    Of course.
15        Q.    You were the CEO?
16        A.    Yeah.
17        Q.    Mr. Cheronis asked you about the
18   Findream website and how you tried to make it look
19   professional?
20        A.    Yes.
21        Q.    But did you, in fact, in the website
22   acknowledge that the jobs for OPT were pretend?
23        A.    In the Findream website, I never
24   mentioned we were doing such a thing pretend.
25   Only in the Chinese Looking for Job.

Weiyun Huang
April 6, 2022

Page 84

```
 1          Q.     Right, but the Chinese Looking for
 2   Job website --
 3          A.     Yes.  Yes.
 4          Q.     -- which was in Chinese --
 5          A.     Yes.
 6          Q.     -- said this is pretend?
 7          A.     Yes.
 8          Q.     Pretend employment?
 9          A.     Yes.
10          Q.     In fact, you put the word pretend in
11   the e-mail account?
12          A.     Yes.
13          Q.     Mr. Cheronis asked you about your
14   belief that if you didn't testify here today you
15   could not travel back to China, do you remember
16   those questions?
17          A.     I remember.
18          Q.     What date were you supposed to
19   travel back?
20          A.     I supposed to go back to China on
21   March 24th.
22          Q.     And are you aware that the
23   government tried to get this deposition done
24   before March 24th?
25                 MR. CHERONIS:  Objection.
```

Weiyun Huang
April 6, 2022

Page 85

1    BY THE WITNESS:

2        A.    Yes.

3    BY MR. JONAS:

4        Q.    **And are you aware why the deposition**

5    **was postponed two weeks to today?**

6        A.    Yes.

7        Q.    **Do you know why?**

8        A.    I know.

9        Q.    **Do you know why?**

10       A.    Yeah.  Because the defendant asked

11   to postpone.

12            MR. JONAS:  No further questions.

13       R E C R O S S    E X A M I N A T I O N

14   BY MR. CHERONIS:

15       Q.    **Since we're on this line of**

16   **conversation, are you aware that yesterday we**

17   **received 47 disks of discovery --**

18            MR. JONAS:  Objection.

19   BY MR. CHERONIS:

20       Q.    **-- that we hadn't seen before?**

21       A.    No.

22            MR. JONAS:  Objection.

23   BY MR. CHERONIS:

24       Q.    **Okay.  So here is the point.  You**

25   **were aware that you were not going to be able to**

Weiyun Huang
April 6, 2022

Page 86

1    go back to China until you testified, correct?

2            A.    Yes.

3            Q.    Okay.  Whenever the date was, right?

4            A.    Yes.

5            Q.    Because the case is actually

6    scheduled for trial in June?

7            A.    Yes.

8            Q.    Okay.  And are you also aware that

9    the Judge could have issued a warrant for your

10   arrest?

11           A.    Yes.

12           Q.    Okay.  And we tried to accommodate

13   you so that wouldn't happen, right?

14           A.    Yes.

15           Q.    But under no circumstances is it

16   your understanding that the government right here

17   would have allowed you to leave before you

18   testified?

19                 MR. JONAS:  Objection.

20   BY THE WITNESS:

21           A.    Yes.

22                 MR. CHERONIS:  Thank you.

23                 MR. JONAS:  Nothing further.  No

24   further questions.

25                 THE VIDEOGRAPHER:  Okay.  The time

Weiyun Huang
April 6, 2022

Page 87

1   is 4:19 (sic).  We have reached the conclusion of

2   the deposition of Weiyun Huang.  The deposition

3   took place on one media file.  Custody of the

4   original video record will remain with L.A. Court

5   Reporters.  We're going off the record.

6           AND FURTHER DEPONENT SAITH NAUGHT...

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Weiyun Huang
April 6, 2022

Page 88

1                 UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

3

4        I, Steven Brickey, Certified Shorthand

5   Reporter, do hereby certify that on the 6th day of

6   April, A.D., 2022, the deposition of the witness,

7   WEIYUN HUANG, called by the Plaintiff, was taken

8   before me, reported stenographically, and was

9   thereafter reduced to typewriting under my

10  direction.

11       The said deposition was taken via Zoom and

12  there were present counsel as previously set forth

13  on the video.

14       The said witness, WEIYUN HUANG, was first

15  duly sworn to tell the truth, the whole truth, and

16  nothing but the truth, and was then examined upon

17  oral interrogatories.

18       I further certify that the foregoing is a

19  true, accurate, and complete record of the

20  questions asked of and answers made by the said

21  witness, WEIYUN HUANG, at the time and place

22  hereinabove referred to.

23       The signature of the witness, WEIYUN HUANG,

24  was waived by agreement of counsel.

25       The undersigned is not interested in the

Weiyun Huang
April 6, 2022

Page 89

1    within case, nor of kin or counsel to any of the

2    parties.

3        Witness my official signature in and for

4    Cook County, Illinois, on this _____ day of

5    _____, A.D., 2022.

6

7

8

9

10                          _____
                             STEVEN BRICKEY, CSR, RMR
11                           8 West Monroe Street
                             Suite 2007
12                           Chicago, Illinois 60603
                             Phone:  (312) 419-9292
13                           CSR No. 084-004675

14

15

16

17

18

19

20

21

22

23

24

25

Weiyun Huang
April 6, 2022

Page 90

**A**

**A.D** 1:13 88:6
   89:5
**abandoned** 78:4
**able** 44:21 85:25
**above-entitled**
   1:10
**accepted** 31:17
**accommodate**
   86:12
**accompanying**
   49:11
**account** 23:3,4,5
   23:12 35:19,20
   35:22,24 40:19
   40:24,24,25 41:1
   41:2,2,7,9,16,19
   41:20,21,25
   84:11
**accounting** 6:20
**accurate** 47:23
   88:19
**acknowledge**
   83:22
**acronym** 14:14
**action** 62:23
**address** 5:7 29:7
   47:15,22 48:22
   48:22,24
**addressed** 28:14
   29:6 42:6,8
   50:25
**advantage** 33:23
**advertise** 20:7
   24:8
**advertised** 20:12
**advertising** 22:15
**advised** 74:8
**affiliated** 33:14
**Affirmative** 23:23
   35:13 82:15
**afternoon** 57:11
**agency** 5:4
**ago** 40:8

**agree** 62:19 80:7
   81:12
**agreed** 56:9
**agreement** 56:12
   88:24
**ahead** 21:13 49:20
**air** 69:10
**allow** 59:7
**allowed** 13:16
   86:17
**America** 1:3 9:12
   40:22 41:10,11
**American** 8:8
   40:17 47:19
**amount** 36:2
**analyst** 7:24,25
   60:14
**answer** 16:15
   77:14 81:24
**answers** 88:20
**anyway** 78:9
**apologize** 16:10
**app** 40:15,17
   41:23 70:16
**appear** 15:23 68:7
   68:16 69:18
**appearance** 71:15
**Appeared** 2:6,12
   2:16
**appears** 42:25
**Apple** 31:21,22
   45:15 69:7,13
   71:10,12
**application** 13:23
**apply** 13:15 14:12
   46:8
**approved** 46:3
**approximately**
   19:22 69:23
**apps** 70:8
**April** 1:13 4:2,9
   29:5 30:9 37:25
   88:6
**argued** 80:2

**argument** 79:8
**arrest** 86:10
**arrested** 72:10
   82:6
**articles** 41:3
**aside** 65:11
**asked** 16:13 72:3
   73:16 83:6,17
   84:13 85:10
   88:20
**asking** 69:20
**assuming** 55:20
   61:6
**attend** 56:2
**attorney** 2:13
   72:13
**attractive** 61:8
**audio/visual** 4:17
**authoritarian**
   80:17
**authorization**
   25:10
**automatically**
   37:16
**avoid** 31:10
**avoiding** 31:13
**aware** 64:14,18,19
   64:23 65:1,9
   74:20 78:15
   84:22 85:4,16,25
   86:8

**B**

**B** 3:11
**bachelor** 6:17
**bachelor's** 6:19
**back** 15:12,20,22
   15:24 16:25
   25:8 27:12
   28:23 32:14
   42:2 55:19,20
   56:14 57:6 74:9
   75:3 80:4 81:23
   82:6,25 84:15,19

**84:20 86:1**
**backdate** 36:21
   37:15
**backdated** 37:13
   37:17 42:12
**bank** 38:21
**Barry** 2:2 16:10
   56:23
**based** 17:10 19:23
   24:5 76:25
**beginning** 7:16,19
   8:12 18:10 30:1
   30:4 31:4 59:4
**behalf** 2:6,12,16
   4:14 54:12
   77:21,25 79:3
**Beijing** 6:5
**belief** 84:14
**believe** 19:18
   58:19 59:16
   60:1 62:12 63:3
**believed** 65:7
**benefit** 73:17,23
**benefits** 53:25
**best** 61:16
**bit** 48:2 72:4
**blank** 47:6,8,9,10
   50:4,8,9
**born** 6:3,4 65:14
**bottom** 48:17
**bought** 19:1
**box** 53:7
**brain** 62:1
**break** 9:4 16:21
   23:17 57:2
   82:19
**Brickey** 1:11 2:20
   5:3 88:4 89:10
**brief** 83:4
**briefly** 40:14
**build** 61:7
**building** 72:7
**bunch** 33:18
**business** 6:24

**19:16**

**C**

**C** 2:1 5:20 57:9
   83:2 85:13
**CA** 24:3
**California** 7:12
   24:4,9,20 47:16
   68:2
**called** 5:15 6:4 7:7
   8:24 11:1 15:13
   20:11 22:3
   40:23 46:3
   51:10 88:7
**Camino** 47:15
**camouflage** 20:14
   22:8
**camouflage/pre...**
   23:24
**card** 25:4,9,10,11
   27:18 31:5
**Career** 61:10,12
**case** 4:18,20,20
   62:5 72:5,5
   75:13,17,20,23
   86:5 89:1
**cause** 1:10 55:7,7
**Center** 61:10,12
**CEO** 7:14 83:15
**certain** 15:21
   62:13,13 66:2
**certainly** 81:10
**certificate** 6:18,21
   7:1
**certified** 4:25 88:4
**certify** 88:5,18
**change** 8:14 55:18
   56:1 62:22,23
**Chaoqun** 1:6 4:23
   4:24 28:15 29:8
   33:3 38:5 39:24
   42:8 48:19 51:1
   52:16
**charge** 13:4,18

Weiyun Huang
April 6, 2022

14:13 15:21
27:2 46:12,12
49:6 50:2
**charged** 13:8
14:19 72:11
75:10,16,19,22
75:25 76:5,24
77:2,10,16
**charges** 75:8 76:1
**Cheronis** 2:7,8
3:6,8 8:25 10:2
10:9,17 11:9
12:2 14:1 16:5,9
17:16,25 18:20
19:6,13 21:10,16
21:18 23:7
28:18 33:17,25
35:8 36:22,25
37:8 38:24 40:2
46:16,19 51:4,6
52:19 54:17
56:23 57:8,10
63:16 64:11
65:5 68:4 73:1,4
73:6,12 74:14
75:5 76:4,9
77:13 79:23
80:16,22 81:9
82:10,15,22 83:6
83:17 84:13,25
85:14,19,23
86:22
**Chicago** 1:12 2:4
2:10,15 5:3
24:12,17 29:9,10
42:9,10 48:21,22
49:2 89:12
**child** 62:1
**China** 6:5 34:3
55:21,24 56:14
65:12 67:12
74:10 80:4,6,13
80:17 81:4,11,23
84:15,20 86:1

**Chinese** 8:10
20:11,16,17 21:6
21:15 22:6
23:20 40:16
59:2 62:6 65:16
65:19,24 66:1
83:25 84:1,4
**CHRISTOPHER**
2:8
**circumstances**
86:15
**city** 24:13
**claimed** 64:16
**claiming** 64:25
**classes** 63:3
**Classification**
47:19
**classmate** 19:3
**classmates** 19:1
**clear** 6:25 11:18
12:22 29:11
46:10 73:4 75:9
78:11 83:5
**clearly** 11:25
**client** 24:25 43:4
**clients** 30:3 43:4
70:6
**coaching** 18:12
**code** 23:2 41:22
47:19
**coding** 60:19
**college** 6:11 58:19
**combined** 49:12
**come** 9:12 19:3
62:14
**commencing** 1:14
**commit** 53:18,22
58:6
**committed** 81:24
**committing** 71:6
**common** 37:7,12
**communicate**
40:10 41:17
**communicating**

71:9
**communist** 80:25
**company** 7:7,14
10:21 12:12
31:25 40:16,25
41:5 47:15 59:1
59:10 60:18
69:2,4,5,18 70:6
70:17 71:18
**compensation**
53:7
**competitive** 62:10
**complete** 17:14
70:9 88:19
**completed** 55:9
**computer** 7:25
60:18
**concerned** 81:20
81:21
**conclusion** 87:1
**confirmation**
38:20 39:5,8
**consecutive** 11:22
**consider** 76:14
**conspiracy** 53:18
53:21
**consulted** 65:23
**contact** 23:2
48:25 63:20,25
**contain** 54:20
**contract** 30:2 70:4
70:5,8,17
**contractor** 70:11
**conversation** 67:1
85:16
**Cook** 89:4
**cooperate** 54:3
**correct** 36:7 47:6
54:24 55:1,3
57:19 58:15
59:3,8 61:18
64:5,21 65:12
70:21,24 73:2
75:11 77:22

78:1 79:5 81:1,5
86:1
**counsel** 5:5,18
16:18 17:1 57:7
83:1 88:12,24
89:1
**counted** 20:2
**country** 63:8
64:21,24 80:18
**counts** 54:1
**County** 89:4
**couple** 61:23,24
83:5
**course** 26:22
43:16 44:7
62:22,23 67:11
80:8 83:14
**court** 1:1 4:19 5:2
5:3 54:11,15
55:3 66:20 87:4
88:1
**courtroom** 4:11
80:9
**CR** 1:5 4:20
**create** 7:6,19
**created** 11:2 21:5
21:21 23:16
40:15,25
**crime** 77:17
**crimes** 81:24
**criminal** 72:5 75:8
**Cross-Examina...**
3:6
**CRR** 1:11 2:20
**CSR** 1:11 2:20,20
89:10,13
**current** 56:6
**Custody** 87:3
**customer** 66:8
67:7
**customers** 63:2,11
64:4,16 66:5
**Customs** 47:2

| **D** |
| --- |

**D** 3:1 5:20 83:2
**Damon** 2:8 82:14
**data** 7:24,25
60:13
**date** 4:1,9 29:3
36:6,12 37:23
42:5,7 47:21
48:10,13 55:24
84:18 86:3
**dated** 37:25
**day** 1:13 36:24
58:6 88:5 89:4
**days** 11:13,14,18
11:22 18:15
36:17,20
**Dearborn** 1:12
2:3,9 4:11
**decided** 51:12
62:21
**defendant** 1:7
2:12 30:16 33:3
33:7 43:12,25
45:11 48:8
50:11 75:22
83:11 85:10
**define** 75:12
**defrauding** 64:17
**degree** 6:15,17,19
**department** 2:2
11:2 29:16,18,19
29:25 30:12
47:1 48:24
71:22
**depends** 41:13
81:13,14,15
**Deponent** 2:16
87:6
**deportation** 55:15
**deported** 74:6
**deposeth** 5:16
**deposition** 1:9
4:13,14,16 56:2
56:10 84:23

Weiyun Huang
April 6, 2022

Page 92

85:4 87:2,2 88:6
88:11
**design** 70:7,7
**detail** 57:17
**develop** 30:2
**developed** 29:19
**Development**
29:15,17,19,25
30:12
**device** 4:17
**DIDWANIA** 2:3
**difference** 56:5
**different** 41:19
80:6
**direct** 3:5 57:16
65:17
**direction** 88:10
**Director** 31:21
**discovery** 1:9
85:17
**discussed** 15:2
27:23
**discussing** 69:22
**disks** 85:17
**District** 1:1,1 4:19
4:19 88:1,1
**DIVISION** 1:2
88:2
**document** 19:20
20:20,21 27:25
28:2,3 32:15
34:15 38:11
39:3,12,18,20
45:19 50:17
52:6
**documentation**
22:18 53:15
**documents** 12:1,5
17:14 25:6
27:11 77:21,24
**doing** 59:6 65:21
70:1 71:5 83:24
**dream** 59:23
62:13

**dropping** 54:1
**duly** 5:15 88:15
**duped** 64:25

_____

**E**

**E** 2:1,1 3:1,11
5:20,20 57:9
83:2,2,2 85:13
85:13
**e-mail** 22:25 23:1
23:4,5,12,15,16
23:17 35:19,20
35:21 40:12
48:24 64:1
84:11
**e-Verified** 71:18
71:21,25
**EAD** 25:4,9,10
27:18
**earlier** 27:23
35:21 49:22
**earnings** 45:6
**East** 29:8 49:2
**EASTERN** 1:2
88:2
**editing** 73:7
**educational** 60:3
**effort** 79:1
**Either** 40:12
**El** 47:15
**electronic** 71:23
**employ** 43:20
**employed** 51:15
**employee** 12:23
32:1 47:18
70:10
**employees** 48:1,1
48:4,5 69:23,23
83:7
**employees'** 71:24
**employer** 25:23
27:9 43:1 46:2
47:14,16,18
48:20 51:22,23

71:22 76:12,15
**employers** 61:8
**employment** 9:13
40:21 43:18
47:21 48:11,14
48:15 50:24
51:10,13,14,24
57:23 64:5,9
70:24 71:2,5
84:8
**Enforcement** 47:3
**engineer** 13:14
43:18,21 44:1,4
60:18
**Engineering** 47:4
**engineers** 43:20
**English** 20:15
**enrolled** 10:12
**ensure** 74:21
**entering** 64:25
**entitled** 4:21
27:25
**espionage-related**
76:1
**essentially** 57:24
**eventually** 72:9
**everybody** 63:10
**evidence** 21:9
28:17 35:7
38:23 40:1
46:15 51:3
52:18
**exaggerated** 48:3
**examination** 3:5,7
57:17
**examined** 88:16
**exchange** 56:15
56:19
**executive** 6:18,21
7:1
**exhibit** 3:13 20:18
20:22 23:8,12,14
28:1,4 34:14,16
38:9,12 39:11,13

40:1 42:3 45:18
45:20 50:16,18
51:3 52:4,7,18
**expect** 76:24
77:16
**expected** 77:10
**expecting** 56:18
73:25
**expired** 36:20
**expiring** 19:2
**explain** 8:20 42:17
42:23 44:16
57:18
**extend** 10:22
22:13 26:16,20
42:15 44:21
57:24
**extended** 18:23,24
53:3
**extending** 18:11
**extension** 13:15
14:10,13 15:4,6
17:7 26:16,19
27:3,4 39:22
43:5,6 44:12,19
46:2,6,8,11
49:10 59:22
**extensions** 17:7
**eye** 68:10

_____

**F**

**F-1** 8:22 9:7,10,11
9:14,17 10:20
11:4 12:15 14:6
15:3 16:2,14
17:4,5 18:5,8
27:15,21 31:3
33:1,22 53:13
57:22 59:2,23
61:17 62:5 68:6
70:21 71:1,4
**fabricate** 32:2
**fabricated** 31:23
32:10

**facade** 71:14
**Facebook** 41:4
**facilitate** 62:16
**facing** 36:19
**fact** 73:8 83:21
84:10
**Fair** 75:6
**fake** 22:19 44:3
69:7
**false** 19:16 53:14
54:20 57:22
**falsification** 19:20
**familiar** 32:5
69:12
**far** 21:11 45:1
46:4 65:20
71:17
**fare** 56:5
**father** 78:1,4
**father's** 59:13
**favor** 54:8
**fee** 15:22
**feel** 77:9
**figure** 59:2 61:16
**file** 87:3
**fill** 14:11,22,23,25
26:23,25 27:1,8
27:8 46:8 47:11
49:23
**filled** 49:4,5,14,16
50:1,10,14 66:16
**fills** 27:9
**finance** 6:20
**find** 7:20 11:14
18:12,15 19:11
36:18 51:21
59:5,6,23 61:13
**Findream** 7:7,11
7:13,18,19 8:11
8:16,17 10:19,21
12:18,23,24 13:4
13:11,21 15:3
16:1,14 18:10
20:7,19 22:23

Weiyun Huang
April 6, 2022

24:8 25:22 28:1
28:1,17 29:21,22
29:24 31:1 33:5
33:14 34:14
35:7,18,21 38:10
38:16,18,23
39:11 40:1,7,19
41:6 42:3,15
43:1,13,19 45:18
46:15,20 47:14
47:23 48:20
49:1 50:16 51:3
51:13,15 52:4,13
52:18 53:13
57:18 58:3
59:16,21 61:22
62:24 63:17
64:25 65:17
66:7 67:7,14
68:7 69:24 70:5
70:8,13,21 76:12
76:19 83:7,18,23
**Findream's** 19:15
45:6
**finds** 52:1
**first** 5:15 6:13,17
11:12 13:8,12
15:11,17 22:25
28:13 29:3 31:8
31:16 32:15,16
42:4 43:1 45:9
47:6,9,22 58:9
88:14
**five** 79:11,14
**Floor** 2:14
**focus** 14:7
**focused** 8:4
**following** 16:22
57:3 82:20
**follows** 5:16
**foregoing** 88:18
**forever** 72:10
**forgot** 40:7
**form** 12:2 14:12

14:20,21,22,25
15:13 23:20
26:23 27:7,10
32:23 42:21
46:1,4,24 47:9
49:4,11 50:5,6
50:14 52:11,12
52:22,25 53:4
64:4
**formed** 30:7
**forms** 14:9 15:2
66:16
**forth** 88:12
**found** 7:17
**foundation** 9:1
10:3 11:9 17:17
19:7 21:11 37:9
63:13 65:2
**fraud** 53:18,19,22
57:18 58:6 71:6
76:6
**freedom** 81:11,19
**freedoms** 81:17
**front** 27:24 34:13
39:10
**full-time** 47:25
48:1
**function** 41:3
**further** 56:21
85:12 86:23,24
87:6 88:18
**future** 12:13

**G**

**G-U-A-K-A-O-...**
23:18
**gain** 17:8
**generally** 11:12
**getting** 23:11
44:17
**give** 22:17 31:10
53:25 60:15
70:9 71:2 74:17
**given** 76:22

**go** 6:1,12 21:13
32:14 38:18
49:20 60:10
74:2,9 81:23
82:6,13 84:20
86:1
**goal** 59:4
**going** 4:9 16:25
26:24 28:20
32:16 55:20
57:1,6 58:6
62:22 74:2,5,9
79:9 80:3 82:2,5
82:18,25 85:25
87:5
**good** 51:6 57:11
58:17 62:18
77:9
**gotten** 75:2
**government** 17:23
20:6,21 28:1,3
34:14,15 38:9,11
39:11,12 40:1
42:2 45:17,19
50:16,17 51:3
52:4,6 53:25
54:4,6 56:4,8,13
56:14,19 65:16
65:19,24 66:1
72:3 73:18
77:20 79:14
81:16 84:23
86:16
**government's**
19:23
**graduate** 8:6 9:20
**graduated** 7:6 8:6
**Graduating** 9:19
**Grand** 52:18
**great** 57:17
**green** 31:5
**Guakao** 22:3,6,7
23:19,20,22
**guess** 71:3

**guilty** 53:21,24
72:15,17,18,20
73:8,9,13
**guys** 82:12

**H**

**H** 3:11
**H-1** 8:22
**H-1B** 13:22,25
**H-u-a-n-g** 5:25
**half** 48:18
**happen** 15:9
25:20 26:14
27:5 82:3 86:13
**happened** 33:22
37:4 59:17
**happens** 25:1
**head** 63:17
**hear** 16:10
**hearing** 4:3 77:19
78:21 79:1
**hearsay** 10:9,17
12:3 17:17
18:20 19:7,13
36:22,25
**help** 14:11,24 15:7
18:15 27:1 59:1
59:5,23 60:12,15
60:20 61:6,13
66:3 70:6,7
**helped** 56:4
**helping** 53:13
56:13
**hereinabove**
88:22
**hey** 19:1,3,11 66:2
71:11
**hire** 12:12,20
**hired** 72:13
**hiring** 12:23
**history** 51:24
**holder** 12:15 17:5
18:9 27:21 31:3
33:1

**holders** 10:20
14:7 15:3 16:2
16:15 17:5
53:14
**home** 74:2
**Homeland** 11:3
47:1 71:22
**honest** 63:15,19
**Hong** 58:20,24
**hope** 59:1
**host** 8:22
**hour** 32:20 44:18
44:24
**hours** 32:17,18,22
47:20 48:8
**housed** 67:24
**Huang** 1:10 3:3
4:13 5:14,24
57:11,15,16 87:2
88:7,14,21,23
**Human** 31:22
**hundred** 75:9
**hunter** 41:10,13

**I**

**ID** 47:18
**idea** 59:15,22
78:12
**identification**
3:13 20:23 28:5
34:17 38:13
39:14 45:21
50:19 52:8
**identifies** 30:19
**Illinois** 1:1,12,13
2:4,10,15 4:20
5:3 29:10 88:1
89:4,12
**images** 68:23,25
**immigration** 8:19
14:18 47:2 59:3
64:20,20
**immunity** 76:21
76:22 77:8

Weiyun Huang
April 6, 2022

important 66:9
included 78:25
income 15:15 45:6
  52:12 53:2,5
indicted 64:15
  72:11
indictment 54:1
individual 30:19
  41:1
individuals 66:2
  70:20
industry 47:19
  60:9
inform 17:12
information 17:6
  17:9,14 21:23
  39:2 47:13 53:6
  54:21,24 55:1
  78:25
informed 9:24
  10:5,11,13
initially 60:2
instance 4:16
  44:17
instituted 4:18
institutions 58:17
intended 60:3
intent 58:3
intention 12:12,20
intentions 62:18
interest 63:23
interested 63:2,21
  64:1,4 88:25
intern 32:17
international 8:21
  9:12,23,25 10:12
  10:13 11:3
  17:11,13 22:12
  25:23 27:13,14
internet 68:25
internship 12:21
  29:15 31:6,17
  33:5
interpreter 4:5

interrogatories
  88:17
interview 7:23,23
  60:11,12,13,17
introduce 5:6
introduced 19:12
involvement
  53:12
issue 15:13 19:2
  25:6 43:2 52:22
  60:15
issued 12:1 25:11
  27:6 52:13,15
  86:9
issues 21:12 31:10
  31:13
issuing 37:25
Izetta 4:25

_____
        J
_____

J 1:11 2:9,13,13
  2:20
jail 67:17,19,22
Ji 1:6 4:21,24
  28:15 29:8 33:3
  38:5 39:24 42:8
  48:19 51:1
  52:16 66:20
  67:6,13,17 75:11
  75:16
Jiangsu 6:5
jive 19:25
job 7:20 8:7 11:14
  18:13,14,15
  20:12 21:6
  22:19 26:18,20
  30:14,17 31:7,9
  31:16 32:20
  41:10,11,11
  43:10 44:13,20
  44:20 51:22
  52:1,1 57:22
  59:5 60:9,23
  61:13 62:7,9

70:20 76:15
  83:25 84:2
jobs 22:2 59:6
  76:17 83:22
jogged 34:7
Jonas 2:2 3:5,7
  4:4,7,23 5:8,19
  5:21 9:3 10:4,15
  10:18 11:16
  12:4 14:5 16:7
  16:11,12,20 17:2
  17:3,18 18:3,21
  19:8,14 21:1,8
  21:14,17,19
  23:10 28:8,16,19
  28:22,24 33:20
  34:4,5,18 35:6,9
  35:13,14 37:2,10
  38:14,22 39:1,15
  39:25 40:3,5
  45:24 46:14,18
  46:20,22 50:22
  51:2,5,7,9 52:9
  52:17,20 53:10
  53:11 54:19
  56:21,24 63:13
  64:6 65:2 67:25
  68:3 69:20
  72:22 73:11,16
  74:11 75:4 76:3
  76:8,21 77:12
  79:20 80:15,19
  81:6 82:8,14,16
  83:3 85:3,12,18
  85:22 86:19,23
judge 78:9 82:11
  86:9
June 86:6
jury 52:18 80:10
  80:11
JUSTICE 2:2

_____
        K
_____

K-i-r-a-n 32:6

keep 8:18
Kelly 6:1
kicked 62:6
kin 89:1
kind 19:4 62:4,14
kinds 15:10
Kiran 32:6
knew 22:19
know 5:8 8:13,14
  9:22 11:24
  13:14 15:12
  18:12,23 19:9,21
  26:3,6 33:13,13
  36:16 40:21
  41:4 43:3 44:5,7
  46:4 49:14
  50:10 60:8
  65:20 82:2,5
  85:7,8,9
knowledge 17:4
  17:10 65:20
known 43:15
  83:13
Kong 58:20,24

_____
        L
_____

L-a-u 32:6
L.A 5:1 87:4
large 71:7
largely 57:18
LaSalle 2:14
late 55:6
Lau 32:6
launched 61:21
LAW 2:13
lawyer 54:24
  74:17,21 78:12
leader 48:23
Leading 33:25
leave 55:16,24
  74:23 86:17
leaving 55:13
left 23:1 47:10
legal 5:1 44:21

71:24
legit 63:21 69:3
legitimacy 71:15
legitimate 64:5,9
  68:7 69:18,23
  70:13,23 71:2,5
  83:7
legitimately 60:3
  61:3
lesser 79:1,16
let's 14:7 70:6
letter 8:17,18
  10:22 12:8,10,11
  12:11,22 13:2,5
  13:18,19 18:17
  18:18,25 19:1,4
  25:7,15,17,18,19
  25:22 26:4,17,21
  27:3,6 28:12,25
  29:4,12,14 31:11
  31:14 32:23
  33:1 34:11 36:5
  36:9,13 37:15,17
  37:20,25 38:7
  39:21 42:5,8,12
  42:14,19,21 43:3
  44:2,3,9,17
  46:11,11 49:10
  50:24 51:4,11,14
  51:18,23 77:8
letters 12:17 15:2
  19:17 37:13
  54:11,14,20
  57:23 77:25
  78:3,12,20
LEVITT 2:7,9
License 2:20
life 66:24 67:3,4
likes 81:16
line 82:9 85:15
list 76:11
listed 68:19
little 48:2 72:4
lives 69:15

Weiyun Huang
April 6, 2022

living 59:23
LLC 2:7,13 35:18
  42:15
located 5:2 7:11
  24:8,11
logo 68:21
long 67:19
longer 43:8
look 26:18 32:1
  38:9 44:8,14
  83:18
looking 8:7 20:12
  21:6 23:8 35:15
  60:9 63:11
  83:25 84:1
lot 18:24 32:1
  60:10,19 64:8,21
  81:18
lower 78:22

**M**

M 2:8 5:20 57:9
  83:2 85:13
ma'am 5:22 28:25
  53:12 83:4
Madden 2:13,13
  78:11,18 79:2
maintained 70:2
major 13:13 44:4
  44:5,13,14,15
March 84:21,24
marked 3:13
  20:19,21 28:3
  34:15 38:11
  39:12 45:19
  50:17 52:6
market 62:9
marketed 69:2,4
marketing 69:5
massive 58:7
match 44:9,13,15
matched 44:4
mathematic 60:14
mathematics

13:15 47:4
matter 27:7
MATTHEW 2:13
  2:13
maximum 79:11
mean 12:14 20:5
  23:18,21 30:6
  33:12 37:7 52:1
  60:7 65:4 69:3,5
  71:20 77:15
means 22:7 23:19
  23:24 24:4
  41:14 61:6,11,12
meant 42:17,23
media 40:15 70:3
  70:3 87:3
meet 33:7 66:12
memorandum
  79:3 80:2
memorized 23:13
memory 34:7
mention 63:22
mentioned 12:7
  40:9 83:24
mess 55:7
mic 4:2
minutes 56:23
miscellaneous
  52:12
Mississippi 6:14
MIT 6:14 7:1 10:8
  10:11 58:14
Mm-hmm 69:8
  72:8 73:19
  79:10
modification 61:5
mom 55:8
moment 16:19
  32:14 35:15
  53:10 56:21
  82:11
moments 40:8
money 15:20 25:6
  34:25 35:2

38:16,21 45:9
  59:11,13 66:14
Monroe 5:2 49:2
  89:11
months 61:23,24
  67:21,23 79:19
  79:24
Mountain 47:16
move 6:6
moved 6:8 7:4

**N**

N 2:1 3:1 5:20,20
  57:9,9 83:2,2
  85:13,13
nail 60:12,20,22
naked 68:10
name 4:22,25 5:6
  5:23,24,25 6:1
  30:20 31:21,23
  32:5,10,12 33:9
  34:8 38:2 40:19
  41:9,24 47:14
  48:19,20,21,23
  57:14 58:22
  59:16,21 69:7
  71:10,11
named 69:13
names 32:2 59:18
  59:18 68:24
nationality 8:9
nationals 59:2
  62:6
native 65:12
NAUGHT 87:6
navigate 59:3
necessary 5:9
need 8:18 10:22
  14:9 18:14,16,17
  19:3 25:3,4,4
  26:17 31:15
  37:18 43:5
  51:20
needs 26:23

never 20:2 30:18
  65:23 66:23
  67:1 77:9 78:18
  83:23
new 24:12,16
  27:18
news 33:15
nice 68:11
Nobody's 67:16
nod 23:23 35:13
  82:15
non-employee
  53:7
non-employment
  53:1
non-lay 9:1
normally 12:19,21
  13:12 15:7,10,21
  22:24 25:2,21
  26:17 32:21
  36:16 51:12
  53:2
North 40:22 41:10
  41:11 47:18
northeast 58:14
Northern 1:1 4:19
  88:1
notary 5:1
noted 73:5
November 48:11
number 4:20 20:6
  47:18,25 48:25
  64:16

**O**

O 5:20 57:9,9 83:2
  85:13,13
o'clock 1:14
O-P-T 23:18
object 10:9 21:11
  23:7 54:17
objecting 82:9
objection 9:1 10:2
  11:10 12:2 14:1

17:16,25 18:20
  19:7,13 28:18
  33:17,25 35:8
  36:22,25 37:8
  38:24 40:2
  46:19 52:19
  63:13 64:6 65:2
  67:25 68:3
  72:22,22 73:5,11
  74:11 75:4 76:3
  76:8 77:12
  79:20 80:15,19
  81:6 84:25
  85:18,22 86:19
obtain 53:14
occurred 37:24
October 42:7
offer 8:17,18,25
  10:22 12:8,10,11
  12:17 13:1,4,18
  13:19 14:8,11
  15:7 18:17,18,25
  19:1,4,6 21:8
  22:11,11 25:18
  25:19,22 26:17
  26:21 27:6
  28:12,17 29:15
  30:14,17 31:11
  31:14 35:7 36:5
  36:9,13,21 37:19
  37:20,25 38:6,22
  39:21,25 42:16
  42:24 43:3,10,17
  46:14 51:3
  52:17 60:3
  61:17 64:8,9,13
offered 15:3 16:2
  61:5 65:6 71:21
office 9:25 17:12
  22:13 24:19,22
  24:23 25:24
  27:14,15 47:23
  48:21 49:1
officers 64:20

Weiyun Huang
April 6, 2022

**official** 40:24,24
40:25 41:1,2
48:23 89:3
**Oh** 4:6 40:23 45:7
64:18
**okay** 4:7 5:10 7:3
8:21 10:16 15:4
16:4,17 18:16,17
21:16 22:6,21
24:2 25:8 26:12
27:5 28:20,22
33:12,24 34:4,10
38:2,18 42:2,14
50:15 57:16,21
58:2,25 59:15
60:1 62:3 63:1
63:19,24 64:3,12
64:14 65:23
66:16 67:24
68:16 69:2
70:12,15,23 71:1
71:9,25 74:17,25
75:15,19 76:14
77:8 78:8,11,20
79:7,16 81:3,10
81:14,16,20
85:24 86:3,8,12
86:25
**old** 7:3
**Ole** 6:13,16 10:8
10:13 58:12
**once** 18:25 41:21
70:8
**opened** 66:8
**opinion** 9:2
**opportunity** 54:23
**OPT** 8:24 9:24
10:23,25 11:1,8
11:12 13:9,12,15
14:10,13 15:4
17:6,7 18:14
19:2 20:13 22:3
22:6,9,13 23:19
23:25 25:11

26:15,17,18,20
28:13 31:8,16
32:19 36:17
39:21 43:1
44:12,19,22 46:2
46:5,8 47:3 53:2
64:1 83:22
**optguakaoca@...**
23:6
**Optional** 11:1
47:5
**oral** 88:17
**order** 26:20 55:15
56:2 72:1
**original** 56:5 87:4
**outside** 44:1

**P**

**P** 2:1,1
**p.m** 1:14 4:10
**package** 27:17,17
**page** 3:4 23:15
31:18 32:15
38:21 41:4,5
45:14 47:6,9,12
48:17
**paid** 26:18,19
31:7,15 34:10
37:21 44:17,20
45:5,8
**pan** 46:21 51:8
**paperwork** 63:5
63:12
**paragraph** 32:16
**PARENTE** 2:7,8
**parents** 54:11
**part** 22:9,10 23:25
29:21,22 59:15
62:3,8 63:1
**particular** 8:3
**parties** 89:2
**partner** 7:16
**party** 4:14,15
80:25

**pass** 7:23
**passport** 74:15,22
75:3
**pause** 4:8 16:19
56:24 82:16
**pay** 14:24 15:11
15:12,16,20,22
15:24 31:9,17
44:23 45:1 56:4
**payday** 15:12
**payment** 25:5
26:22 53:4
**payroll** 15:5,8
**pending** 75:14
**people** 35:1 37:1
37:13 41:17,22
43:3 61:25
64:21 66:11
68:24,24 71:10
81:4
**People's** 67:12
**percent** 19:19
75:9
**percentage** 15:21
19:15
**perform** 43:12
**person** 12:13,14
30:24,25 32:8
38:6 42:25
58:10 66:24
67:4 69:12
**personal** 41:2,21
**Phone** 89:12
**picks** 4:2
**piece** 78:24
**pinyin** 23:19
**place** 87:3 88:21
**places** 24:9
**plaintiff** 1:4 4:15
4:17 88:7
**plan** 47:3 61:21
**plane** 55:18,23
56:1,5,6,14
**planned** 46:7

**plea** 53:24
**plead** 53:21
**please** 5:11,17,22
16:19,25 57:6
82:25
**pleased** 29:14
42:15
**pled** 72:15,17 73:8
**point** 21:11 30:9
85:24
**points** 83:5
**polish** 7:20
**polishing** 18:11
20:13
**position** 12:21
**possession** 74:22
**post** 41:3
**posted** 26:7
**postpone** 85:11
**postponed** 85:5
**Practical** 11:1
47:5
**practice** 37:12
**prefix** 23:17
**prepared** 61:13
**presence** 24:16
**present** 4:10
88:12
**presented** 77:21
77:25
**pretend** 22:2,7
24:3 83:22,24
84:6,8,10
**pretty** 8:21 58:17
68:11 70:9
**previous** 43:4
51:23
**previously** 88:12
**prior** 37:24 39:3
55:24 74:20
**proceed** 5:17
16:25 57:6
82:25
**proceedings** 16:23

57:4 82:21
**process** 18:5,9
22:22,23 25:3
26:6,8,10 27:20
55:12
**professional** 41:4
41:7 83:19
**program** 9:24
11:2,8 13:16
14:13 15:4,5,6
17:6,13 24:1
26:5,16,19,24
31:8,16 32:19
39:22 43:2,7
44:12,19 46:3,3
71:21
**promises** 56:15
**promotion** 41:3
**pronounce** 30:20
**pronunciation**
57:13
**prosecute** 56:9
**prosecuted** 53:15
**prosecution** 53:17
**prospective** 24:25
**prove** 51:15,24
53:5
**provide** 7:23
13:22 18:18
22:11 33:4
60:11,20
**provided** 13:11,21
16:14
**providing** 7:21
**province** 6:4
**public** 5:1 21:24
64:15
**pulled** 65:7
**punished** 80:3
**purport** 7:18
**purpose** 4:12
52:25
**purposely** 68:14
**purposes** 73:7

Weiyun Huang
April 6, 2022

**put** 21:24 28:20
  32:18 35:9 40:3
  51:7 52:21
  59:18 61:14
  68:24 71:14
  84:10
**putting** 46:20
  61:21

**Q**

**Qian** 30:21,23
  48:23
**QR** 23:2
**qualified** 11:7
**qualify** 26:15
**question** 16:10
  36:11 37:11
  40:6 42:18 45:4
  49:21 60:19
  64:3 76:10
**questioning** 82:9
**questions** 56:22
  60:13,14,21,22
  69:21 73:16
  82:23 84:16
  85:12 86:24
  88:20
**quick** 35:10 63:7
**quit** 7:17

**R**

**R** 2:1 5:20 57:9
  83:2,2 85:13,13
**raised** 6:5
**ran** 62:23
**reach** 22:22,25
**reached** 25:1
  67:12,16 87:1
**real** 24:22 30:3,14
  30:17,24,25 32:8
  35:10,10 43:10
  47:15 48:5,6,15
  52:1 65:7 67:3,4
  68:17
**really** 33:10 40:20

63:2 66:3,8
  71:11 76:14
**reason** 62:3,8 63:1
  72:17 73:7
**reasons** 33:18
**recall** 37:3,6
**received** 73:17,22
  85:17
**recognize** 21:2
  28:9 33:9 34:21
  35:24 38:19
  39:18 45:25
  50:13,23 52:10
**recognized** 34:8
**recommendations**
  54:7
**record** 4:10 16:25
  57:1,6 73:5 82:8
  82:13,14,16,18
  82:25 87:4,5
  88:19
**recorded** 4:16
**Recross-Exami...**
  3:8
**Redirect** 3:7
**redraft** 26:17
**reduced** 88:9
**referred** 88:22
**referring** 35:21
**regard** 10:19
**regarding** 21:12
**regular** 68:6
  80:10
**related** 13:11
**relationship** 78:1
**relevance** 14:2
  33:18 37:1
  54:18 68:3
  80:15,19 81:6
**remain** 87:4
**remember** 23:12
  23:15 32:13
  33:14,15 40:18
  41:24 42:1,11,11

42:13 45:2,11,13
  49:18 84:15,17
**reminded** 33:22
  34:7
**repeat** 16:6,8,9
**Repetitive** 34:1
**rephase** 49:21
**rephrase** 18:7
  36:10 45:4
  49:19
**report** 22:12
  25:22 27:12
**reported** 2:19
  88:8
**reporter** 5:4,11
  88:5
**Reporters** 87:5
**Reporting** 5:2
**represent** 5:7
  15:14 23:20
**Republic** 67:12
**request** 18:14
**requested** 44:6
**require** 31:9,17
  35:4 39:7 44:13
  44:20 51:22
  53:3
**required** 14:12
  17:8 26:4 32:19
  46:1,5,9
**requirements**
  11:7
**requires** 15:5
  26:19
**research** 17:19
  27:21
**researched** 61:15
**Resources** 31:22
**response** 25:13,14
**responsible** 81:4
**result** 53:24
**résumé** 7:21 18:11
  20:13 25:4 44:7
  44:8 61:5

**résumés** 61:7
**return** 42:16,24
  43:2,17
**reviewed** 79:5
**right** 7:17 11:20
  21:14 23:8 30:8
  31:15 36:13,14
  38:1 39:6 40:13
  45:10 49:24
  54:16 58:10,20
  59:9,19,20,24
  62:7,23 63:4,10
  66:3,20 68:25
  71:16 72:1,2,7
  72:11,20 73:18
  73:23 74:3,4,5
  74:10,15 75:10
  75:13,14 76:22
  77:18 78:14,22
  80:5 81:21,22
  84:1 86:3,13,16
**RMR** 1:11 2:20
  89:10
**role** 48:25
**roll** 28:22
**rug** 65:8
**run** 80:25
**RYAN** 2:9

**S**

**S** 2:1 3:11 57:9,9
  85:13,13
**saith** 5:16 87:6
**salary** 15:24
**save** 36:21
**saw** 19:2 22:21
  33:15
**saying** 12:23
  70:12
**says** 32:16 35:16
  38:16 39:5
  43:17 46:24
  47:1,25 48:7,10
**scale** 58:7 71:7

**scan** 23:2 35:10
  41:22
**scheduled** 86:6
**school** 6:12 9:24
  10:6 22:12
  25:23 26:1,4
  27:13
**science** 13:14 47:4
**screen** 28:21 29:1
  35:10 40:4
  46:21,21,24,25
  51:8 52:21
**screenshot** 34:24
**screenshots** 35:1
**second** 6:14,18
  15:13 23:1 25:9
  31:18 45:14
  47:12
**Security** 11:3 47:2
  71:22
**see** 20:19 28:2,25
  30:20 31:19
  32:15 34:13,19
  35:16 38:2,15
  45:18 46:17
  47:13 48:18
  50:16 54:14
  66:20
**Seeker** 40:22
  41:10,11,12,13
**seeker/hunter**
  41:14
**seeking** 9:12 46:5
**seen** 12:5 66:23
  85:20
**sell** 8:17 10:21
  13:17
**send** 22:25 25:2,5
  25:15,17,25 26:4
  27:11,16,17
  34:25 35:1
  38:16,21 39:7
  44:6 50:4
**sender** 38:4

Weiyun Huang
April 6, 2022

sending 19:16
sense 37:7
sent 35:2 36:10
　38:20 45:9 47:8
sentence 54:8
　55:10 78:22
　79:2,9,11,16
sentenced 77:4
sentencing 54:7
　54:10 77:19
　78:21,25 79:3,8
　80:2
service 8:13 13:10
　15:11 18:11,24
　19:4,19,22 20:13
　20:14 26:14
　30:2 43:5,6
　60:11,20 63:21
　63:22,23 69:3
services 5:2 13:11
　13:20 15:1 16:1
　16:14 18:6
　19:16 20:8 33:4
　33:23 60:4 61:6
　61:10,12,17 65:6
　68:19
set 88:12
setup 65:17
Shorthand 88:4
show 12:12 26:21
　26:23 27:24
Showing 46:18
　51:5
shows 48:19
sic 87:1
sign 27:10
signature 31:19
　88:23 89:3
signed 27:7 45:14
　46:2 50:6
Silicon 7:12 59:17
　60:9 69:15
simply 67:6
site 48:21,21

68:11
slow 22:4 35:11
small 70:8
social 40:15 70:2
　70:3
software 29:20
　43:18,20,21 44:1
　44:4
solve 60:15
somebody 4:3
　34:25 68:5
　70:15
sorry 4:6,21 14:19
　16:5 22:4 36:10
　49:20
sort 57:17,21
　59:15,17,22 60:2
　61:14,15,20,25
　62:5,22 63:7
　76:15
sought 70:20
South 1:12 2:3,9
　2:14 4:11
space 24:23
specialist 5:1
specific 54:7
specifically 37:3
speculation 17:17
　19:7
speech 81:19
spell 5:23
spread 11:22,23
　19:5
stand 67:9
stands 10:25
　14:17
start 7:15,21 18:6
　18:9,14 22:23
　37:19 47:21
　48:10,13
started 18:19 58:2
　58:25 59:10
state 1:11 5:22
　81:5

states 1:1,3 2:2,6
　4:19,21 6:7,8
　7:4 8:24 9:15
　11:4,8,15 13:17
　17:15 29:14
　42:14 43:8
　47:20 53:7
　55:13,16 57:25
　59:7,24 61:1
　62:7,10 76:18
　80:7 81:12,25
　88:1
stating 5:6
status 8:19 10:23
　11:5 19:23,24
　20:5 22:14
　27:15 71:24
stay 11:7 13:16
　43:8 59:7 61:1
　63:8
stayed 64:24
staying 14:6
stays 57:24
STEM 13:13 43:7
　47:3
stenographically
　88:8
step 26:13
Steve 5:3
Steven 1:11 2:20
　88:4 89:10
stock 68:23
Street 1:12 2:3,9
　2:14 29:8 49:2
　89:11
student 7:20
　10:13,14 11:3,4
　11:7 12:7,20
　14:11 15:11
　17:12 18:5,8,12
　18:13,25 19:10
　22:12,21,24 25:1
　25:5,21,24 26:3
　26:12,19,22,24

27:9,12,12,13,14
27:14,20 31:3,9
32:19 33:1,23
36:17,17,18
44:20 46:5 47:3
47:11,20 48:19
48:25 50:1
51:12,21,25 53:2
53:3,4,14 59:5
60:12,20 61:13
63:20 68:6 70:9
70:10
students 8:1,4,5,8
　8:18,22 9:6,12
　9:17,23,25 10:22
　11:13 12:1
　13:13,18 14:23
　15:5,7,16 17:11
　17:13 19:17,21
　19:24 20:4
　22:11,18 25:11
　26:15,25 33:13
　39:7 40:9 49:23
　57:22 59:2,23
　61:17 62:5,13
　63:21 70:21
　71:1,5
study 62:14
stuff 61:16
submitted 54:11
　54:15 78:8 79:2
successfully 64:24
Suite 2:4,10 89:11
summarize 57:21
　60:2
supply 57:22
supposed 29:22
　84:18,20
sure 11:18 16:11
　16:20 21:10
　23:8 49:22
　56:24 71:17
　80:3 83:5
sustained 33:19

72:10
swear 5:11
sworn 5:16 88:15
system 47:19 59:3
　71:23,23

_____

**T**

T 3:11 5:20,20
　57:9 83:2,2
　85:13
take 15:19 20:5
　26:13 30:2 70:4
　70:5,17
taken 1:10 4:15
　16:21 57:2
　82:19 88:7,11
talk 4:4 22:1
　41:22
talked 9:6 43:7
　76:21 77:20
talking 4:3 49:11
tax 15:13 31:10,13
　52:11,12 53:4
technology 13:14
　47:4
tell 6:3 18:25
　30:16 42:4
　43:25 46:23
　57:13 61:11
　71:6 88:15
telling 71:10
template 50:12,13
Tencent 40:16
testified 49:22
　63:3 74:23 86:1
　86:18
testify 74:9 75:1
　84:14
testimony 9:2
　56:16,19 72:4
　73:18 74:21
　76:25
tests 60:10
Thank 5:19 17:2

Weiyun Huang
April 6, 2022

57:8 86:22
thin 69:10
thing 41:15 64:2
83:24
things 8:14 80:1
think 5:9 44:25
69:21 80:21
third 23:14
Thirty-seven
79:24
Thirty-two 67:21
thought 59:17
62:4
thoughts 81:4
thousand 53:13
thousands 66:5
throw 64:20
ticket 55:19,23
56:1,6,6,14
time 16:24 28:16
35:6 38:22
39:23,25 46:5,14
48:2,3 51:2
52:17 56:25
57:5 61:20 62:2
66:7 77:6 82:17
82:24 86:25
88:21
timeframe 69:21
title 7:13 44:15
today 33:11 56:16
73:18 74:21
75:1 84:14 85:5
today's 4:1,9
55:24
told 19:10 74:13
78:18
top 35:15 38:16
46:23 47:13
training 7:20,22
7:24 11:2 26:24
46:3 47:3,5 60:4
60:16 63:22
64:9

transfer 37:24
39:8
translate 41:14
translation 21:12
travel 84:15,19
trial 72:21 73:14
80:10 86:6
tried 61:16 64:20
83:18 84:23
86:12
trouble 55:7
true 13:1,3 24:14
48:1,8,9,11
51:16,24 53:8
63:12 78:6,7
88:19
truth 88:15,15,16
try 31:9 78:21
trying 67:13
74:25
turn 15:20
turning 31:18
42:2 47:12
48:17
Twenty 7:5
two 13:17 15:6,10
22:24 27:11
56:23 58:17
63:20 67:23
85:5
type 8:3 24:23
76:1 79:8 81:11
typewriting 88:9

U
U.S 47:2 54:3,6
undergraduate
6:15
underneath 35:19
undersigned
88:25
understand 75:2
understanding
9:9 10:24 11:6

13:24 14:16
20:1 26:9 27:19
31:12 37:12
52:24 86:16
unemployed
11:19 36:18
unemployment
11:13 36:20,24
unfair 62:5
United 1:1,3 2:2,6
4:19,21 6:6,8
7:4 8:23 9:15
11:4,8,15 13:16
43:8 55:13,16
57:25 59:7,24
61:1 62:6,9
76:18 80:7
81:12,25 88:1
universal 26:8
universities 17:11
university 6:13,14
58:20,23,24
unpaid 31:10,14
44:21
updated 27:15
USCIS 14:12,15
25:11 26:7
27:15,17 46:9
uscis.gov 17:24
use 18:5 22:11
25:22 32:12,25
57:24 59:18
70:19 71:23
usually 17:12 43:2
51:13 60:18
63:22

V
V 2:8
Valley 7:12 59:18
60:10 69:15
verification 50:24
51:11,14
verifications

57:23
verify 71:23
version 21:15
versus 4:21
video 4:10 5:1
87:4 88:13
VIDEOGRAP...
4:1,6,8,24 5:10
5:17 16:18,24
35:12 56:25
57:5 82:12,17,24
86:25
videotaped 4:13
View 47:16
VIKAS 2:3
visa 8:22 9:10,11
9:11,14,17 10:20
11:4 12:15 14:4
14:6 15:3 16:2
16:14 17:5,5
18:5,8 27:15,21
31:3 33:1,22
53:14,18,18,22
visas 9:7 76:11
vs 1:5

W
W-e-i-y-u-n 5:25
wait 37:16
waived 88:24
wake 58:5
walk 18:4
want 11:17 25:8
27:1,24 32:14
37:13,19 55:6,7
66:3 70:15
82:12 83:4
wanted 26:12
31:25 62:16
63:5,7 68:16
79:14
warrant 86:9
wasn't 10:11,12
10:12 43:23,24

48:15 58:3
59:11 68:11
way 22:7 23:2
24:7 59:2 61:7
61:16 62:21
63:7 66:18
71:11
ways 22:24 63:20
we're 6:25 12:22
16:25 29:11
46:10 49:11
51:6 57:1,6 75:9
78:11 80:9
82:18,25 83:5
85:15 87:5
website 17:23
20:11,12,15 21:5
21:20 22:1 23:1
24:7 26:7 47:17
61:15 68:7 69:5
70:7,16 83:18,21
83:23 84:2
WeChat 23:3
40:10,12,14,15
40:18,23,24 41:6
41:16,19,20,21
70:3
week 32:17,18,21
32:22 48:8
weeks 85:5
Weiyun 1:9 3:3
4:13 5:14,24
87:2 88:7,14,21
88:23
well-educated
58:10
went 57:17 58:12
58:14,19 61:20
68:6,13 71:17
73:14 80:4
weren't 63:2,18
72:20 73:13
West 5:2 47:15
89:11

Weiyun Huang
April 6, 2022

**WeWork** 24:23
  24:24
**White-McGhee**
  4:25
**wire** 37:23 39:8
  76:5
**withdraw** 42:18
**withdrawn** 55:19
**witness** 3:3 4:5
  5:12,15 10:10
  11:11 14:3 18:1
  20:24 28:6 34:2
  36:23 45:22
  50:20 63:14
  64:7 65:3 68:1
  72:23 74:12
  79:21 80:20
  81:7 85:1 86:20
  88:6,14,21,23
  89:3
**Wong** 31:21,22
  45:15 69:7,13
  71:10,12
**word** 12:8 84:10
**words** 18:7 32:25
  58:5
**work** 8:23 9:18
  11:4,15 17:8
  31:1 32:20 33:4
  43:12 47:20
  61:24 62:14
  70:10,10,13 83:9
**worked** 48:8
**workforce** 70:19
**working** 14:4
  25:10 59:24
  70:4
**wouldn't** 68:8
  86:13
**write** 32:21 42:19
**writing** 44:9
  49:18
**written** 11:25
  26:7 29:12

**wrote** 49:16 79:2
**www.findream.us**
  47:17

---

### X

**X** 3:1,11 5:20 57:9
  83:2 85:13
**X-i-n** 30:20
**Xin** 30:21,23
  48:23

---

### Y

**yeah** 23:14 31:20
  46:7 49:25 62:8
  64:18 80:12
  83:16 85:10
**year** 8:23 9:18
  11:12,15 13:8,12
  15:14 28:13
  31:8,16 43:1
**years** 13:17 15:6
  79:12,14
**yesterday** 85:16
**York** 24:12,16

### Z

**Zoom** 88:11

---

### 0

**084-004675** 2:20
  89:13

---

### 1

**1** 3:17 34:14,16
  35:7 38:16
**1:00** 4:10
**1:01** 1:14
**1:13** 16:24
**1:51** 56:25
**1:57** 57:5
**10** 3:22 52:4,7,18
**1099** 15:13 52:11
  52:22,25 53:1
**140** 2:9
**14th** 48:11

**17th** 42:7
**18** 1:5 3:15 4:20
  20:19,22

---

### 2

**2** 3:18 38:10,12,18
  38:23
**2,000** 20:3 33:13
**2,600** 19:24
**2:16** 82:17,24
**20** 3:15 32:20
  44:17,23 48:3
  69:23 71:3,4
  83:7
**200** 13:8 14:13,21
  14:24 25:5 36:2
  49:9 50:2
**2007** 89:11
**2009** 6:9
**2013** 7:10 30:6
**2016** 29:5 30:10
  36:6 37:24,25
  42:7 43:19
  48:11 69:22
**2019** 19:18
**2022** 1:13 4:9 88:6
  89:5
**209** 2:14
**2103** 4:11
**219** 1:12 2:3 4:11
**24,000** 53:7
**24th** 84:21,24
**25** 32:17,18,21
  48:1,8
**28** 3:16
**2961** 35:25

---

### 3

**3** 3:16 28:1,1,4,17
**312** 2:5,11,15
  89:12
**32** 79:19,24
**32nd** 29:8
**34** 3:17
**37** 79:22

**38** 3:18
**386-7033** 2:11
**39** 3:19

---

### 4

**4** 37:24
**4:19** 87:1
**403** 33:18
**404** 2:10
**419-9292** 89:12
**45** 3:20
**47** 85:17
**4th** 29:5 36:6

---

### 5

**5** 3:5,20 45:18,20
  46:15,20
**50** 3:21
**500** 2:4
**501** 29:8
**52** 3:22
**55** 48:22 49:2
**57** 3:6

---

### 6

**6** 3:19 39:11,13
  40:1,7 42:3
**60603** 2:4,10
  89:12
**60604** 2:15
**611** 1:5 4:20
**6th** 1:13 4:2,9
  88:5

---

### 7

**7** 3:21 50:16,18
  51:3 53:8
**700** 13:19 27:4
  46:13
**762-9473** 2:15
**7th** 2:14

---

### 8

**8** 5:2 89:11
**800** 47:15

**83** 3:7
**85** 3:8
**886-1325** 2:5

---

### 9

**90** 11:13,14,18,21
  18:15 19:19
  36:17
**900** 49:12