U.S. Customs and Border Protection
U.S. Department of Homeland Security
Person Encounter Detail

05/05/2022 18:44 EDT  Generated By: ▮  Page 1 of 1

### Encounter Person Detail

| Last Name | First Name | Middle Initial | Gender | Date of Birth |
|---|---|---|---|---|
| HUANG | WEIYUN | | F | ▮/1989 |

| Document Number | Document Type | Document Country | Class of Admission | Admit Until Date |
|---|---|---|---|---|
| E59839979 | PASSPORT | CHINA (MAINLAND) | | |

### Encounter Person Detail

| Encounter Line Type | Encounter Date | Encounter Time (Eastern) | Terminal Lane | Site/Encounter Location |
|---|---|---|---|---|
| | 04/11/2022 | ▮ | | |

| Inbound/Outbound | Inspector | Processing Result | Primary Query Result | Referred To Agency |
|---|---|---|---|---|
| OUTBOUND | | | N | |

### Manifest Data

| Manifest Indicator | Passenger Status | Updated Passenger Status | Flight/Vessel Number | Departure Location |
|---|---|---|---|---|
| ▮ | O - ON BOARD | | 830 | LAX - LOS ANGELES, CA INTL |

| Transmitted By | | Carrier Code | Arrival Location |
|---|---|---|---|
| ▮ | | MF | XMN - XIAMEN#INT'L, P. R. CHINA |

ex 2

For Official Use Only / Law Enforcement Sensitive