Grand Asia Inc
230 Grand Street, suite 401A
New York, NY 10013
Tel: 917-330-8178



# Invoice

| Bill To |
|---|
| HUANG/WEIYUN |
| 7312111125334 |

| Date | Invoice # |
|---|---|
| 24/MAR/22 | 253971 |

| Description | Rate | Qty | Amount |
|---|---|---|---|
| HUANG/WEIYUN<br><br>MF830    11- APR 2022    LAX-XMN  00:15   05:55 | 45747 | 1 | 45747.00 |
| Total | | | CNY:45747.00 |
| Payments | | | CNY:45747.00 |
| Balance Due | | | |

➤ 230 Grand Street Room 401A, New York, NY 10013
➤ P 212.219.1112 ➤ F 212.203.4696 ➤ grandasiabilling@gmail.com

ex 3