U.S. v. Ji, 18 CR 611
DRAFT

| Date of Event | Source | Event |
|---|---|---|
| before 08/2013 | 2018-05-17 UC Meeting Transcript | JI attended an introduction seminar for a confidential unit at a recruitment fair and met ZHA for the first time. ZHA had GENG contact JI in Beijing because GENG was in Beijing; Ji met and dined with GENG several times. JI met XU for the first time while on the Nanjing trip; ZHA was present. |
| 6/2013 | 2018-05-17 UC Meeting Transcript | JI contacted GENG while in undergraduate school in Beijing. |
| 6/2013 | | JI graduated Beihang University of Aeronautics and Astonautics (BUAA) in June 2013 with a BS degree. |
| 8/28/13 | US CBP Records | Arrival via Chicago (ORD) from Beijing (PEK) |
| 11/8/13 | US CBP Records | Departure via Chicago (ORD) bound for Beijing (PEK). |
| 11/2013 | 2018-05-17 UC Meeting Transcript | JI met ZHA and XU in Beijing in 2013. |
| 11/15/13 | US CBP Records | Arrival via Chicago (ORD) from Beijing (PEK) |
| 12/2013 | 2018-05-17 UC Meeting Transcript | JI was paid money ($4000-$5000 cash) twice prior to coming to the US for school. JI purchased an airline ticket on Ctrip.com to come to the US. JI sent the itinerary and receipt to GENG. In December 2013, [they] gave JI cash. |
| 12/9/13 | US CBP Records | Departure via Chicago (ORD) bound for Beijing (PEK). |
| 1/15/14 | US CBP Records | Arrival via Chicago (ORD) from Beijing (PEK) |
| 7/2014 | 2018-05-17 UC Meeting Transcript | JI met ZHA and XU during his school's summer break. JI went to Nanjing and met [XU] in July 2014. |
| Winter 2013 or Summer 2014 | 2018-09-25 UC Meeting Transcript | First payment to JI was in cash, summer 2014. XU gave JI the money. ZHA and GENG were present. JI wrote a receipt. The amount was $2000 or $3000. |
| 4/3/14 | US CBP Records | Departure via Chicago (ORD) bound for Beijing (PEK). |
| 4/10/14 | US CBP Records | Arrival via Chicago (ORD) from Beijing (PEK) |
| 5/19/14 | US CBP Records | Departure via Chicago (ORD) bound for Beijing (PEK). |
| 6/11/14 | Xu calendar entry | XU and Ji and Zha meet on 6/11/2014 |
| 7/6/14 | US CBP Records | Arrival via Chicago (ORD) from Beijing (PEK) |
| 12/22/14 | US CBP Records | Departure via Chicago (ORD) bound for Beijing (PEK). |
| Winter 2014 | 2018-09-25 UC Meeting Transcript | Second payment to JI was in cash, winter of 2014. XU gave JI the money. ZHA was present along with ZHA's supervisor. JI wrote them receipts. (page 20-22) |
| 2/3/15 | US CBP Records | Arrival via Chicago (ORD) from Beijing (PEK) |
| 2/2015 | 2018-05-17 UC Meeting Transcript | JI came back [to the US] in February 2015 and signed the contract in May 2016. (page 7) |
| 6/12/15 | Google Account pricebid001@gmail.com | JI created a Google account with the name "yi bid" pricebid001@gmail.com |
| 8/2015 | 2018-05-17 UC Meeting Transcript | JI learned about the military program in July or August 2015. (page 17) |
| 8/30/15 | Instant Checkmate Subpoena Response | JI purchased an unlimited person report membership for 1 month, 3 premium reports, and 1 unknown item, for a total of $84.82 |
| 8/30/15 | Google Account pricebid001@gmail.com | JI received an email from Instantcheckmate notifying him of account cancelation. |
| 8/30/15 | Chase Subpoena Response | JI purchased 5 items from Instantcheckmate for a total of $84.82 |
| 8/30/15 | Intelius Subpoena Response | JI purchased 3 background reports and 1 Intelius Premier Plus subscription for a total of $277.35 |
| 8/30/15 | Google Account pricebid001@gmail.com | JI received 4 emails from Intelius: Intelius Premier membership status, Intelius Premier membership cancelation, and 3 purchase receipts. |
| 8/30/15 | Discover NSL Response | JI made 4 purchases at Intelius.com for a total of $277.35 |
| 8/30/15 | Spokeo Subpoena Response | JI purchased a Connections subscription 30-day trial, accessed 3 records for a total of $44.70 |
| 8/30/15 | Google Account pricebid001@gmail.com | JI received 4 emails from Spokeo: 3 receipts, and 1 email to notify of Connections subscription cancelation. |

U.S. v. Ji, 18 CR 611
DRAFT

| | A | B | C |
|---|---|---|---|
| 33 | 8/30/15 | Discover Subpoena Response | JI purchased 3 items from Spokeo Search for a total of $34.85 |
| 34 | 8/31/15 | Google Account pricebid001@gmail.com | JI emailed XU's qq account and jastxy@gmail.com account with the subject "mid-term test questions" and the attachment was an rar file on eight USPERs. |
| 35 | 9/17/15 | Instant Checkmate Subpoena Response | JI purchased a premium report from Instantcheckmate, for a total of $19.99 |
| 36 | 9/18/15 | Chase Subpoena Response | JI purchased 1 item from Instantcheckmate for a total of $19.99 |
| 37 | 9/18/15 | Google Account buaajcq@gmail.com | JI emailed XU's qq account with the subject "September Statement" and the attachment was an rar file with a background report on LI Xiaohong (Linda). |
| 38 | 9/2015 | 2018-05-17 UC Meeting Transcript | JI met the Army recruiter MO at a military fair in September 2015. (page 17) |
| 39 | 9/30/15 | Google Account pricebid001@gmail.com | JI received an email from Intelius regarding the cancelation of Intelius Premier membership. |
| 40 | 2015 | 2018-05-17 UC Meeting Transcript | JI was asked to purchase reports on a few people. JI received a photo via QQ that listed several names and companies. He paid using his own money, and was reimbursed to the debit account held by his mother. JI forwarded the reports to GENG (page 9) and used his school email account to send to GENG's newly registered 126.com email account (page 10). GENG's email account was registered under JI's undergraduate classmate's name (page 14). The compressed file that was sent was titled "Mid Term Quiz Questions." JI also sent it to XU's QQ account (page 9-10, 13-14) |
| 41 | after 08/2015 | 2018-05-17 UC Meeting Transcript | JI's mom said that an extra $1000 appeared in the debit account. This was a payment by [XU]. JI realized this was for the investigative documents. (page 18) |
| 42 | | 2018-09-25 UC Meeting Transcript | Third payment to JI was through his mom's debit account. $1000. JI did not write a receipt (page 33). |
| 43 | 5/2016 | 2018-05-17 UC Meeting Transcript | JI came back [to the US] in February 2015 and signed the contract in May 2016. (page 6) |
| 44 | 5/2/16 | Google Account cji6hawk@gmail.com | JI sent an inquiry email to Findream optguakaoca@gmail.com |
| 45 | 5/3/16 | Google Account cji6hawk@gmail.com | JI sent his resume to Findream optguakaoca@gmail.com |
| 46 | 5/4/16 | Google Account cji6hawk@gmail.com | JI sent his EAD card to Findream optguakaoca@gmail.com |
| 47 | 5/4/16 | Chase Subpoena Response | JI account shows a transaction to Findream in the amount of $200 sent thru Chase QuickPay. |
| 48 | 5/4/16 | Google Account cji6hawk@gmail.com | JI sent a screenshot from his phone showing $200 payment to FindreamLLC |
| 49 | 5/5/16 | Google Account cji6hawk@gmail.com | JI received an email from HUANG containing an offer letter for Findream employment. |
| 50 | 5/20/16 | 2018-05-17 UC Meeting Transcript | JI enlisted in the US Army on May 20, 2016. (page 2) |
| 51 | 6/6/16 | 2018-05-17 UC Meeting Transcript | JI's 'application for clearance' was submitted to OPM on June 6, 2016. (page 5) |
| 52 | 6/14/16 | 2018-04-25 UC Meeting Transcript | JI got his military ID around June 14, 2016. (page 20) |
| 53 | 1/26/17 | Turo Subpoena response | |
| 54 | 1/26/17 | Google Account pricebid001@gmail.com | JI received a welcome email and a verification of email address request from Turo |
| 55 | 11/17/16 | Google Account cji6hawk@gmail.com | JI sent an email inquiry about OPT Extension to Findream info@findreamllc.com. Attached was his EAD card and drivers license. |
| 56 | 11/17/16 | Chase Subpoena Response | JI account shows a transaction to Findream in the amount of $900 sent thru Chase QuickPay. |
| 57 | 11/21/16 | Google Account cji6hawk@gmail.com | JI sent his resume to HUANG at info@findreamllc.com |
| 58 | 11/22/16 | Google Account cji6hawk@gmail.com | HUANG emailed JI a part-time offer letter of Findream employement and a partially completed I-983 form. |
| 59 | 1/11/17 | Google Account cji6hawk@gmail.com | JI received an employment verification letter from HUANG who used info@findreamllc.com |
| 60 | 3/27/17 | Google Account cji6hawk@gmail.com | JI sent a picture of his EAD card to HUANG at info@findreamllc.com |
| 61 | 7/2017 | 2018-04-25 UC Meeting Transcript | JI submitted his MAVNI application in July 2017. (page 15) |
| 62 | 8/2017 | 2018-05-17 UC Meeting Transcript | JI stated that OPM took 1 year and 4 months to process his application and he started with the US Army in August 2017. (page 5) |

U.S. v. Ji, 18 CR 611
DRAFT

|    | A       | B                                   | C                                                                                                                                                      |
|----|---------|-------------------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------|
| 63 | 2/2018  | 2018-04-25 UC Meeting Transcript    | JI last contacted XU and ZHA with holiday greetings during Spring Festival time, February 2018. (page 9)                                               |
| 64 | 2/19/18 | Google Account cji6hawk@gmail.com   | JI received an email from HUANG that contained a part-time offer letter of Findream employment and a partially completed I-983 form.                   |
| 65 | 3/20/18 | Google Account cji6hawk@gmail.com   | JI received an email from HUANG containing an IRS Form 1099-MISC that listed nonemployee compensation of $24000.00                                     |
| 66 | 4/25/18 | 2018-04-25 UC Meeting Transcript    | UC Meeting with JI on April 25, 2018.                                                                                                                  |
| 67 | 5/17/18 | 2018-05-17 UC Meeting Transcript    | UC Meeting with JI on May 17, 2018.                                                                                                                    |
| 68 | 5/17/18 | 2018-05-17 UC Meeting Transcript    | JI accepted $1000 cash from UC on May 17, 2018.                                                                                                        |
| 69 | 9/25/18 | 2018-09-25 UC Meeting Transcript    | UC Meeting with JI on September 25, 2018.                                                                                                              |
| 70 | 9/25/18 | 2018-09-25 UC Meeting Transcript    | JI accepted $5000 cash from UC on September 25, 2018.                                                                                                  |