IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **United States of America,** ) | |
| Plaintiff, ) | |
| ) | No. 18 CR 611 |
| v. ) | |
| ) | Judge Ronald A. Guzmán |
| **Ji Chaoqun,** ) | |
| Defendant. ) | |

## ORDER

On July 20, 2022, the Court held a continued pretrial conference session in this matter. For the reasons stated below and in open court, the Court makes the following rulings on Defendant's consolidated motions in limine [249]. All rulings on pretrial motions are provisional and subject to reconsideration and change based upon the evidence and circumstances presented during the trial.

**I.** **To preclude evidence, testimony, or other reference to the fact that Xu Yanjun was convicted for economic espionage**

The motion is **GRANTED** as unopposed.

**II.** **To preclude the government's proffered hearsay exhibits ("Xu Documents")**

The motion is **GRANTED IN PART AND DENIED IN PART** as set forth in the Court's ruling on the government's *Santiago* proffer, [304].

**III.** **To preclude improper evidence, testimony, or argument regarding the object of the alleged fraud scheme**

The motion is **TAKEN UNDER ADVISEMENT**. The parties appear to have reached an understanding as to this motion, and the Court will address particular issues and objections in this regard in the context of trial.

**IV.** **To preclude dual-capacity witness testimony**

The motion is **GRANTED** as unopposed.

**V.** **To preclude the government from introducing any summaries, charts, or calculations pursuant to Federal Rule of Evidence 1006**

This motion is **DENIED AS MOOT**. The parties have reached an understanding as to these materials.

VI. **To preclude improper arguments**

This motion is **GRANTED** as unopposed, with the understanding that this ruling applies to both sides.

VII. **For leave to file additional motions in limine**

This motion is **GRANTED** as unopposed, with the understanding that this ruling applies to both sides.

**DATE:** July 20, 2022

**Hon. Ronald A. Guzmán**
**United States District Judge**