**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| United States of America, | No. 18 CR 611 |
| v. | Ronald A. Guzmán |
| Ji Chaoqun,<br>   Defendant. | |

**PROTECTIVE ORDER PURSUANT TO**
**FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)**

Upon consideration of the motion of the United States of America, filed *ex parte*, *in camera*, and under seal, pursuant to Fed. R. Crim. P. 16(d)(1) [268], it is hereby ordered that the material that is the subject of the *ex parte*, *in camera*, submission, and the information contained within, shall not be disclosed in discovery to the defense, since the material does not contain information that is exculpatory, impeaching, or otherwise relevant and helpful to the defense, and/or the disclosure of this material at this time is likely to harm the national security of the United States.

It is further ordered that the government is permitted to produce to Defendant the substitution that was attached to the government's motion.

**Date**: August 4, 2022

                     _/s/ Ronald A. Guzmán_
                     **Ronald A. Guzmán**
                     **United States District Judge**