Date:   04/15/2020
Time:   12:57 PM

## Message

FROM: 53421424 CHAOQUN, JI
TO: "Wenzhi Yu" <ywz3030@gmail.com>
SUBJECT: RE: 20191126
DATE: 11/28/2019 09:01 PM

while, maybe you don't know Zhang Yu-jing's case, she is the person entered Trump's resort and claim to attend a so-called "Sino-US Friendship Party" something like that, and lie to US Secret Service, don't surprise with the agency's name, just a agency counter fake bills. and the agent in US Secret Service forget to record the voice during the interview.... LOL, she got eight months, I told my parents she might get six months to ten months at most, she got eight, and will done her imprisonment in four days.

Maria Butina was a graduate student in American University( this is the university's name), Washington DC, and accused of being a unregistered foreign agent, cooperated with government and got 18 months. I didn't see her paperwork, my attorney always forget to print that for me, haha. but in the newspaper, she sent some policy reports about GOP(republicans) via NRA (national rifle association)

And there is another case, Edward Lin, it's a military court case, his/her pay grade is a O-4, which is Major, a.k.a butter anus in Army, but he is in US Navy, so I don't know his rank. He get caught at airport, in his leave paper work, he claimed he will go to Virginia, but his boarding pass is to PEK, a.k.a Beijing.... Well, f█████r█████.. next time just fly to Japan/South Korea (ROK) and say you are going to Japan/ROK for vacation! Come on man, Japan/ROK are US' allies... and then buy another round-trip ticket from Japan/ROK to PEK.... that's it..... and he get nine years. If the federal court picked up his case, he will get 25~30 years... it's just two different system. that's 18 U.S.C 794 charge in federal. Well, if he fly to Japan or ROK, he don't need to fly with United Airlines, every time I fly with US-based airline, just feel like boarding a 1980s flight. Same for the hotel....

I keep reading <<People's Daily Oversea edition>>, it's pretty good and free online, my mom read as well and talk some news via phone, haha. and I keep taking notes as well. Besides, I even have <<China Comments>> here, lol.

and for <<Auto Fan>>, the issue for Oct.... I'm so fucking speechless again, on the over it says " The intelligence from tomorrow ----Audi A8L", something like that in Chinese, but the whole issue do NOT even mention Audi....WTF, it drives me crazy.... next time put something else on the cover, they wont talk about that anyway... and there are lots of typos in the magazine as well.... I just don't know what to say...
-----Yu, Wenzhi on 11/28/2019 6:37 PM wrote:

>

Your mom asked me whether I have got that letter. Unfortunately I haven't. Sorry. Beijing is getting colder and colder. I have to wear a lot. Sometimes I want to tell you sth that I see and know, but I don't know it's safe or not. Just like you can't tell me sth you know. I should write to you earlier, but I just don't know what should I say. I dreamed about you the other day. You rent a very big house and I paid a visit. The house is pretty empty, with little furniture. And some policemen came in and I showed them around. We found a baby and his/her mother lying in the basement.. But the policemen didn't say much and left. You didn't live well there, only eating cabbages and fried stuff. I wanted to treat you a good meal, such like beef steaks. Such a weired dream and I don't know what does the dream mean. Winter is coming. Take care..

GOVERNMENT
EXHIBIT

1100