# iPhone 7
(73 iMessages)

**YU Wenzhi**
ywz3030@gmail.com

**JI Chaoqun**
+13126836385

1/20/2014 5:41:28 PM(UTC+0)


SENT

1/20/2014 5:41:35 PM(UTC+0)

Can you receive MMS?
SENT

1/20/2014 5:41:51 PM(UTC+0)

Got it.
READ

1/20/2014 5:42:03 PM(UTC+0)

Fucker, you even dared to photograph this!
READ

1/20/2014 5:42:12 PM(UTC+0)

Photographed it sneakily.
SENT

1/20/2014 5:42:40 PM(UTC+0)

I'm showing you the last page.
SENT

# iPhone 7
(73 iMessages)

**YU Wenzhi**
ywz3030@gmail.com

**JI Chaoqun**
+13126836385

1/20/2014 5:43:08 PM(UTC+0)

This is the first page, isn't it?
READ

1/20/2014 5:43:11 PM(UTC+0)

Please don't forget to delete it later.



SENT

1/20/2014 5:43:36 PM(UTC+0)

I'm showing you the last page.

SENT

1/20/2014 5:43:42 PM(UTC+0)

Delete it after you read it.

SENT

1/20/2014 5:43:51 PM(UTC+0)

Fuck, got it.
READ

# iPhone 7
(73 iMessages)

**YU Wenzhi**
ywz3030@gmail.com

**JI Chaoqun**
+13126836385

*1/20/2014 5:44:01 PM(UTC+0)*

> Moron.
> SENT

*1/20/2014 5:44:28 PM(UTC+0)*

> Operational fund.
> 
> SENT

*1/20/2014 5:45:25 PM(UTC+0)*

> No money to buy it! Need to pay tuition and rent. The Chinese card was used on plane tickets. No money, no time!
> READ

*1/20/2014 5:45:36 PM(UTC+0)*

> Asshole!
> SENT

*1/20/2014 5:45:42 PM(UTC+0)*

> You're such an asshole!
> SENT

# iPhone 7
(73 iMessages)

**YU Wenzhi**
ywz3030@gmail.com

**JI Chaoqun**
+13126836385

1/20/2014 5:45:49 PM(UTC+0)

> How did you get to the airport?
> SENT

1/20/2014 5:46:13 PM(UTC+0)

> It costs fucking 700 to get to the airport!
> READ

1/20/2014 5:46:27 PM(UTC+0)

> That's true.
> SENT

1/20/2014 5:46:40 PM(UTC+0)

> Haven't got any money this semester. That's why I don't have any now.
> READ

1/20/2014 5:46:55 PM(UTC+0)

> What are you doing to do then?
> SENT

1/20/2014 5:47:00 PM(UTC+0)

> Get some from home?
> SENT

1/20/2014 5:47:12 PM(UTC+0)

> So much money. Should get a taste of American massage.
> READ

1/20/2014 5:47:17 PM(UTC+0)

> Yes.
> READ

# iPhone 7
(73 iMessages)

**YU Wenzhi**
ywz3030@gmail.com

**JI Chaoqun**
+13126836385

---

1/20/2014 5:47:24 PM(UTC+0)

> Massage only costs 100, alright?
> SENT

1/20/2014 5:47:49 PM(UTC+0)

> I got 20,000 this time alone.
> SENT

1/20/2014 5:48:08 PM(UTC+0)

> Just take it like that? No problem?
> READ

1/20/2014 5:48:17 PM(UTC+0)

> In backpack?
> READ

1/20/2014 5:48:30 PM(UTC+0)

> Uh-hm. Cash.
> SENT

1/20/2014 5:48:37 PM(UTC+0)

> That's the cash they gave me.
> SENT

1/20/2014 5:48:39 PM(UTC+0)

> Cash.
> SENT

1/20/2014 5:48:48 PM(UTC+0)

> Fucker!
> READ

# iPhone 7
(73 iMessages)

**YU Wenzhi**
ywz3030@gmail.com

**JI Chaoqun**
+13126836385

1/20/2014 5:48:56 PM(UTC+0)

> What? — SENT

1/20/2014 5:49:45 PM(UTC+0)

> Nothing. Got somebody's coattails to ride on from now on. My big bro is a man with powerful patron now… READ

1/20/2014 5:49:57 PM(UTC+0)

> Fuck you! — SENT

1/20/2014 5:50:00 PM(UTC+0)

> Ask around for me. — SENT

1/20/2014 5:50:02 PM(UTC+0)

> In your school. — SENT

1/20/2014 5:50:09 PM(UTC+0)

> Are there people in engine major? — SENT

1/20/2014 5:50:14 PM(UTC+0)

> Or in aircraft design? — SENT

1/20/2014 5:50:26 PM(UTC+0)

> Yes, that's the major I'm in. READ

# iPhone 7
(73 iMessages)

**YU Wenzhi**
ywz3030@gmail.com

**JI Chaoqun**
+13126836385

*1/20/2014 5:50:39 PM(UTC+0)*

> Airplane engine. — SENT

*1/20/2014 5:50:45 PM(UTC+0)*

> My selective course next semester is aircraft design… — READ

*1/20/2014 5:50:51 PM(UTC+0)*

> Ok. — SENT

*1/20/2014 5:50:55 PM(UTC+0)*

> Yes, does propulsion count? — READ

*1/20/2014 5:50:59 PM(UTC+0)*

> Yes. — SENT

*1/20/2014 5:51:01 PM(UTC+0)*

> It counts. — SENT

*1/20/2014 5:51:24 PM(UTC+0)*

> Help me and acquaint yourself with more people in this field. — SENT

*1/20/2014 5:51:40 PM(UTC+0)*

> When does your spring break begin? — SENT

*1/20/2014 5:51:43 PM(UTC+0)*

> Fuck… — READ

# iPhone 7
## (73 iMessages)

**YU Wenzhi**
ywz3030@gmail.com

**JI Chaoqun**
+13126836385

1/20/2014 5:51:48 PM(UTC+0)

> What now?
> *SENT*

1/20/2014 5:51:55 PM(UTC+0)

> I give you fund for it, asshole!
> *SENT*

1/20/2014 5:51:56 PM(UTC+0)

> Probably in mid-March.
> *READ*

1/20/2014 5:52:06 PM(UTC+0)

> I'll get hold of you then.
> *SENT*

1/20/2014 5:52:35 PM(UTC+0)

> Shit, this course is not included in this semester. Don't know anyone.
> *READ*

1/20/2014 5:52:57 PM(UTC+0)

> I was thinking about going to California or something like that.
> *READ*

1/20/2014 5:53:00 PM(UTC+0)

> You can fucking try to find out who is taking the course this semester!
> *SENT*

1/20/2014 5:53:01 PM(UTC+0)

> That'd be fine.
> *SENT*

# iPhone 7
(73 iMessages)

**YU Wenzhi**
ywz3030@gmail.com

**JI Chaoqun**
+13126836385

*1/20/2014 5:53:04 PM(UTC+0)*

> We can go together.
> SENT

*1/20/2014 5:53:04 PM(UTC+0)*

> It's not offered this semester!
> READ

*1/20/2014 5:54:14 PM(UTC+0)*

> We can.
> READ

*1/20/2014 5:54:36 PM(UTC+0)*

> The trip is on you. Inspection expense.
> READ

*1/20/2014 5:58:39 PM(UTC+0)*

> Right.
> SENT

*1/20/2014 5:58:49 PM(UTC+0)*

> You help me and ask around.
> SENT

*1/20/2014 5:58:53 PM(UTC+0)*

> I'll share my commission with you.
> SENT

*1/20/2014 5:59:17 PM(UTC+0)*

> Chinese?
> READ

# iPhone 7
(73 iMessages)

**YU Wenzhi**
ywz3030@gmail.com

**JI Chaoqun**
+13126836385

---

*1/20/2014 6:02:01 PM(UTC+0)*

> Whoever.
> SENT

*1/20/2014 6:02:20 PM(UTC+0)*

> A Middle Easterner would do too.
> SENT

*1/20/2014 6:03:31 PM(UTC+0)*

> Fuck that! How can I do this with a Middle Eastern dude? He does not speak my language. I do not speak his language.
> READ

*1/20/2014 6:05:44 PM(UTC+0)*

> Fuck you, man!
> SENT

*1/20/2014 6:05:52 PM(UTC+0)*

> Wait till next semester. Maybe you can teach me some during the spring break.
> READ

*1/20/2014 6:05:52 PM(UTC+0)*

> As long as I get the money first.
> READ

*1/20/2014 6:05:58 PM(UTC+0)*

> Can you make some nodding acquaintances first?
> SENT

*1/20/2014 6:07:25 PM(UTC+0)*

> Ok.
> SENT