UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JI CHAOQUN | No. 18 CR 611<br><br>Judge Ronald A. Guzmán |

**UNCLASSIFIED PROTECTIVE ORDER PURSUANT TO
THE CLASSIFIED INFORMATION PROCEDURES ACT § 4
AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)**

Upon consideration of the fourth supplemental motion of the United States of America, filed *ex parte*, *in camera*, and under seal, pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3, and Fed. R. Crim. P. 16(d)(1), it is hereby:

ORDERED that the material that is the subject of the *ex parte*, *in camera* submission, and the information contained within, shall not be disclosed in discovery to the defense because the material does not contain information that is exculpatory, impeaching, or otherwise relevant and helpful to the defense, and/or the disclosure of this material at this time is likely to harm the national security of the United States.

Date: August 31, 2022

Ronald A. Guzmán
United States District Judge