# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                          Case No.: 1:18−cr−00611
                                                      Honorable Ronald A. Guzman

Ji Chaoqun

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 21, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman as to Ji Chaoqun: Jury trial held on 9/21/2022. Evidence entered. Jury trial continued to 9/22/2022 at 9:30 a.m. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.