# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                             Case No.: 1:18−cr−00611

                                             Honorable Ronald A. Guzman

Ji Chaoqun

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 22, 2022:

       MINUTE entry before the Honorable Ronald A. Guzman as to Ji Chaoqun: The parties are directed to submit to the Court's proposed order inbox a joint revised set of jury instructions (one clean set for the jury and one set with the government 9;s jury−instruction number listed at the bottom for reference) no later than 8 a.m. on Friday, September 23, 2022. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.