# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Ji Chaoqun

Defendant.

Case No.: 1:18−cr−00611
Honorable Ronald A. Guzman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 26, 2022:

MINUTE entry before the Honorable Ronald A. Guzman as to Ji Chaoqun: Jury trial held on 9/26/2022. Jury trial completed and deliberations begin. The Jury finds the defendant guilty to Counts 1, 2 and 5 of the Superseding Indictment. Sentencing set for 1/17/2023 at 2:00 p.m. Objections to PSR due by 1/3/2023. Response to objections due by 1/10/2023. Pursuant to 18 U.S.C. 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall refer to and comply with Judge Guzman's requirements for the restitution as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.gov. In light of the Seventh Circuit decisions in United States v. Farmer, 755 F.3d 849 (7th Cir.2014), and United States v. Siegel, 753 F.3d 705 (7th Cir. 2014), the Court directs the Probation Office to communicate its recommendations for any special conditions of supervised release (to the extent applicable) to defendant's counsel and the government when it files the Presentence Investigation Report and the Sentencing Recommendation. The Probation Office can do so by filing on the docket a separate document entitled "Recommendations for Supervised Release Conditions" that is accessible by the parties. The Court also directs the Probation Office to communicate its sentencing recommendations to defendant's counsel and the government when it files the Sentencing Recommendation. Same conditions of bond to stand for the reasons stated on the record. The hearing will be in−person. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.