1915

```
 1                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   UNITED STATES OF AMERICA,          )
                                        )
 4               Plaintiff,             )
                                        )
 5     v.                               )  No. 18 CR 611
                                        )
 6   JI CHAOQUN,                        )  Chicago, Illinois
                                        )  September 26, 2022
 7               Defendant.             )  9:29 a.m.

 8                           VOLUME 10
                  TRANSCRIPT OF TRIAL PROCEEDINGS
 9       BEFORE THE HONORABLE RONALD A. GUZMAN, AND A JURY

10   APPEARANCES:

11   For the Government:        HON. JOHN R. LAUSCH, JR.
                                United States Attorney
12                              BY:  MR. BARRY JONAS
                                     MR. VIKAS KUMAR DIDWANIA
13                              Assistant United States Attorneys
                                219 South Dearborn Street
14                              Suite 500
                                Chicago, Illinois  60604
15                              (312) 353-5300

16   For the Defendant:         CHERONIS, PARENTE & LEVITT LLC
                                BY:  MR. DAMON MATTHEW CHERONIS
17                                   MR. CHRISTOPHER PARENTE
                                     MR. RYAN J. LEVITT
18                              140 South Dearborn Street
                                Suite 404
19                              Chicago, Illinois  60603
                                (312) 663-4644
20
     Court Reporter:            MS. SANDRA M. TENNIS, CSR, RMR, FCRR
21                              Official Court Reporter
                                219 South Dearborn Street
22                              Room 2260
                                Chicago, Illinois  60604
23                              (312) 554-8244

24

25
```

Nancy C. LaBella, CSR, RDR, CRR
Official Court Reporter
219 South Dearborn Street, Room 1728
Chicago, Illinois  60604
(312) 435-6890
NLaBella.ilnd@gmail.com

1916

1    (Proceedings had in open court:)

2    (Jury out.)

3         THE COURT:  Defendant's not here yet?

4         MR. PARENTE:  No, your Honor.

5         THE COURT:  Okay.

6         MR. PARENTE:  If it's just scheduling, then we can

7    waive his presence; or logistics.

8         THE COURT:  Well, the evidence presentation system is

9    not up and running.  Apparently, they've got it half up and

10   running.  They have a list -- the index of all the exhibits,

11   but the exhibits won't load up.  So all they have is a list

12   right now.

13        I suppose we should wait for the defendant to get

14   here.

15        My inclination is to send the jury a note asking them

16   to start working with the paper exhibits while we get the JERS

17   system up and running.  I won't do that unless everyone

18   agrees.  And even that, I'm not sure I should do it without

19   the defendant here.  So, let's wait and see until they get him

20   here.

21        As soon as everyone's here, Kerwin, give me a --

22    (Brief pause.)

23        THE COURT:  Okay.  At some point we have to let the

24   jury know something.

25        MR. PARENTE:  Just so I'm clear, Judge, they do have

1   the laptop, though.  So, if they wanted to watch the videos,

2   they could do that, right?

3           THE COURT:  I'm sorry?

4           MR. PARENTE:  They do have a laptop.  Can they watch

5   the videos on the laptop?

6           MR. JONAS:  They should be able to watch them on the

7   laptop.

8           THE CLERK:  Excuse me.  I just got a confirmation

9   from Page.  The K-drive, the JERS, started to work.  They're

10  just confirming it.  So we may be a go for the JERS.

11          THE COURT:  Okay.  So, it would appear -- can you

12  confirm that, Kerwin?  Could you just go down there and see if

13  it's working?

14          THE CLERK:  Okay.

15          THE COURT:  Yes, go take a look, see if it's working.

16          If it's working, I think we can just let you folks go

17  home and tell the marshals not to bother to bring him up.

18          MR. PARENTE:  Agreed.

19          MR. JONAS:  That's fine, Judge.

20      (Brief pause.)

21          THE CLERK:  Yes, it is working.

22          THE COURT:  Okay.

23          THE CLERK:  I've got a -- I have a printout right

24  here, a sign-in sheet for them.  But it is working.

25          THE COURT:  Okay.  So then if everyone agrees, I'm

1  just going to notify the marshals not to bother bringing him

2  up and let you folks go.  We've got your phone numbers.  If we

3  hear anything from the jury, we will give you a call.

4  Otherwise, just let them begin to deliberate.

5          MR. PARENTE:  Thank you, your Honor.

6          MR. JONAS:  Thank you, Judge.

7      (Recess from 9:33 a.m. to 1:22 p.m.)

8      (Jury out.)

9          THE COURT:  Be seated, please.

10          I have received a note from the jury.  I will read it

11  to you.

12          Probably make yourselves of record first, probably,

13  right?

14          MR. CHERONIS:  Good morning, your Honor.  Damon

15  Cheronis, Ryan Levitt, and Christopher Parente on behalf of

16  Chaoqun Ji, who is present.

17          THE COURT:  Good morning.

18          MR. DIDWANIA:  Good morning, your Honor.  Vikas

19  Didwania and Barry Jonas on behalf of the United States.

20          THE COURT:  Good morning.

21          The note reads:  The jury has concluded its

22  deliberations and reached a verdict.  Signed by Gervaise

23  Nicklas, foreperson.

24          Any reason we should not bring the jury out to hear

25  its verdict?

1    MR. CHERONIS:  No, your Honor.

2    THE COURT:  Okay.

3    Kerwin, let's get the jury out, please.

4    (Jury in.)

5    THE COURT:  Be seated, please.

6    Good morning, ladies and gentlemen.  Welcome back.

7    Who speaks for the jury?

8    JUROR NICKLAS:  I do, your Honor.

9    THE COURT:  Are you the foreperson?

10    JUROR NICKLAS:  I am.

11    THE COURT:  Has the jury reached a verdict?

12    JUROR NICKLAS:  We have, your Honor.

13    THE COURT:  And is the verdict unanimous as to all

14  counts?

15    JUROR NICKLAS:  It is.

16    THE COURT:  Will you please hand the verdict form to

17  the Court Security Officer.

18    (Documents tendered to the Court.)

19    (Brief pause.)

20    THE COURT:  The verdict forms are properly executed.

21  They're signed by the foreperson and all of the jurors.

22    Ladies and gentlemen, please pay attention now as I

23  publish your verdicts to the Court.

24    Verdict:

25    With respect to Count One of the superseding

1   indictment, we, the jury, find as follows as to defendant Ji

2   Chaoqun:  Guilty.

3            With respect to Count Two of the superseding

4   indictment, we, the jury, find as follows as to defendant Ji

5   Chaoqun:  Guilty.

6            With respect to Count Three of the superseding

7   indictment, we, the jury, find as follows as to defendant Ji

8   Chaoqun:  Not guilty.

9            With respect to Count Four of the superseding

10  indictment, we, the jury, find as follows as to defendant Ji

11  Chaoqun:  Not guilty.

12           With respect to Count Five of the superseding

13  indictment, we, the jury, find as follows as to defendant Ji

14  Chaoqun:  Guilty.

15           So says the jury.

16           Are there any motions?

17           MR. CHERONIS:  Poll the jury, your Honor, please.

18           THE COURT:  Yes.

19           Ladies and gentlemen, there has been a request to

20  poll the jury.  I'm going to ask you each one of you, two --

21  three questions.  And I'd like you to answer it out loud,

22  beginning with the juror sitting in the closest seat next to

23  me.

24           Sir, will you please state your name.

25           JUROR STINNETTE:  Hugh Stinnette.

verdict

1921

1    THE COURT:  Sir, did you hear the verdicts as read by

2  the Court?

3    JUROR STINNETTE:  Yes, I did.

4    THE COURT:  Were those your verdicts?

5    JUROR STINNETTE:  Yes, they were.

6    THE COURT:  And are they still your verdicts in all

7  respects?

8    JUROR STINNETTE:  Yes, they are.

9    THE COURT:  Next juror, please.

10    JUROR BRADY:  Karen Brady.

11    THE COURT:  Ma'am, did you hear the verdicts as read

12  by the Court?

13    JUROR BRADY:  Yes, sir.

14    THE COURT:  Were those your verdicts?

15    JUROR BRADY:  Yes, they are.

16    THE COURT:  And are they still your verdicts in all

17  respects?

18    JUROR BRADY:  Yes, they are.

19    THE COURT:  Next, please.

20    JUROR CASTON:  Evelyn Caston.

21    THE COURT:  Ma'am, did you hear the verdicts as

22  published by the Court?

23    JUROR CASTON:  Yes, sir.

24    THE COURT:  Were those your verdicts?

25    JUROR CASTON:  Yes.

verdict

1922

```
 1              THE COURT:  And are they still your verdicts in all
 2   respects?
 3              JUROR CASTON:  Yes, sir.
 4              THE COURT:  Next, please.
 5              JUROR NICKLAS:  Gervaise Nicklas.
 6              THE COURT:  Ma'am, did you hear the verdicts as
 7   published by the Court?
 8              JUROR NICKLAS:  I did.
 9              THE COURT:  Were those your verdicts?
10              JUROR NICKLAS:  They are.
11              THE COURT:  And are they still your verdicts in all
12   respects?
13              JUROR NICKLAS:  Yes, they are.
14              THE COURT:  Closest to me in the top row, please.
15   State your name.
16              JUROR MEYER:  Marie Meyer.
17              THE COURT:  Ma'am, did you hear the verdicts as
18   published by the Court?
19              JUROR MEYER:  Yes, I did.
20              THE COURT:  Were those your verdicts?
21              JUROR MEYER:  Yes.
22              THE COURT:  And are they your verdicts in all
23   respects?
24              JUROR MEYER:  Yes.
25              THE COURT:  Next, please.
```

    1            JUROR MROZINSKI:  Debrah Mrozinski.

    2            THE COURT:  Ma'am, did you hear the verdicts as

    3    published by the Court?

    4            JUROR MROZINSKI:  Yes, sir.

    5            THE COURT:  Were those your verdicts?

    6            JUROR MROZINSKI:  Yes, sir.

    7            THE COURT:  And are they your verdicts in all

    8    respects?

    9            JUROR MROZINSKI:  Yes, sir.

   10            THE COURT:  Next, please.

   11            JUROR RODRIGUEZ:  Yes, Stella Rodriguez.

   12            THE COURT:  Ma'am, did you hear the verdicts as

   13    published by the Court?

   14            JUROR RODRIGUEZ:  Yes.

   15            THE COURT:  Were those your verdicts?

   16            JUROR RODRIGUEZ:  Yes.

   17            THE COURT:  And are they still your verdicts in all

   18    respects?

   19            JUROR RODRIGUEZ:  Yes.

   20            THE COURT:  Okay.  The first juror, closest to me,

   21    please.  Your name, nice and loud.

   22            JUROR AFSAR:  Laila Afsar.

   23            THE COURT:  Ma'am, did you hear the verdicts as

   24    published by the Court?

   25            JUROR AFSAR:  Yes.

verdict

1924

```
 1              THE COURT:  Were those your verdicts?

 2              JUROR AFSAR:  Yes.

 3              THE COURT:  And are they still your verdicts in all

 4   respects?

 5              JUROR AFSAR:  Yes.

 6              THE COURT:  Next, please.

 7              JUROR SACKETT:  Amanda Sackett.

 8              THE COURT:  Ma'am, did you hear the verdicts as

 9   published by the Court?

10              JUROR SACKETT:  Yes.

11              THE COURT:  Were those your verdicts?

12              JUROR SACKETT:  Yes.

13              THE COURT:  And are they still your verdicts in all

14   respects?

15              JUROR SACKETT:  Yes.

16              THE COURT:  Next, please.

17              JUROR LONNEE:  Michelle Lonnee.

18              THE COURT:  Ma'am, did you hear the verdicts as

19   published by the Court?

20              JUROR LONNEE:  Yes.

21              THE COURT:  Were those your verdicts?

22              JUROR LONNEE:  Yes.

23              THE COURT:  And are they your verdicts in all

24   respects?

25              JUROR LONNEE:  Yes.
```

verdict

1925

```
 1              THE COURT:  Next, please.

 2              JUROR SALAZAR:  Ivan Salazar.

 3              THE COURT:  Sir, did you hear the verdicts as

 4   published by the Court?

 5              JUROR SALAZAR:  Yes, sir.

 6              THE COURT:  Were those your verdicts?

 7              JUROR SALAZAR:  Yes.

 8              THE COURT:  And are they still your verdicts in all

 9   respects?

10              JUROR SALAZAR:  Yes.

11              JUROR NAGENDRAN:  Suraj Nagendran.

12              THE COURT:  Sir, did you hear the verdicts as

13   published by the Court?

14              JUROR NAGENDRAN:  Yes, sir.

15              THE COURT:  Were those your verdicts?

16              JUROR NAGENDRAN:  Yes.

17              THE COURT:  And are they your verdicts still in all

18   respects?

19              JUROR NAGENDRAN:  Yes, sir.

20              THE COURT:  Anything else?

21              MR. CHERONIS:  No, your Honor.  Thank you.

22              THE COURT:  Okay.  In that case, ladies and

23   gentlemen, this case has been concluded.  Court is hereby --

24              Before I do that, I want to make sure that the

25   attorneys retrieve the exhibits that were sent to the jury and
```

verdict

1926

1  that a record is kept of those exhibits.

2          Okay.  We are recessed.

3          COURT SECURITY OFFICER:  All rise.

4          THE COURT:  Ladies and gentlemen, if you wish, you

5  can wait a few minutes in the courtroom, and I'll come by and

6  talk to you, if you wish.  You don't have to.  You are done

7  with your duty.

8      (Which were all the proceedings had.)

9

10

11                      *   *   *   *   *

12

13  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.

14

15
    _/s/ Sandra M. Tennis_              _September 27, 2022_
16  Official Court Reporter

17

18

19

20

21

22

23

24

25