FILED

NOV 20 2024

JUDGE JOHN ROBERT BLAKEY
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JI CHAOQUN | Case No. 18 CR 611<br><br>~~EX PARTE AND UNDER SEAL~~ |

## AFFIRMATION AND APPLICATION

Steven J. Dollear hereby affirms under penalty of perjury that he is an Assistant United States for the Northern District of Illinois, and states as follows:

1. On or about May 19, 2022, a grand jury in the district returned a Superseding Indictment, 18 CR 611, which charged JI CHAOQUN with (i) conspiring to act as an agent of a foreign government, in violation of 18 U.S.C. § 371 (Count One); (ii) acting as an agent of a foreign government, in violation of 18 U.S.C. § 951(a); (iii) wire fraud, in violation of 18 U.S.C. § 1343 (Counts Three and Four); and (iv) making a materially false statement, in violation of 18 U.S.C. § 1001(a)(2) (Count Five). Dkt. No. 283.

2. On or about September 26, 2022, JI CHAOQUN was convicted of Counts One, Two, and Five. Dkt. No. 372.

3. On or about February 2, 2023, JI CHAOQUN was sentenced to 96 months' imprisonment. Dkt. 409.

4. JI CHAOQUN is currently serving his sentence at Terre Haute FCI. JI CHAOQUN's Bureau of Prisons ("BOP") Register Number is 53421-424.

5. The Government respectfully seeks, based on significant foreign policy

interests of the United States, an Order enabling the U.S. Marshals Service ("USMS") to take JI CHAOQUN out of Terre Haute FCI as early as November 22, 2024, or any day thereafter until December 6, 2024; to maintain custody of JI CHAOQUN unless and until the President of the United States executes the clemency power under Article II of the U.S. Constitution with respect to JI CHAOQUN, which the undersigned understands to be under consideration based on communications with senior officials of the Department of Justice; and to return JI CHAOQUN to Terre Haute FCI on or before December 6, 2024, unless the President executes the clemency power with respect to JI CHAOQUN during the period in which the USMS has custody of JI CHAOQUN.

WHEREFORE, the Government respectfully requests that the attached Order be issued requiring the BOP allow the USMS to remove JI CHAOQUN from Terre Haute FCI on November 22, 2024, or any day thereafter until December 6, 2024. The Government further requests that in order to avoid frustrating the aforementioned foreign policy interests, and to ensure the safety and security of the USMS personnel taking custody of JI CHAOQUN, this Affirmation and accompanying Order be maintained under seal, and the docketing of any entries related to this matter be delayed, until either 24 hours after the release of JI CHAOQUN from USMS custody, or when JI CHAOQUN is returned to Terre Haute FCI on or before December 6, 2024, whichever occurs earlier. The Government will promptly advise the Court upon the occurrence of either event.

Dated: November 20, 2024

Respectfully submitted,

MORRIS PASQUAL
Acting U.S. Attorney

By: */s/ Steven J. Dollear*

STEVEN J. DOLLEAR
Assistant U.S. Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 353-5300